IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x

DELCATH SYSTEMS, INC.
1100 Summer Street, Third Floor
Stamford, Connecticut 06905

        Plaintiff,

    v.

ROBERT LADD, LADDCAP VALUE
PARTNERS LP, LADDCAP VALUE
ADVISORS LLC and LADDCAP VALUE
ASSOCIATES LLC
650 Fifth Avenue, Suite 600
New York, New York 10019

        Defendants.

------------------------------------x

CASE NUMBER  1:06CV01391

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 08/██/2006

FILED
AUG - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel for plaintiff Delcath Systems, Inc. ("Delcath"), certify that to the best of my knowledge and belief, the Delcath has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated:  Washington, D.C.
        August 4, 2006

                          GIBSON, DUNN & CRUTCHER LLP

                          By: _/s/ Paul Blankenstein_
                             Paul Blankenstein
                             (D.C. Bar No. 304931)

                          1050 Connecticut Avenue, N.W.
                          Washington, D.C. 20036
                          Tel: (202) 955-8500
                          Fax: (202) 530-9559

                          Attorneys for Plaintiff
                          Delcath Systems, Inc.

GIBSON, DUNN & CRUTCHER LLP
Adam H. Offenhartz
Aric H. Wu
Oliver M. Olanoff
200 Park Avenue, 47th Floor
New York, NY  10166-0193
Tel:  (212) 351-4000
Fax:  (212) 351-4035