IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

DELCATH SYSTEMS, INC.                  :

                 Plaintiff,         :

                                   :        Civil Action No. 1:06CV01391 RBW
     v.                            :

                                   :        Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE    :
PARTNERS LP, LADDCAP VALUE     :
ADVISORS LLC and LADDCAP VALUE  :
ASSOCIATES LLC                  :

               Defendants.     :

                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

On review of the Motions for Admission Pro Hac Vice of Adam H. Offenhartz, Aric H. Wu and Oliver M. Olanoff, it is hereby

ORDERED that the motions are granted; and it is further

ORDERED that Adam H. Offenhartz, Aric H. Wu and Oliver M. Olanoff are permitted to represent Plaintiff Delcath Systems, Inc. in the above-captioned matter; and it is further

ORDERED that Adam H. Offenhartz, Aric H. Wu, and Oliver M. Olanoff shall familiarize themselves with the Local Rules in conjunction with their appearance in the above-captioned case.

SO ORDERED

_____                      _____
Dated                                                   Judge, U.S. District Court