IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
:
DELCATH SYSTEMS, INC.                :
:
Plaintiff,    :
:    Civil Action No. 1:06CV01391 RBW
v.            :
:    Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE           :
PARTNERS LP, LADDCAP VALUE           :
ADVISORS LLC and LADDCAP VALUE       :
ASSOCIATES LLC                       :
:
Defendants.   :
:
------------------------------------x

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65.1 of the Local Civil Rules for the United States District Court for the District of Columbia, plaintiff Delcath Systems, Inc. ("Delcath") hereby moves this Court for a preliminary injunction:

(1)  prohibiting defendants Robert Ladd, Laddcap Value Partners LP, Laddcap Value Advisors LLC and Laddcap Value Associates LLC (collectively the "Ladd Defendants") from conducting a consent solicitation with respect to the actions described in the Ladd Defendants' Schedule 14A Preliminary Proxy Statement ("Preliminary Consent Solicitation") filed on August 1, 2006, until after a trial on the merits;

(2)  prohibiting the Ladd Defendants and any persons or entities acting in concert with them from taking any action based on any consents that they might have obtained, or may obtain, concerning the actions described in the Preliminary Consent Solicitation until after a trial on the merits;

(3)     enjoining the Ladd Defendants from making any additional misstatements or omissions in connection with, or otherwise related to, proxy battles or shareholder votes or consent solicitations, including the solicitation of shareholder consents on the actions described in the Preliminary Consent Solicitation;

(4)     prohibiting the Ladd Defendants and any persons or entities acting in concert with them from exercising any rights as Delcath stockholders, including their rights to vote or submit shareholder consents, until the Ladd Defendants correct by public means their material misstatements and omissions in their solicitation materials, including their Preliminary Consent Solicitation and Schedule 14A Proxy Solicitation filed on June 9, 2006 ("Valuation Proxy Solicitation");

(5)     prohibiting the Ladd Defendants and any persons or entities acting in concert with them from trading in Delcath stock until the Ladd Defendants correct by public means their material misstatements and omissions in their Schedule 13D filings; and

(6)     prohibiting the Ladd Defendants from making any additional misstatements or omissions in connection with, or otherwise related to, their Schedule 13D filings.

As detailed in Delcath's submissions in support of its Motion for Preliminary Injunction, the Ladd Defendants have made myriad materially false and misleading statements and omissions in violation of the Securities and Exchange Act of 1934. Absent preliminary injunctive relief, Delcath and its shareholders will be irreparably harmed if the Ladd Defendants are allowed to take control of the Company based on their materially false and misleading statements and omissions.

    Attached hereto is a Proposed Order for entry by the Court.

Dated:  Washington, D.C.
         August 9, 2006

                              GIBSON, DUNN & CRUTCHER LLP

                              By:  /s/ Andrew S. Tulumello
                                   Andrew S. Tulumello
                                   (D.C. Bar No. 468351)
                                   Matthew R. Estabtrook
                                   (D.C. Bar No. 477880)

                            1050 Connecticut Avenue, N.W.
                            Washington, D.C.  20036
                            Tel:  (202) 955-8500
                            Fax:  (202) 530-9559

                            Attorneys for Plaintiff
                            Delcath Systems, Inc.

GIBSON, DUNN & CRUTCHER LLP
(*Motions for pro hac vice pending*):
Adam H. Offenhartz
Aric H. Wu
Oliver M. Olanoff
200 Park Avenue
New York, NY  10166-0193
Tel:  (212) 351-4000
Fax:  (212) 351-4035