IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
DELCATH SYSTEMS, INC.                                                :
                                                                     :
                         Plaintiff,                                  :
                                                                     :    Civil Action No. 1:06CV01391 RBW
            v.                                                       :
                                                                     :    Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                                           :
PARTNERS LP, LADDCAP VALUE                                           :
ADVISORS LLC and LADDCAP VALUE                                       :
ASSOCIATES LLC                                                       :
                                                                     :
                         Defendants.                                 :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

Upon consideration of the motion of plaintiff Delcath Systems, Inc. ("Delcath") for preliminary injunction, and all submissions relating to that motion, the Court hereby grants Delcath's motion for preliminary injunction.

It is hereby ordered that defendants Robert Ladd, Laddcap Value Partners LP, Laddcap Value Advisors LLC and Laddcap Value Associates LLC (collectively the "Ladd Defendants") and any persons or entities acting in concert with them shall be prohibited from:

(1)   conducting a consent solicitation with respect to the actions described in the Ladd Defendants' Schedule 14A Preliminary Proxy Statement ("Preliminary Consent Solicitation") filed on August 1, 2006, until after a trial on the merits;

(2) taking any action based on any consents that they might have obtained, or may obtain, concerning the actions described in the Preliminary Consent Solicitation, until after a trial on the merits;

(3) making any additional misstatements or omissions in connection with, or otherwise related to, proxy battles or shareholder votes or consent solicitations, including the solicitation of shareholder consents on the actions described in the Preliminary Consent Solicitation;

(4) exercising any rights as Delcath stockholders, including their rights to vote or submit shareholder consents, until the Ladd Defendants correct by public means their material misstatements and omissions in their solicitation materials, including their Preliminary Consent Solicitation and Schedule 14A Proxy Solicitation filed on June 9, 2006 ("Valuation Proxy Solicitation");

(5) trading in Delcath stock until the Ladd Defendants correct by public means their material misstatements and omissions in their Schedule 13D filings; and

(6) making any additional misstatements or omissions in connection with, or otherwise related to, their Schedule 13D filings.

SO ORDERED THIS _____ day of _____, 2006.

_____
United States District Judge