IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DELCATH SYSTEMS, INC.                           :
:
            Plaintiff,                     :
  v.                                                      :    Civil Action No.1:06CV01391 RBW
:
ROBERT LADD, LADDCAP VALUE            :    Honorable Reggie B. Walton
PARTNERS LP, LADDCAP VALUE             :
ADVISORS LLC and LADDCAP VALUE     :
ASSOCIATES LLC                                    :
            Defendants.                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF TODD FROMER IN SUPPORT
OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

     I, Todd Fromer, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

     1.     I am the Managing Partner of KCSA Worldwide ("KCSA"), the public relations firm retained by Delcath Systems, Inc. ("Delcath" or "the Company"), and submit this declaration in support of plaintiff's motion for preliminary injunction. I have personal knowledge of the facts set forth in this declaration.

     2.     I am the day-to-day contact at KCSA on the Delcath account.

     3.     Since Delcath retained KCSA earlier this year, I have received a number of phone calls from John Codling.

     4.     Mr. Codling has represented to me that he introduced and/or recommended Delcath stock to Robert Ladd and others. On one occasion, I receive a joint phone call from Mr. Codling and Mr. Ladd. During that call, Mr. Codling and Mr. Ladd asked me in an adversarial tone a series of questions about the Company. It was my distinct impression from the call that Mr. Codling and Mr. Ladd were aligned with one another.

5. Mr. Codling has told me on a number of occasions that he speaks to Mr. Ladd almost every day. Mr. Codling also has told me that he and Mr. Ladd "control the entire float" of Delcath.

6. On the evening of June 13, 2006, I received a call on my cell phone from John Codling.

7. During that call, Mr. Codling indicated that he represented in excess of 15% of the outstanding shares of Delcath stock, represented that he worked for Fulcrum Global Partners LLC ("Fulcrum"), one of the investment banking firms that issued a valuation included in the Schedule 14A Proxy Solicitation Material filed by Mr. Ladd, Laddcap Value Partners LP and Laddcap Value Associates LLC on June 9, 2006, and suggested that I speak to Delcath about retaining Fulcrum as its investment bank to explore the sale of the Company.

8. After my call with Mr. Codling ended, I kept the cell phone to my ear for a brief period of time and did not hang up the call. To my surprise, Mr. Codling immediately followed his call to me with a call to Mr. Ladd, which I could hear through my cell phone. From what I heard, I developed the distinct impression that Mr. Codling had made the call to me at the behest of Mr. Ladd and that Mr. Codling was now reporting back to Mr. Ladd on his discussion with me.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on August 4, 2006.

                                                              /s/Todd Fromer
                                                              Todd Fromer