In 2006, we started enrolling and treating patients in a Phase III protocol for the study of the Delcath drug delivery system for inoperable melanoma in the liver using melphalan under the Fast Track and SPA approved protocol.

Over the next 12 months, we expect to continue to incur substantial expenses related to the research and development of our technology, including Phase III clinical trials using melphalan and doxorubicin with the Delcath system and Phase II clinical trials using melphalan with the Delcath system. Additional funds, when available, will be committed to pre-clinical and clinical trials for the use of other chemotherapy agents with the Delcath system for the treatment of liver cancer, and the development of additional products and components. We will also continue efforts to qualify additional sources of the key components of our device, in an effort to further reduce manufacturing costs and minimize dependency on a single source of supply.

## Liquidity and Capital Resources

We expect our available funds to be sufficient for our anticipated needs for working capital and capital expenditures through 2007 provided no studies using new agents or treating new organs are initiated. The Company is not projecting any capital expenditures that will significantly affect the Company's liquidity during the next 12 months. The Company is projecting the hiring of one additional employee.

Our future liquidity and capital requirements will depend on numerous factors, including the progress of our research and product development programs, including clinical studies; the timing and costs of making various United States and foreign regulatory filings, obtaining approvals and complying with regulations; the timing and effectiveness of product commercialization activities, including marketing arrangements overseas; the timing and costs involved in preparing, filing, prosecuting, defending and enforcing intellectual property rights; and the effect of competing technological and market developments.

## Future Capital Needs; Additional Future Funding

The Company's future results are subject to substantial risks and uncertainties. The Company has operated at a loss for its entire history and there can be no assurance of its ever achieving consistent profitability. The Company believes its capital resources are adequate to fund operations for at least the next twelve months but anticipates that it will require additional working capital after 2007. There can be no assurance that such working capital will be available on acceptable terms, if at all.

## Forward Looking Statements

Certain statements in this Form 10-KSB, including statements of our and management's expectations, intentions, plans, objectives and beliefs, including those contained in or implied by "Management's Discussion and Analysis or Plan of Operation," are "forward-looking statements" within the meaning of Section 21E of the Securities Exchange Act of 1934, that are subject to certain events, risks and uncertainties that may be outside our control. These forward-looking statements may be identified by the use of words such as "expects," "anticipates," "intends," "plans" and similar expressions. They include statements of our future plans and objectives for our future operations and statements of future economic performance, information regarding our expansion and possible results from expansion, our expected growth, our capital budget and future capital requirements, the availability of funds and our ability to meet future capital needs, the realization of our deferred tax assets, and the assumptions described in this report underlying such forward-looking statements. Actual results and developments could differ materially from those expressed in or implied by such statements due to a number of factors, including without limitation, those described in the context of such forward-looking statements, our expansion strategy, our ability to achieve operating efficiencies, industry pricing and technology trends, evolving industry standards, domestic and international regulatory matters, general economic and business conditions, the strength and financial resources of our competitors, our ability to find and retain skilled personnel, the political and economic climate in which we conduct operations, the risks discussed in Item 1 above under "Description of Business" and other risk factors described from time to time in our other documents and reports filed with the Securities and Exchange Commission (the "Commission"). We do not assume any responsibility to publicly update any of our forward-looking statements regardless of whether factors change as a result of new information, future events or for any other reason. We advise

you to review any additional disclosures we make in our Form 10-QSB, Form 8-K and Form 10-KSB reports filed with the Commission.

## Application of Critical Accounting Policies

The Company's financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America. The notes to financial statements included in Item 7 contain a summary of the significant accounting policies and methods used in the preparation of Delcath's financial statements. The Company is still in the development stage and has no revenues, trade receivables, inventories, or significant fixed or intangible assets and therefore has very limited opportunities to choose among accounting policies or methods. In many cases, the Company must use an accounting policy or method because it is the only policy or method permitted under accounting principles generally accepted in the United States of America.

Additionally, the Company devotes substantial resources to clinical trials and other research and development activities relating to obtaining FDA and other approvals for the Delcath system, the cost of which is required to be charged to expense as incurred. This further limits the Company's choice of accounting policies and methods. Similarly, management believes there are very limited circumstances in which the Company's financial statement estimates are significant or critical.

The Company considers the valuation allowance for the deferred tax assets to be a significant accounting estimate. In applying SFAS No. 109, "Accounting for Income Taxes," management estimates future taxable income from operations and tax planning strategies in determining if it is more likely than not that the Company will realize the benefits of its deferred tax assets.

(b) Management's Discussion and Analysis of Financial Condition and Results of Operation.

Not applicable.

(c) Off-balance sheet arrangements.

We do not have any off-balance arrangements that have or are reasonably likely to have a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that are material to investors.

**Item 7. Financial Statements.**

Please refer to pages F-1 through F-15

**Report of Independent Registered Public Accounting Firm**

**Balance Sheet as of December 31, 2005**

Statements of Operations for the years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005

Statements of Stockholders' Equity for the years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005

Statements of Cash Flows for the years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005

Notes to Financial Statements

**Item 8. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure.**

On April 25, 2005, Eisner LLP ("Eisner") was dismissed as the independent registered public accounting firm for the Company. On April 27, 2005, the Company retained Carlin, Charron & Rosen, LLP to act as its independent registered public accounting firm. The decision to change accountants was approved by the Audit Committee of the Company's Board of Directors.

The reports of Eisner on the balance sheets of the Company as of December 31, 2003 and 2004 and the related statements of operations, stockholders' equity and cash flows for each of the years in the two-year period ended December 31, 2004 and for the period from August 5, 1988 (inception) to December 31, 2004 did not contain any adverse opinion or disclaimer of opinion, nor were they modified as to uncertainty, audit scope or accounting principles.

In connection with the audits of the periods described above, and the subsequent interim period through April 25, 2005, except for a reportable condition with respect to the Company's internal controls regarding identifying the Company's awards of stock options which awards were described in the Company's Form 8-K reports dated March 22, 2005 and April 5, 2005, there were no disagreements between the Company and Eisner on any matter of accounting principles or practices, financial statement disclosure or auditing scope or procedure, which disagreements, if not resolved to Eisner's satisfaction, would have caused Eisner to make reference to the subject matter of the disagreement(s) in connection with its reports.

### Item 8A. Controls and Procedures.

Based on an evaluation of our disclosure controls and procedures performed by our Chief Executive Officer and our Chief Financial Officer as of the end of the period covered by this report, our Chief Executive Officer and our Chief Financial Officer concluded that the Company's disclosure controls and procedures have been effective.

As used herein, "disclosure controls and procedures" means controls and other procedures of ours that are designed to ensure that information required to be disclosed by us in the reports we file or submit under the Securities Exchange Act is recorded, processed, summarized and reported within the time periods specified in the rules and forms issued by the Securities and Exchange Commission. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports we file or submit under the Securities Exchange Act is accumulated and communicated to our management, including our principal executive officer or officers and our principal financial officer or officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

Since the date of the evaluation described above, there were no significant changes in our internal control or in other factors that could significantly affect these controls, and there were no corrective actions with regard to significant deficiencies and material weaknesses.

We have not yet become subject to the requirement to include an annual report of management on our internal control over financial reporting in our annual reports under Section 13 or 15(d) of the Securities Exchange Act.

### Item 8B. Other Information.

There was no information that we were required to disclose in a Current Report on Form 8-K during the fourth quarter of the year ended December 31, 2005 that we have not previously reported.

PART III

### Item 9. Directors, Executive Officers, Promoters and Control Persons; Compliance with Section 16(a) of the Exchange Act.

The information required by Items 401, 405 and 406 of Regulation S-B is incorporated by reference into this Form 10-KSB by reference to the Company's definitive proxy statement (the "Definitive Proxy Statement") for its 2006 Annual Meeting of Stockholders.

**Item 10. Executive Compensation.**

The information required by Item 402 of Regulation S-B is incorporated into this Form 10-KSB by reference to the Definitive Proxy Statement.

**Item 11. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

The information required by Item 201(d) of Regulation S-B is included in this Form 10-KSB under Item 5. The information required by Item 403 of Regulation S-B is incorporated into this Form 10-KSB by reference to the Definitive Proxy Statement.

**Item 12. Certain Relationships and Related Transactions.**

The information required by Item 404 of Regulation S-B, if any, is incorporated into this Form 10-KSB by reference to the Definitive Proxy Statement.

**Item 13. Exhibits**

(a) Exhibits

Exhibit No. Description

3.1 Amended and Restated Certificate of Incorporation of Delcath Systems, Inc., as amended to June 16, 2004. (incorporated by reference to Exhibit 3(i) to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005 (Commission File No. 001-16133)).

3.2 Amended and Restated By-Laws of Delcath Systems, Inc. (incorporated by reference to Exhibit 3.2 to Amendment No. 1 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)).

4.1 Rights Agreement, dated October 30, 2001, by and between Delcath Systems, Inc. and American Stock Transfer & Trust Company, as Rights Agent (incorporated by reference to Exhibit 4.7 to Registrant's Form 8-A dated November 12, 2001 (Commission File No. 001-16133))

4.2 Form of Underwriter's Unit Warrant Agreement between Delcath Systems, Inc. and Roan/Meyers Associates L.P. (incorporated by reference to Exhibit 4.1 to Amendment No. 1 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-101661)).

4.3 Form of Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of March 19, 2004 (incorporated by reference to Exhibit 4 to Registrant's Current Report on Form 8-K dated March 19, 2004 (Commission File No,. 001-16133)).

4.4 Form of Series A Warrant to Purchase Shares of Common Stock dated as of November 24, 2004 (incorporated by reference to Exhibit 4.1 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)).

4.5 Form of Series C Warrant to Purchase Shares of Common Stock dated as of November 24, 2004 (incorporated by reference to Exhibit 4.3 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)).

4.6 Form of Series D Warrant to Purchase Shares of Common Stock dated as of December 7, 2004 (incorporated by reference to Exhibit 4.10 to

| Exhibit No. | Description |
|---|---|
| | Registrant's Registration Statement on Form S-3 (Registration No. 333-121681)). |
| 4.7 | Form of 2005 Series A Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of November 27, 2005 (incorporated by reference to Exhibit 4.1 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 011-16133)). |
| 4.8 | Form of 2005 Series B Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of November 27, 2005 (incorporated by reference to Exhibit 4.2 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 011-16133)). |
| 4.9 | Form of 2005 Series C Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of November 27, 2005 (incorporated by reference to Exhibit 4.3 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 011-16133)). |
| 10.1 | 1992 Incentive Stock Option Plan (incorporated by reference to Exhibit 10.2 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)). |
| 10.2 | 1992 Non-Incentive Stock Option Plan (incorporated by reference to Exhibit 10.1 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)). |
| 10.3 | 2000 Stock Option Plan (incorporated by reference to Exhibit 10.3 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)). |
| 10.4 | 2001 Stock Option Plan (incorporated by reference to Exhibit 10.12 to Amendment No. 1 to Registrant's Annual Report on Form 10-KSB for the year ended December 31, 2001 (Commission File No. 001-16133)). |
| 10.5 | 2004 Stock Incentive Plan (incorporated by reference to Appendix B to Registrant's definitive Proxy Statement dated April 29, 2004 (Commission File No. 001-16133)). |
| 10.6 | Employment Agreement, between the Company and M. S. Koly, as amended by Amendment No. 1 thereto (incorporated by reference to Exhibit 10.1 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005 (Commission File No. 001-16133)). |
| 10.7 | Employment Agreement, effective as of October 1, 2003, by and among Delcath Systems, Inc. and Samuel Herschkowitz (incorporated by reference to Exhibit 10.6 to Registrant's Annual Report on Form 10-KSB for the year ended December 31, 2003 (Commission File No. 001-16133)). |
| 10.8 | Common Stock Purchase Agreement dated as of March 19, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Exhibit A thereto (incorporated by reference to Exhibit 10.1 to Registrant's Current Report on Form 8-K dated March 19, 2004 (Commission File No. 001-16133)). |
| 10.9 | Registration Rights Agreement dated as of March 19, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Schedule I thereto (incorporated by reference to Exhibit 10.2 to Registrant's Current Report on Form 8-K dated March 19, 2004 (Commission File No. 001-16133)). |
| 10.10 | Common Stock Purchase Agreement dated as of November 24, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Exhibit A thereto (incorporated by reference to Exhibit 10.1 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)). |

| Exhibit No. | Description |
|---|---|
| 10.11 | Registration Rights Agreement dated as of November 24, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Schedule I thereto (incorporated by reference to Exhibit 10.2 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)). |
| 10.12 | Common Stock Purchase Agreement dated as of December 7, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Exhibit A thereto (incorporated by reference to Exhibit 10.5 to Registrant's Registration Statement on Form S-3 (Registration No. 333-121681)). |
| 10.13 | Registration Rights Agreement dated as of December 7, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Schedule I thereto (incorporated by reference to Exhibit 10.6 to Registrant's Registration Statement on Form S-3 (Registration No. 333-121681)). |
| 10.14 | Common Stock Purchase Agreement dated as of November 27, 2005 by and among Delcath Systems, Inc. and the Purchasers Listed on the Schedule I thereto (incorporated by reference to Exhibit 10.1 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 001-16133)). |
| 10.15 | Registration Rights Agreement dated as of November 27, 2005 by and among Delcath Systems, Inc. and the Purchasers Listed on the Schedule I thereto (incorporated by reference to Exhibit 10.2 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 001-16133)). |
| 10.16 | Voting Agreement dated as of November 27, 2005 by and between Delcath Systems, Inc. and the purchasers listed on Exhibit A to the Common Stock Purchase Agreement dated November 27, 2005 and Vertical Ventures LLC (incorporated by reference to Exhibit 10.3 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 001-16133)). |
| 10.17 | Form of Incentive Stock Option Agreement under the Company's 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.2 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005)). |
| 10.18 | Form of Nonqualified Stock Option Agreement under the Company's 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.2 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005)). |
| 10.19 | Form of Stock Grant Agreement under the Company's 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.3 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005 (Commission File No. 001-16133)). |
| 14 | Code of Business Conduct (incorporated by reference to Exhibit 14 to Registrant's Annual Report on Form 10-KSB for the year ended December 31, 2003 (Commission File No. 001-16133)). |
| 23 | Consent of Carlin, Charron & Rosen, LLP. |
| 24 | Power of Attorney (included on the signature page hereto). |
| 31.1 | Certification by Chief Executive Officer Pursuant to Rule 13a-14. |
| 31.2 | Certification by Chief Financial Officer Pursuant to Rule 13a-14. |
| 32.1 | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

## Item 14. Principal Accountant Fees and Services.

The information required by Item 9(e) of Schedule 14A is incorporated into this Form 10-KSB by reference to the Definitive Proxy Statement.

**Signatures**

In accordance with Section 13 or 15(d) of the Exchange Act, the registrant caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**DELCATH SYSTEMS, INC.**
Registrant

/s/ M. S. KOLy
-------------------------------------
M. S. Koly, President
March 31, 2006

Each person whose signature appears below appoints M. S. Koly as his attorney-in-fact, with full power of substitution and resubstitution to sign any and all amendments to this report on Form 10-KSB of Delcath Systems, Inc. and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, hereby ratifying and confirming all that said attorney-in-fact and agent or his substitute or substitutes may lawfully do or cause to be done by virtue hereof.

In accordance with the Exchange Act, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ M. S. KOLY<br>------------------------------<br>M. S. Koly | President, Chief Executive Officer, Treasurer and Director (Principal Executive Officer) | March 31, 2006 |
| /s/ PAUL M. FEINSTEIN<br>------------------------------<br>Paul M. Feinstein | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | March 31, 2006 |
| /s/ SAMUEL HERSCHKOWITZ. M.D.<br>------------------------------<br>Samuel Herschkowitz, M.D. | Chairman of the Board, Non-Officer | March 31, 2006 |
| /s/ MARK A. CORIGLIANO<br>------------------------------<br>Mark A. Corigliano | Director, | March 31, 2006 |
| /s/ DANIEL ISDANER<br>------------------------------<br>Daniel Isdaner | Director | March 31, 2006 |
| /s/ VICTOR NEVINS<br>------------------------------<br>Victor Nevins | Director | March 31, 2006 |

**EXHIBIT INDEX**

Exhibit No. Description

3.1 Amended and Restated Certificate of Incorporation of Delcath Systems, Inc., as amended to June 16, 2004. (incorporated by reference to Exhibit 3(i) to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005 (Commission File No. 001-16133)).

3.2 Amended and Restated By-Laws of Delcath Systems, Inc. (incorporated by reference to Exhibit 3.2 to Amendment No. 1 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)).

4.1 Rights Agreement, dated October 30, 2001, by and between Delcath Systems, Inc. and American Stock Transfer & Trust Company, as Rights Agent (incorporated by reference to Exhibit 4.7 to Registrant's Form 8-A dated November 12, 2001 (Commission File No. 001-16133))

4.2 Form of Underwriter's Unit Warrant Agreement between Delcath Systems, Inc. and Roan/Meyers Associates L.P. (incorporated by reference to Exhibit 4.1 to Amendment No. 1 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-101661)).

4.3 Form of Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of March 19, 2004 (incorporated by reference to Exhibit 4 to Registrant's Current Report on Form 8-K dated March 19, 2004 (Commission File No,. 001-16133)).

4.4 Form of Series A Warrant to Purchase Shares of Common Stock dated as of November 24, 2004 (incorporated by reference to Exhibit 4.1 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)).

4.5 Form of Series C Warrant to Purchase Shares of Common Stock dated as of November 24, 2004 (incorporated by reference to Exhibit 4.3 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)).

4.6 Form of Series D Warrant to Purchase Shares of Common Stock dated as of December 7, 2004 (incorporated by reference to Exhibit 4.10

to

| Exhibit No. | Description |
|---|---|
|  | Registrant's Registration Statement on Form S-3 (Registration No. 333-121681)). |
| 4.7 | Form of 2005 Series A Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of November 27, 2005 (incorporated by reference to Exhibit 4.1 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 011-16133)). |
| 4.8 | Form of 2005 Series B Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of November 27, 2005 (incorporated by reference to Exhibit 4.2 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 011-16133)). |
| 4.9 | Form of 2005 Series C Warrant to Purchase Shares of Common Stock issued pursuant to the Common Stock Purchase Agreement dated as of November 27, 2005 (incorporated by reference to Exhibit 4.3 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 011-16133)). |
| 10.1 | 1992 Incentive Stock Option Plan (incorporated by reference to Exhibit 10.2 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)). |
| 10.2 | 1992 Non-Incentive Stock Option Plan (incorporated by reference to Exhibit 10.1 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)). |
| 10.3 | 2000 Stock Option Plan (incorporated by reference to Exhibit 10.3 to Registrant's Registration Statement on Form SB-2 (Registration No. 333-39470)). |
| 10.4 | 2001 Stock Option Plan (incorporated by reference to Exhibit 10.12 to Amendment No. 1 to Registrant's Annual Report on Form 10-KSB for the year ended December 31, 2001 (Commission File No. 001-16133)). |
| 10.5 | 2004 Stock Incentive Plan (incorporated by reference to Appendix B to Registrant's definitive Proxy Statement dated April 29, 2004 (Commission File No. 001-16133)). |
| 10.6 | Employment Agreement, between the Company and M. S. Koly, as amended by Amendment No. 1 thereto (incorporated by reference to Exhibit 10.1 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005 (Commission File No. 001-16133)). |
| 10.7 | Employment Agreement, effective as of October 1, 2003, by and among Delcath Systems, Inc. and Samuel Herschkowitz (incorporated by reference to Exhibit 10.6 to Registrant's Annual Report on Form 10-KSB for the year ended December 31, 2003 (Commission File No. 001-16133)). |
| 10.8 | Common Stock Purchase Agreement dated as of March 19, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Exhibit A thereto (incorporated by reference to Exhibit 10.1 to Registrant's Current Report on Form 8-K dated March 19, 2004 (Commission File No. 001-16133)). |
| 10.9 | Registration Rights Agreement dated as of March 19, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Schedule I thereto (incorporated by reference to Exhibit 10.2 to Registrant's Current Report on Form 8-K dated March 19, 2004 (Commission File No. 001-16133)). |
| 10.10 | Common Stock Purchase Agreement dated as of November 24, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Exhibit A thereto (incorporated by reference to Exhibit 10.1 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)). |

| Exhibit No. | Description |
|---|---|
| 10.11 | Registration Rights Agreement dated as of November 24, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Schedule I thereto (incorporated by reference to Exhibit 10.2 to Registrant's Current Report on Form 8-K dated November 24, 2004 (Commission File No. 001-16133)). |
| 10.12 | Common Stock Purchase Agreement dated as of December 7, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Exhibit A thereto (incorporated by reference to Exhibit 10.5 to Registrant's Registration Statement on Form S-3 (Registration No. 333-121681)). |
| 10.13 | Registration Rights Agreement dated as of December 7, 2004 by and among Delcath Systems, Inc. and the Purchasers Listed on Schedule I thereto (incorporated by reference to Exhibit 10.6 to Registrant's Registration Statement on Form S-3 (Registration No. 333-121681)). |
| 10.14 | Common Stock Purchase Agreement dated as of November 27, 2005 by and among Delcath Systems, Inc. and the Purchasers Listed on the Schedule I thereto (incorporated by reference to Exhibit 10.1 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 001-16133)). |
| 10.15 | Registration Rights Agreement dated as of November 27, 2005 by and among Delcath Systems, Inc. and the Purchasers Listed on the Schedule I thereto (incorporated by reference to Exhibit 10.2 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 001-16133)). |
| 10.16 | Voting Agreement dated as of November 27, 2005 by and between Delcath Systems, Inc. and the purchasers listed on Exhibit A to the Common Stock Purchase Agreement dated November 27, 2005 and Vertical Ventures LLC (incorporated by reference to Exhibit 10.3 to Registrant's Current Report on Form 8-K dated November 28, 2005 (Commission File No. 001-16133)). |
| 10.17 | Form of Incentive Stock Option Agreement under the Company's 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.2 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005)). |
| 10.18 | Form of Nonqualified Stock Option Agreement under the Company's 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.2 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005)). |
| 10.19 | Form of Stock Grant Agreement under the Company's 2004 Stock Incentive Plan (incorporated by reference to Exhibit 10.3 to Registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2005 (Commission File No. 001-16133)). |
| 14 | Code of Business Conduct (incorporated by reference to Exhibit 14 to Registrant's Annual Report on Form 10-KSB for the year ended December 31, 2003 (Commission File No. 001-16133)). |
| 23 | Consent of Carlin, Charron & Rosen. |
| 24 | Power of Attorney (included on the signature page hereto). |
| 31.1 | Certification by Chief Executive Officer Pursuant to Rule 13a-14. |
| 31.2 | Certification by Chief Financial Officer Pursuant to Rule 13a-14. |
| 32.1 | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Index to Financial Statements

|  | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | F-2 |
| Balance Sheet as of December 31, 2005 | F-3 |
| Statements of Operations for the years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005 | F-4 |
| Statements of Stockholders' Equity for the years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005 | F-5 |
| Statements of Cash Flows for the years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005 | F-6 |
| Notes to Financial Statements | F-7 |

F-1

## Report of Independent Registered Public Accounting Firm

To the Stockholders and Board of Directors of Delcath Systems, Inc.

We have audited the accompanying balance sheet of Delcath Systems, Inc. (a development stage company) as of December 31, 2005, and the related statements of operations, stockholders' equity, and cash flows for each of the years in the two-year period ended December 31, 2005 and for the period from August 5, 1988 (inception) to December 31, 2005. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referenced above present fairly, in all material respects, the financial position of Delcath Systems, Inc. (a development stage company) as of December 31, 2005, and the results of its operations and its cash flows for each of the years in the two-year period ended December 31, 2005 and for the period from August 5, 1988 (inception) to December 31, 2005 in conformity with accounting principles generally accepted in the United States of America.

/s/ Carlin, Charron & Rosen, LLP

Glastonbury, CT
March 24, 2006

F-2

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Balance Sheet

|  | December 31, 2005 |
|---|---:|
| **Assets** | |
| Current assets | |
|     Cash and cash equivalents | $ 1,704,131 |
|     Certificates of deposit | 11,097,790 |
|     Interest receivable | 91,574 |
|     Prepaid insurance | 26,917 |
|     Total current assets | 12,920,412 |
| Property and equipment, net | 7,554 |
|     Total assets | $ 12,927,966 |
| **Liabilities and Stockholders' Equity** | |
| Current liabilities | |
|     Accounts payable and accrued expenses | $ 330,070 |
|     Total current liabilities | 330,070 |
| Stockholders' equity | |
|     Preferred stock, $.01 par value; 10,000,000 shares authorized; no shares issued and outstanding | -- |
|     Common stock, $.01 par value; 70,000,000 shares authorized; 18,877,753 shares issued and 18,849,653 outstanding | 188,497 |
|     Additional paid-in capital | 38,244,566 |
|     Deficit accumulated during development stage | (25,835,167) |
|     Total stockholders' equity | 12,597,896 |
|     Total liabilities and stockholders' equity | $ 12,927,966 |

See accompanying notes to financial statements.

F-3

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

### Statements of Operations

|  | Year ended December 31, 2005 | Year ended December 31, 2004 | Cumulative from inception (August 5, 1988) to December 31, 2005 |
|---|---|---|---|
| **Costs and expenses** | | | |
| General and administrative expenses | $ 1,367,344 | $ 1,059,815 | $ 8,439,205 |
| Research and development costs | 1,744,251 | 2,306,733 | 17,059,480 |
| Total costs and expenses | 3,111,595 | 3,366,548 | 25,498,685 |
| Operating loss | (3,111,595) | (3,366,548) | (25,498,685) |
| **Other income (expense)** | | | |
| Interest income | 246,976 | 100,216 | 1,333,596 |
| Interest expense | -- | -- | (171,473) |
| Net loss | $ (2,864,619) | $ (3,266,332) | $ (24,336,562) |
| **Common share data** | | | |
| Basic and diluted loss per share | $ (0.18) | $ (0.28) | |
| Weighted average number of basic and diluted common shares outstanding | 16,038,716 | 11,543,256 | |

See accompanying notes to financial statements.

F-4

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

### Statements of Stockholders' Equity

Years ended December 31, 2005 and 2004 and cumulative from inception (August 5, 1988) to December 31, 2005

| | Common stock $.01 par value | | | | | |
|---|---|---|---|---|---|---|
| | Issued | | In treasury | | Outstanding | |
| | No. of shares | Amount | No. of shares | Amount | No. of shares | Amount |
| Shares issued in connection with the formation of the Company as of August 22, 1988 | 621,089 | $ 6,211 | -- | $ -- | 621,089 | $ 6,211 |
| Sale of preferred stock, August 22, 1988 | -- | -- | -- | -- | -- | -- |
| Shares returned due to relevant technology milestones not being fully achieved, March 8, 1990 | -- | -- | (414,059) | (4,141) | (414,059) | (4,141) |
| Sale of stock, October 2, 1990 | -- | -- | 17,252 | 173 | 17,252 | 173 |
| Sale of stock (common stock at $7.39 per share and Class B preferred stock at $2.55 per share), January 23, 1991 | -- | -- | 46,522 | 465 | 46,522 | 465 |
| Sale of stock, August 30, 1991 | -- | -- | 1,353 | 14 | 1,353 | 14 |
| Sale of stock, December 31, 1992 | -- | -- | 103,515 | 1,035 | 103,515 | 1,035 |
| Sale of stock (including 10,318 warrants, each to purchase one share of common stock at $10.87), July 15, 1994 | -- | -- | 103,239 | 1,032 | 103,239 | 1,032 |
| Sale of stock, December 19, 1996 | -- | -- | 39,512 | 395 | 39,512 | 395 |
| Shares issued (including 78,438 warrants each to purchase one share of common stock at $10.87) in connection with conversion of short-term borrowings as of December 22, 1996 | 58,491 | 585 | 98,388 | 984 | 156,879 | 1,569 |
| Sale of stock, December 31, 1997 | 53,483 | 535 | -- | -- | 53,483 | 535 |
| Exercise of stock options | 13,802 | 138 | 3,450 | 35 | 17,252 | 173 |
| Shares issued as compensation for consulting services valued at $10.87 per share based on a 1996 agreement | 2,345 | 23 | 828 | 8 | 3,173 | 31 |
| Shares issued in connection with exercise of warrants | 21,568 | 216 | -- | -- | 21,568 | 216 |
| Sale of stock, January 16, 1998 | 34,505 | 345 | -- | -- | 34,505 | 345 |
| Sale of stock, September 24, 1998 | 3,450 | 35 | -- | -- | 3,450 | 35 |
| Shares returned as a settlement of a dispute with a former director at $1.45 per share, the price originally paid, April 17, 1998 | (3,450) | (35) | -- | -- | (3,450) | (35) |
| Exercise of stock options | 8,626 | 86 | -- | -- | 8,626 | 86 |
| Sale of stock (including 5,218 warrants each to purchase one share of common stock at $14.87), June 30, 1999 | 46,987 | 470 | -- | -- | 46,987 | 470 |
| Shares issued in connection with exercise of warrants | 2,300 | 23 | -- | -- | 2,300 | 23 |
| Sale of stock, April 14, 2000 | 230,873 | 2,309 | -- | -- | 230,873 | 2,309 |
| Dividends paid on preferred stock | 690,910 | 6,909 | -- | -- | 690,910 | 6,909 |
| Conversion of preferred stock | 833,873 | 8,339 | -- | -- | 833,873 | 8,339 |
| Sale of stock (including 1,200,000 warrants each to purchase one share of common stock at $6.60), October 19, 2000 | 1,200,000 | 12,000 | -- | -- | 1,200,000 | 12,000 |
| Shares issued as compensation for stock sale | 85,000 | 850 | -- | -- | 85,000 | 850 |
| 1,720 stock options (including 1,720 warrants each to purchase one share of common stock at $6.00), issued as compensation | -- | -- | -- | -- | -- | -- |
| Sum of fractional common shares cancelled after year 2000 stock splits | (36) | (1) | -- | -- | (36) | (1) |
| Stock warrants (150,000 at $7.00 and 150,000 at $6.60) issued as compensation | -- | -- | -- | -- | -- | -- |
| Sale of stock on April 3, 2002 | 243,181 | 2,432 | -- | -- | 243,181 | 2,432 |
| Repurchases of stock, November and December 2002 | | | (28,100) | (281) | (28,100) | (281) |
| Amortization since inception of compensatory stock options | -- | -- | -- | -- | -- | -- |
| Forfeiture since inception of stock options | -- | -- | -- | -- | -- | -- |
| Sale of stock (including 3,895,155 warrants to purchase one share of common stock at $0.775) on May 20, 2003 including underwriter's exercise of overallotment option | 3,895,155 | 38,952 | -- | -- | 3,895,155 | 38,952 |
| Proceeds from sale of unit option | -- | -- | -- | -- | -- | -- |
| Exercise of 2003 Warrants | 1,730,580 | 17,305 | -- | -- | 1,730,580 | 17,305 |
| Deficit accumulated from inception to December 31, 2003 | -- | -- | -- | -- | -- | -- |
| Balance at December 31, 2003 | 9,772,732 | $ 97,727 | (28,100) | $ (281) | 9,744,632 | 97,446 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sale of stock, March, 2004 | 1,197,032 | 11,970 | -- | -- | 1,197,032 | 11,970 |
| Exercise of 2002 Warrants | 20,265 | 203 | -- | -- | 20,265 | 203 |
| Sale of stock, April, 2004 | 290,457 | 2,905 | -- | -- | 290,457 | 2,905 |
| Stock options issued as compensation | -- | -- | -- | -- | -- | -- |
| Sale of stock, November, 2004 | 1,069,520 | 10,695 | -- | -- | 1,069,520 | 10,695 |
| Sale of stock, December, 2004 | 236,966 | 2,370 | -- | -- | 236,966 | 2,370 |
| Exercise of 2003 Warrants | 2,160,163 | 21,602 | -- | -- | 2,160,163 | 21,602 |
| Exercise of 2003 Representative's Unit Warrants | 282,025 | 2,820 | -- | -- | 282,025 | 2,820 |
| Exercise of Representative's Common Stock Warrants | 152,025 | 1,520 | -- | -- | 152,025 | 1,520 |
| Exercise of stock options | 62,000 | 620 | -- | -- | 62,000 | 620 |
| Net Loss | -- | -- | -- | -- | -- | -- |
| Balance at December 31, 2004 | 15,243,185 | $ 152,432 | (28,100) | $ (281) | 15,215,085 | $ 152,151 |
| Exercise of 2003 Representative's Unit Warrants | 42,180 | 422 | -- | -- | 42,180 | 422 |
| Exercise of Representative's Common Stock Warrants | 157,180 | 1,572 | -- | -- | 157,180 | 1,572 |
| Exercise of stock options | 597,000 | 5,970 | -- | -- | 597,000 | 5,970 |
| Stock options issued as compensation | -- | -- | -- | -- | -- | -- |
| Exercise of 2004 Warrants | 1,107,313 | 11,073 | -- | -- | 1,107,313 | 11,073 |
| Exercise of 2005 Warrants | 940,957 | 9,410 | -- | -- | 940,957 | 9,410 |
| Sale of stock, November, 2005 | 753,013 | 7,530 | -- | -- | 753,013 | 7,530 |
| Shares issued as compensation | 36,925 | 369 | -- | -- | 36,925 | 369 |
| Net Loss | -- | -- | -- | -- | -- | -- |
| Balance at December 31, 2005 | 18,877,753 | $ 188,778 | (28,100) | $ (281) | 18,849,653 | $ 188,497 |

| | Preferred Stock $.01 par value | | Class A preferred stock $.01 par value | | Class B preferred stock $.01 par value | |
|---|---|---|---|---|---|---|
| | No. of shares | Amount | No. of shares | Amount | No. of shares | Amount |
| Shares issued in connection with the formation of the Company as of August 22, 1988 | -- | $ -- | -- | $ -- | -- | $ -- |
| Sale of preferred stock, August 22, 1988 | -- | -- | 2,000,000 | 20,000 | -- | -- |
| Shares returned due to relevant technology milestones not being fully achieved, March 8, 1990 | -- | -- | -- | -- | -- | -- |
| Sale of stock, October 2, 1990 | -- | -- | -- | -- | -- | -- |
| Sale of stock (common stock at $7.39 per share and Class B preferred stock at $2.55 per share), January 23, 1991 | -- | -- | -- | -- | 416,675 | 4,167 |
| Sale of stock, August 30, 1991 | -- | -- | -- | -- | -- | -- |
| Sale of stock, December 31, 1992 | -- | -- | -- | -- | -- | -- |
| Sale of stock (including 10,318 warrants, each to purchase one share of common stock at $10.87), July 15, 1994 | -- | -- | -- | -- | -- | -- |
| Sale of stock, December 19, 1996 | -- | -- | -- | -- | -- | -- |
| Shares issued (including 78,438 warrants each to purchase one share of common stock at $10.87) in connection with conversion of short-term borrowings as of December 22, 1996 | -- | -- | -- | -- | -- | -- |
| Sale of stock, December 31, 1997 | -- | -- | -- | -- | -- | -- |
| Exercise of stock options | -- | -- | -- | -- | -- | -- |
| Shares issued as compensation for consulting services valued at $10.87 per share based on a 1996 agreement | -- | -- | -- | -- | -- | -- |
| Shares issued in connection with exercise of warrants | -- | -- | -- | -- | -- | -- |
| Sale of stock, January 16, 1998 | -- | -- | -- | -- | -- | -- |
| Sale of stock, September 24, 1998 | -- | -- | -- | -- | -- | -- |
| Shares returned as a settlement of a dispute with a former director at $1.45 per share, the price originally paid, April 17, 1998 | -- | -- | -- | -- | -- | -- |
| Exercise of stock options | -- | -- | -- | -- | -- | -- |
| Sale of stock (including 5,218 warrants each to purchase one share of common stock at $14.87), June 30, 1999 | -- | -- | -- | -- | -- | -- |
| Shares issued in connection with exercise of warrants | -- | -- | -- | -- | -- | -- |
| Sale of stock, April 14, 2000 | -- | -- | -- | -- | -- | -- |
| Dividends paid on preferred stock | -- | -- | -- | -- | -- | -- |
| Conversion of preferred stock | -- | -- | (2,000,000) | (20,000) | (416,675) | (4,167) |
| Sale of stock (including 1,200,000 warrants each to purchase one share of common stock at $6.60), October 19, 2000 | -- | -- | -- | -- | -- | -- |
| Shares issued as compensation | -- | -- | -- | -- | -- | -- |

| | | | | | | |
|---|---|---|---|---|---|---|
| for stock sale | -- | -- | -- | -- | -- | -- |
| 1,720 stock options (including 1,720 warrants each to purchase one share of common stock at $6.00), issued as compensation | -- | -- | -- | -- | -- | -- |
| Sum of fractional common shares cancelled after year 2000 stock splits | -- | -- | -- | -- | -- | -- |
| Stock warrants (150,000 at $7.00 and 150,000 at $6.60) issued as compensation | -- | -- | -- | -- | -- | -- |
| Sale of stock on April 3, 2002 | -- | -- | -- | -- | -- | -- |
| Repurchases of stock, November and December 2002 | -- | -- | -- | -- | -- | -- |
| Amortization since inception of compensatory stock options | -- | -- | -- | -- | -- | -- |
| Forfeiture since inception of stock options | -- | -- | -- | -- | -- | -- |
| Sale of stock (including 3,895,155 warrants to purchase one share of common stock at $0.775) on May 20, 2003 including underwriter's exercise of overallotment option | -- | -- | -- | -- | -- | -- |
| Proceeds from sale of unit option | -- | -- | -- | -- | -- | -- |
| Exercise of 2003 Warrants | -- | -- | -- | -- | -- | -- |
| Deficit accumulated from inception to December 31, 2003 | -- | -- | -- | -- | -- | -- |
| Balance at December 31, 2003 | -- | $ -- | -- | $ -- | -- | $ -- |
| Sale of stock, March, 2004 | -- | -- | -- | -- | -- | -- |
| Exercise of 2002 Warrants | -- | -- | -- | -- | -- | -- |
| Sale of stock, April, 2004 | -- | -- | -- | -- | -- | -- |
| Stock options issued as compensation | -- | -- | -- | -- | -- | -- |
| Sale of stock, November, 2004 | -- | -- | -- | -- | -- | -- |
| Sale of stock, December, 2004 | -- | -- | -- | -- | -- | -- |
| Exercise of 2003 Warrants | -- | -- | -- | -- | -- | -- |
| Exercise of 2003 Representative's Unit Warrants | -- | -- | -- | -- | -- | -- |
| Exercise of Representative's Common Stock Warrants | -- | -- | -- | -- | -- | -- |
| Exercise of stock options | -- | -- | -- | -- | -- | -- |
| Net Loss | -- | -- | -- | -- | -- | -- |
| Balance at December 31, 2004 | -- | $ -- | -- | $ -- | -- | $ -- |
| Exercise of 2003 Representative's Unit Warrants | -- | -- | -- | -- | -- | -- |
| Exercise of Representative's Common Stock Warrants | -- | -- | -- | -- | -- | -- |
| Exercise of stock options | -- | -- | -- | -- | -- | -- |
| Stock options issued as compensation | -- | -- | -- | -- | -- | -- |
| Exercise of 2004 Warrants | -- | -- | -- | -- | -- | -- |
| Exercise of 2005 Warrants | -- | -- | -- | -- | -- | -- |
| Sale of stock, November, 2005 | -- | -- | -- | -- | -- | -- |
| Shares issued as compensation | -- | -- | -- | -- | -- | -- |
| Net Loss | -- | -- | -- | -- | -- | -- |
| Balance at December 31, 2005 | -- | $ -- | -- | $ -- | -- | $ -- |

| | Additional paid-in capital | Deficit accumulated during development stage | Total |
|---|---|---|---|
| Shares issued in connection with the formation of the Company as of August 22, 1988 | $ (5,211) | $ -- | $ 1,000 |
| Sale of preferred stock, August 22, 1988 | 480,000 | -- | 500,000 |
| Shares returned due to relevant technology milestones not being fully achieved, March 8, 1990 | 4,141 | -- | -- |
| Sale of stock, October 2, 1990 | 24,827 | -- | 25,000 |
| Sale of stock (common stock at $7.39 per share and Class B preferred stock at $2.55 per share), January 23, 1991 | 1,401,690 | -- | 1,406,322 |
| Sale of stock, August 30, 1991 | 9,987 | -- | 10,001 |
| Sale of stock, December 31, 1992 | 1,013,969 | -- | 1,015,004 |
| Sale of stock (including 10,318 warrants, each to purchase one share of common stock at $10.87), July 15, 1994 | 1,120,968 | -- | 1,122,000 |
| Sale of stock, December 19, 1996 | 999,605 | -- | 1,000,000 |
| Shares issued (including 78,438 warrants each to purchase one share of common stock at $10.87) in connection with conversion of short-term borrowings as | | | |

| | | | |
|---|---:|---:|---:|
| of December 22, 1996 | | | |
| Sale of stock, December 31, 1997 | 1,703,395 | -- | 1,704,964 |
| Exercise of stock options | 774,465 | -- | 775,000 |
| Shares issued as compensation for consulting services valued at $10.87 per share based on a 1996 agreement | 30,827 | -- | 31,000 |
| Shares issued in connection with exercise of warrants | 34,454 | -- | 34,485 |
| Sale of stock, January 16, 1998 | 234,182 | -- | 234,398 |
| Sale of stock, September 24, 1998 | 499,655 | -- | 500,000 |
| Shares returned as a settlement of a dispute with a former director at $1.45 per share, the price originally paid, April 17, 1998 | 56,965 | -- | 57,000 |
| | (4,965) | -- | (5,000) |
| Exercise of stock options | 67,414 | -- | 67,500 |
| Sale of stock (including 5,218 warrants each to purchase one share of common stock at $14.87), June 30, 1999 | 775,722 | -- | 776,192 |
| Shares issued in connection with exercise of warrants | 24,975 | -- | 24,998 |
| Sale of stock, April 14, 2000 | 499,516 | -- | 501,825 |
| Dividends paid on preferred stock | 992,161 | (1,498,605) | (499,535) |
| Conversion of preferred stock | 15,828 | -- | -- |
| Sale of stock (including 1,200,000 warrants each to purchase one share of common stock at $6.60), October 19, 2000 | 5,359,468 | -- | 5,371,468 |
| Shares issued as compensation for stock sale | (850) | -- | -- |
| 1,720 stock options (including 1,720 warrants each to purchase one share of common stock at $6.00), issued as compensation | 3,800 | -- | 3,800 |
| Sum of fractional common shares cancelled after year 2000 stock splits | 1 | -- | -- |
| Stock warrants (150,000 at $7.00 and 150,000 at $6.60) issued as compensation | 198,000 | -- | 198,000 |
| Sale of stock on April 3, 2002 | 265,068 | -- | 267,500 |
| Repurchases of stock, November and December 2002 | (50,822) | -- | (51,103) |
| Amortization since inception of compensatory stock options | 3,760,951 | -- | 3,760,951 |
| Forfeiture since inception of stock options | (1,240,780) | -- | (1,240,780) |
| Sale of stock (including 3,895,155 warrants to purchase one share of common stock at $0.775) on May 20, 2003 including underwriter's exercise of overallotment option | 1,453,696 | -- | 1,492,648 |
| Proceeds from sale of unit option | 68 | -- | 68 |
| Exercise of 2003 Warrants | 1,273,895 | -- | 1,291,200 |
| Deficit accumulated from inception to December 31, 2003 | -- | (18,205,511) | (18,205,611) |
| | ---------- | ---------- | ---------- |
| Balance at December 31, 2003 | $ 21,777,065 | $ (19,704,216) | $ 2,170,295 |
| Sale of stock, March, 2004 | 2,660,625 | -- | 2,672,595 |
| Exercise of 2002 Warrants | 26,547 | -- | 26,750 |
| Sale of stock, April, 2004 | 635,130 | -- | 638,035 |
| Stock options issued as compensation | 5,222 | -- | 5,222 |
| Sale of stock, November, 2004 | 1,829,305 | -- | 1,840,000 |
| Sale of stock, December, 2004 | 497,630 | -- | 500,000 |
| Exercise of 2003 Warrants | 1,652,524 | -- | 1,674,126 |
| Exercise of 2003 Representative's Unit Warrants | 284,383 | -- | 287,203 |
| Exercise of Representative's Common Stock Warrants | 193,072 | -- | 194,592 |
| Exercise of stock options | 44,040 | -- | 44,660 |
| Net Loss | -- | (3,266,332) | (3,266,332) |
| | ---------- | ---------- | ---------- |
| Balance at December 31, 2004 | $ 29,605,543 | $ (22,970,548) | $ 6,787,146 |
| Exercise of 2003 Representative's Unit Warrants | 42,686 | -- | 43,108 |
| Exercise of Representative's Common Stock Warrants | 200,619 | -- | 202,191 |
| Exercise of stock options | 525,140 | -- | 531,110 |
| Stock options issued as compensation | 8,270 | -- | 8,270 |
| Exercise of 2004 Warrants | 2,883,418 | -- | 2,894,491 |
| Exercise of 2005 Warrants | 2,573,363 | -- | 2,582,773 |
| Sale of stock, November, 2005 | 2,302,471 | -- | 2,310,002 |
| Shares issued as compensation | 103,056 | -- | 103,425 |
| Net Loss | -- | (2,864,619) | (2,864,619) |
| | ---------- | ---------- | ---------- |
| Balance at December 31, 2005 | $ 38,244,567 | $ (25,835,167) | $ 12,597,897 |
| | ========== | ========== | ========== |