# DELCATH SYSTEMS, INC.

(A Development Stage Company)

**Statements of Cash Flows**

|  | Year ended December 31, 2005 | Year ended December 31, 2004 | Cumulative from inception (August 5, 1988) to December 31, 2005 |
|---|---:|---:|---:|
| **Cash flows from operating activities:** | | | |
| Net loss | $ (2,864,619) | $ (3,266,332) | $ (24,336,562) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Stock option compensation expense | 8,270 | 5,222 | 2,533,662 |
| Stock and warrant compensation expense issued for consulting services | 103,425 | -- | 339,711 |
| Depreciation expense | 6,052 | 5,526 | 37,744 |
| Amortization of organization costs | -- | -- | 42,165 |
| Rent expense attributable to lease deposit | -- | 24,000 | -- |
| Changes in assets and liabilities: | | | |
| Decrease (increase) in prepaid expenses | 20,899 | (316) | (26,917) |
| Increase in interest receivable | (58,688) | (18,614) | (91,574) |
| (Decrease) increase in accounts payable and accrued expenses | (234,556) | 304,426 | 330,070 |
| Net cash used in operating activities | (3,019,217) | (2,946,088) | (21,171,701) |
| **Cash flows from investing activities** | | | |
| Purchase of furniture and fixtures | -- | (5,345) | (45,298) |
| Purchase of short-term investments | (11,097,790) | (6,052,383) | (22,067,494) |
| Proceeds from maturities of short-term investments | 7,055,129 | 1,014,575 | 10,969,704 |
| Organization costs | -- | -- | (42,165) |
| Net cash used in investing activities | (4,042,661) | (5,043,153) | (11,185,253) |
| **Cash flows from financing activities:** | | | |
| Net proceeds from sale of stock and exercise of stock options and warrants | 8,563,674 | 7,877,961 | 32,906,759 |
| Repurchases of common stock | -- | -- | (51,103) |
| Dividends paid | -- | -- | (499,535) |
| Proceeds from short-term borrowings | -- | -- | 1,704,964 |
| Net cash provided by financing activities | 8,563,674 | 7,877,961 | 34,061,085 |
| Increase (decrease) in cash and cash equivalents | 1,501,796 | (111,280) | 1,704,131 |
| Cash and cash equivalents at beginning of period | 202,335 | 313,615 | -- |
| Cash and cash equivalents at end of period | $ 1,704,131 | $ 202,335 | $ 1,704,131 |
| Cash paid for interest | $ -- | $ -- | $ 171,473 |
| **Supplemental non-cash activities:** | | | |
| Conversion of debt to common stock | $ -- | $ -- | $ 1,704,964 |
| Common stock issued for preferred stock dividends | $ -- | $ -- | $ 999,070 |
| Conversion of preferred stock to common stock | $ -- | $ -- | $ 24,167 |
| Common stock issued as compensation for stock sale | $ -- | $ -- | $ 510,000 |

See accompanying notes to financial statements.

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

(1) Description of Business and Summary of Significant Accounting Policies

(a) Description of Business

Delcath Systems, Inc. (the "Company") is a development stage company which was founded in 1988 for the purpose of developing and marketing a proprietary drug delivery system capable of introducing and removing high dose chemotherapy agents to a diseased organ system while greatly inhibiting their entry into the general circulation system. It is hoped that the procedure will result in a meaningful treatment for cancer. In November 1989, the Company was granted an IDE (Investigational Device Exemption) and an IND status (Investigational New Drug) for its product by the FDA (Food and Drug Administration). The Company is seeking to complete clinical trials in order to obtain separate FDA pre-market approvals for the use of its delivery system using doxorubicin and melphalan, chemotherapeutic agents, to treat malignant melanoma that has spread to the liver.

(b) Basis of Financial Statement Presentation

The accounting and financial reporting policies of the Company conform to accounting principles generally accepted in the United States of America (GAAP). The preparation of financial statements in conformity with GAAP requires management to make assumptions and estimates that impact the amounts reported in those statements. Such assumptions and estimates are subject to change in the future as additional information becomes available or as circumstances are modified. Actual results could differ from these estimates.

(c) Property and Equipment

Property and equipment (primarily furniture and fixtures) are recorded at cost and are being depreciated on a straight line basis over the estimated useful lives of the assets of five years. Accumulated depreciation totaled $37,744 at December 31, 2005. Depreciation expense for the years ended December 31, 2005 and 2004 was $6,052 and $5,526, respectively. Maintenance and repairs are charged to operations as incurred. Expenditures which substantially increase the useful lives of the related assets are capitalized.

(d) Income Taxes

The Company accounts for income taxes following the asset and liability method in accordance with Statement of Financial Accounting Standards (SFAS) No. 109, "Accounting for Income Taxes." Under such method, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. The Company's income tax returns are prepared on the cash basis of accounting. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years that the asset is expected to be recovered or the liability settled.

DELCATH SYSTEMS, INC.
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

(e) Stock Option Plan

The Company has historically accounted for its employee stock option plans in accordance with the provisions of Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees," and related interpretations. As such, compensation cost is measured on the date of grant only if the fair market value of the underlying stock on the date of grant exceeded the exercise price. Fair market values of the Company's Common Stock at the dates options were granted, prior to the Company's stock becoming publicly traded, were based on third party sales of stock at or around the dates options were granted or, in the absence of such transactions, based on a determination by the board of directors based on current available information. Such cost is then recognized over the period the recipient is required to perform services to earn such compensation. If a stock option does not become vested because an employee fails to fulfill an obligation, the estimate of compensation expense recorded in previous periods is adjusted by decreasing compensation expense in the period of forfeiture.

The Company has adopted Statement of Financial Accounting Standards ("SFAS") No. 123, "Accounting for Stock-Based Compensation," as amended by SFAS No. 148, "Accounting for Stock-Based Compensation - Transition and Disclosure," which permits entities to recognize as expense over the vesting period the fair value of all stock-based awards on the date of grant. Alternatively, SFAS No. 123 also allows entities to continue to apply the provisions of APB Opinion No. 25 and provide pro forma net income (loss) and pro forma earnings (loss) per share disclosures for employee stock option grants as if the fair-value-based method defined in SFAS No. 123 had been applied. The Company has elected to continue to apply the provisions of APB Opinion No. 25 and provide the pro forma disclosure in accordance with the provisions of SFAS No. 123.

Had compensation cost for the Company's stock option grants been determined based on the fair value at the grant dates consistent with the methodology of SFAS No. 123, the Company's net loss and net loss per share for the years ended December 31, 2005 and 2004 would have been increased to the pro forma amounts indicated as follows:

|  | 2005 | 2004 |
|---|---|---|
| Net loss | $ (2,886,619) | $ (3,266,332) |
| Stock-based employee compensation expense included in net loss, net of related tax effects | 0 | 0 |
| Stock-based employee compensation expense determined under the fair value based method, net of related tax effects | (133,194) | (93,793) |
| Pro forma net loss | $ (2,997,813) | $ (3,360,125) |

F-8

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

```
Loss per share (basic and diluted):
    As reported                    $      (0.18)    $      (0.28)
    Pro forma                             (0.19)           (0.29)
```

The per share weighted average fair value of stock options granted in July 2005 was $.58 estimated on the date of grant using the Black-Scholes option-pricing model with the weighted-average assumption of a risk free interest rate of 3.77% and volatility of 41% while the per share weighted average fair value of stock options granted in November, 2005 using the Black-Scholes option-pricing model was $.66 with the weighted average assumption of a risk free interest rate of 4.45% and a volatility of 35%.

(f) Net Loss Per Common Share

For the years ended December 31, 2005 and 2004, potential common shares from the exercise of options and warrants were excluded from the computation of diluted earnings per share (EPS) because their effects would be antidilutive. In addition, common stock purchase rights issuable only in the event that a non-affiliated person or group acquires 15% of the Company's then outstanding common stock have been excluded from the EPS computation.

(g) Recent Accounting Pronouncements

In December 2004, the Financial Accounting Standards Board ("FASB") issued Statement of Financial Accounting Standards ("SFAS") No. 123 (revised 2004), "Share-Based Payment." SFAS No. 123 (revised 2004) requires companies to recognize in the statement of operations the grant-date fair value of stock options and other equity-based compensation. That cost will be recognized over the period during which an employee is required to provide service in exchange for the award, usually the vesting period. Subsequent changes in fair value during the requisite service period, measured at each reporting date, will be recognized as compensation cost over that period. SFAS No. 123 (revised 2004) is effective in the first interim or annual period beginning after June 15, 2005. The Company will be required to adopt SFAS No. 123 (revised 2004) in 2006. The Company is currently evaluating the impact of the adoption of SFAS 123 (revised 2004) on the Company's financial position and results of operations.

In December 2005, the FASB issued SFAS No. 155, "Accounting for Certain Hybrid Financial Instruments - an amendment to FASB Statements No. 133 and 140" and in May 2005, the FASB issued SFAS No. 154 "Accounting and Error Corrections - a replacement of APB opinion No. 20 and FASB Statement No. 3." The Company is not significantly impacted by these statements and does not expect their implementation to have a material impact on the Company's financial statements.

F-9

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

(h) Research and Development Costs

Research and development costs include the costs of materials, personnel, outside services and applicable indirect costs incurred in development of the Company's proprietary drug delivery system. All such costs are charged to expense when incurred.

(i) Cash Equivalents

The Company considers highly liquid debt instruments with maturities of three months or less at date of acquisition to be cash equivalents.

(j) Reclassification

Certain prior year amounts have been reclassified to conform to the current year presentation.

(2) Stockholders' Equity

(a) Stock Issuances

On October 30, 2001, the Company entered into a Rights Agreement with American Stock Transfer & Trust Company (the "Rights Agreement") in connection with the implementation of the Company's stockholder rights plan (the "Rights Plan"). The purposes of the Rights Plan are to deter, and protect the Company's shareholders from, certain coercive and otherwise unfair takeover tactics and to enable the Board of Directors to represent effectively the interests of shareholders in the event of a takeover attempt. The Rights Plan does not deter negotiated mergers or business combinations that the Board of Directors determines to be in the best interests of the Company and its shareholders. To implement the Rights Plan, the Board of Directors declared a dividend of one Common Stock purchase right (a "Right") for each share of Common Stock of the Company, par value $0.01 per share (the "Common Stock") outstanding at the close of business on November 14, 2001 (the "Record Date") or issued by the Company on or after such date and prior to the earlier of the Distribution Date, the Redemption Date or the Final Expiration Date (as such terms are defined in the Rights Agreement). The rights expire October 30, 2011. Each Right entitles the registered holder to purchase from the Company one share of Common Stock, at a price of $5.00 per share, subject to adjustment (the "Purchase Price") in the event that a person or group announces that it has acquired, or intends to acquire, 15% or more of the Company's outstanding Common Stock.

In March 2004, the Company completed the sale of 1,197,032 shares of its common stock and the issuance of warrants to purchase 299,258 common shares in a private placement to institutional and accredited investors. The Company received proceeds net of issuance costs of $2,672,595 in this transaction and agreed to register the shares of common stock and the shares issuable upon exercise of the warrants under the Securites Act of 1933.

In March 2004, proceeds of $26,750 were received as 20,265 warrants the Company issued in a private placement in 2002 were exercised.

F-10

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

**Notes to Financial Statements**

**December 31, 2005 and 2004**

In April 2004, the Company completed an additional private placement of 290,457 shares of common stock and an aggregate of 72,614 warrants to purchase shares of its common stock, under the same terms and conditions as those sold in March 2004 for which it received net proceeds of $638,035.

In June 2004, the stockholders approved an amendment to the Company's certificate of incorporation to increase the authorized number of shares of Common Stock from 35 million to 70 million.

In November 2004, the Company completed the sale of 1,069,520 shares of its common stock and the issuance of warrants to purchase 1,996,635 common shares in a private placement to institutional and accredited investors. The Company received net proceeds of $1,840,000 in this transaction and agreed to register the shares of common stock and the shares issuable upon exercise of the warrants under the Securites Act of 1933.

In December 2004, the Company completed the sale of 236,966 shares of its common stock and the issuance of warrants to purchase 94,787 common shares in a private placement to institutional and accredited investors. The Company received net proceeds of $500,000 in this transaction and agreed to register the shares of common stock and the shares issuable upon exercise of the warrants under the Securites Act of 1933.

During 2004, the Company received net proceeds of $1,674,126 as 2,160,163 of the 2003 Warrants were exercised and for which it has issued shares of its common stock. 1,893,658 warrants were exercised following a notice of redemption issued on October 1, 2004 in accordance with the terms of the warrant and as all such warrants have now been redeemed, trading therein has ceased.

During 2004, the Company received net proceeds of $287,203 upon the exercise of 56,405 of the Representative Unit Purchase Warrants that were issued to underwriters as part of the 2003 public offering. This resulted in the issuance of 282,025 shares of common stock together with an equal number of Representative's Common Stock Warrants. 152,025 Representative's Common Stock Warrants were exercised with an equal number of shares of common stock being issued for which the Company received net proceeds of $194,592.

The Company received a net amount of $44,660 upon the exercise of 62,000 in stock options during the last quarter of 2004. 60,000 options were exercised at a price of $0.71 per share and 2,000 were exercised at a price of $1.03 per share.

In November 2005, the Company completed the sale of 753,013 shares of its common stock and the issuance of warrants to purchase 711,600 common shares in a private placement to institutional and accredited investors. The Company received net proceeds of $2,310,001 in this transaction and agreed to register the shares of common stock and the shares issuable upon exercise of the warrants under the Securites Act of 1933.

During 2005, the Company received net proceeds of $43,108 upon the exercise of 8,436 of the Representative Unit Purchase Warrants that were issued to underwriters as part of the 2003

F-11

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

public offering. This resulted in the issuance of 42,180 shares of common stock together with an equal number of Representative's Common Stock Warrants. 157,180 Representative's Common Stock Warrants were exercised with an equal number of shares of common stock being issued and receipt of net proceeds of $202,191.

The Company received a net amount of $531,110 upon the exercise of 597,000 in stock options during 2005. 100,000 options were exercised at a price of $0.60 per share; 60,000 were exercised at a price of $0.71 per share; 120,000 were exercised at a price of $0.85 per share; and 317,000 were exercised at a price of $1.03 per share.

In 2003, the Company issued stock options as compensation to three non-employees. The cost of these options, which is based on an annual fair value calculation based on the vesting period of each option, is being recognized annually. The cost for the years 2005 and 2004 are $8,270 and $5,222, respectively.

During 2005, the Company received net proceeds of $2,894,491 as 1,069,526 of the November 2004 Warrants were exercised and 37,787 of the March 2004 Warrants were exercised for which it has issued shares of its common stock.

During 2005, the Company issued notice to the holders of 1,200,000 Redeemable Common Stock Purchase Warrants issued in 2000 (the "2000 Warrants") that the Company would offer to exchange on a one-for-one basis any outstanding 2000 Warrants for new warrants. The new warrants would be called the 2005 Redeemable Common Stock Purchase Warrants - Series A (Expiring December 31, 2005) (the "Exchange Warrants"). 989,554 of the 2000 Warrants were exchanged for Exchange Warrants. During 2005, the Company received net proceeds of $2,582,773 as 940,957 of the Exchange Warrants were exercised following a notice of redemption issued on November 15, 2005 in accordance with the terms of the Exchange Warrants. The holders of 48,597 Exchange Warrants that remained outstanding following the redemption received the redemption price of $0.10 per Exchange Warrant. All such warrants have now been redeemed and trading therein has ceased.

During 2005, the Company issued common stock to Directors and certain consultants that totaled 36,925 shares that had issuance values of between $2.78 and $2.95.

(b) Common Stock Repurchases

Pursuant to a stock repurchase plan approved in 2002 by the Company's Board of Directors, the Company repurchased 28,100 shares of common stock for $51,103 during 2002. The Company has been authorized by the Board of Directors to purchase up to seven percent of its then outstanding common stock (290,289).

(c) Stock Option Plans

The Company established an Incentive Stock Option Plan, a Non-Incentive Stock Option Plan, the 2000 Stock Option Plan, the 2001 Stock Option Plan and the 2004 Stock Incentive Plan (collectively, the "Plans") under which stock options, stock appreciation rights, restricted stock, and stock grants may be awarded. A stock option grant allows the holder of the option to

F-12

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

purchase a share of the Company's Common Stock in the future at a stated price. The Plans are administered by the Compensation Committee of the Board of Directors which determines the individuals to whom the options shall be granted as well as the terms and conditions of each option grant, the option price and the duration of each option.

The Company's Incentive and Non-Incentive Stock Option Plans were approved and became effective on November 1, 1992. During 2000, 2001 and 2004, respectively, the 2000 and 2001 Stock Option Plans and the 2004 Stock Incentive Plan, became effective. Options granted under the Plans vest as determined by the Company and expire over varying terms, but not more than five years from the date of grant. Stock option activity for 2005 and 2004 is as follows:

|  | Stock Options | Exercise Price Per Share | The Plans Weighted Average Exercise Price | Weighted Average Remaining Life (Years) |
|---|---|---|---|---|
| Outstanding at December 31, 2003 | 1,520,684 | $0.60 - $4.93 | $2.09 | 2.92 |
| Exercised | (62,000) | $0.71 - $1.03 | .72 |  |
| Expired | (441,664) | $2.90 - $4.93 | 4.14 |  |
| Outstanding at December 31, 2004 | 1,017,020 | $0.60 - $3.31 | 1.28 | 2.72 |
| Granted | 967,500 | $2.78 - $3.59 | 3.20 |  |
| Expired | (1,720) | $3.31 | 3.31 |  |
| Exercised | (597,000) | $0.60 - $1.03 | .89 |  |
| Outstanding at December 31, 2005 | 1,385,800 | $.71 - $3.59 | $2.51 | 4.17 |

At December 31, 2005, 2004, and 2003 options for 394,300, 737,520, and 935,678 shares, respectively, were exercisable at a weighted average exercise price of $1.89, $1.30, and $2.79 per share, respectively.

F-13

DELCATH SYSTEMS, INC.
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

(d) Warrants

A summary of warrant activity is as follows:

|  | Warrants | Exercise Price Per Warrant | Weighted Average Exercise Price | Weighted Average Remaining Life (Years) |
|---|---|---|---|---|
| Outstanding at December 31, 2003 | 4,628,970 | $0.775 - 10.50 | $ 3.17 | 3.35 |
| Issued | 2,537,668 | $2.60 - 3.01 | 2.76 | |
| Exercised | (2,614,478) | $0.775 - 1.32 | 0.84 | |
| Expired | (19,412) | $0.775 - 1.28 | 1.17 | |
| Outstanding at December 31, 2004 | 4,532,748 | $1.02 - 10.50 | $ 4.30 | 2.12 |
| Issued | 711,600 | $3.60 - 3.91 | $ 3.75 | |
| Exercised | (2,247,624) | $1.02 - 3.01 | $ 2.55 | |
| Expired | (825,763) | $2.75 - 10.50 | $ 7.01 | |
| Outstanding at December 31, 2005 | 2,170,961 | $1.02 - 3.91 | $ 3.14 | 3.27 |

(3) Income Taxes

As of December 31, 2005, the Company had net operating loss carryforwards for federal income tax purposes of approximately $21,420,000. A portion of that amount, $13,420,000, is subject to an annual limitation of approximately $123,000 as a result of a change in the Company's ownership through May 2003, as defined by federal income tax regulations (Section 382). The balance of $8,000,000 is available to offset future federal taxable income, if any, ratably through 2025. The available net operating loss carryforwards after applying the annual limitation under Section 382 resulted in a deferred tax asset of approximately $3,473,000 at December 31, 2005 ($2,295,000 at December 31, 2004). Management does not expect the Company to have taxable income in the near future and established a 100% valuation allowance against the deferred tax asset created by the available net operating loss carryforwards at December 31, 2005 and 2004. The valuation allowance increased $1,178,000 during the year ended December 31, 2005, and increased $1,015,000 during the year ended December 31, 2004.

**DELCATH SYSTEMS, INC.**
(A Development Stage Company)

Notes to Financial Statements

December 31, 2005 and 2004

(4) Rents

The Company currently occupies its office space on a month-to-month basis. Rent expense totaled $87,376 for each of the years ended December 31, 2005 and 2004.

F-15

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We hereby consent to the incorporation by reference in the Registration Statements on Form S-3 (Nos. 333-114600, 333-121681 and 333-130872) and the Registration Statement on Form S-8 (No. 333-119898) of Delcath Systems, Inc. of our report dated March 24, 2006, relating to the financial statements which appear in this Annual Report on Form 10-KSB.

/s/ Carlin, Charron & Rosen, LLP

Glastonbury, Connecticut
March 31, 2006

**EXHIBIT 31.1**

## CERTIFICATION BY CHIEF EXECUTIVE OFFICER PURSUANT TO RULE 13a-14

I, M. S. Koly, certify that:

1. I have reviewed this annual report on Form 10-KSB of DELCATH SYSTEMS, INC.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the small business issuer as of, and for, the periods presented in this report;

4. The small business issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the small business issuer and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the small business issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Evaluated the effectiveness of the small business issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

5. The small business issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the small business issuer's auditors and the audit committee of the small business issuer's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal controls over financial reporting which are reasonably likely to

adversely affect the small business issuer's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the small business issuer's internal control over financial reporting.

Date: March 31, 2006

/s/ M. S. KOLY
-------------------------------
M. S. Koly
Chief Executive Officer
(Principal executive officer)

EXHIBIT 31.2

## CERTIFICATION BY CHIEF FINANCIAL OFFICER PURSUANT TO RULE 13a-14

I, Paul M. Feinstein, certify that:

1. I have reviewed this annual report on Form 10-KSB of DELCATH SYSTEMS, INC.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the small business issuer as of, and for, the periods presented in this report;

4. The small business issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the small business issuer and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the small business issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Evaluated the effectiveness of the small business issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

5. The small business issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the small business issuer's auditors and the audit committee of the small business issuer's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to

2

adversely affect the small business issuer's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the small business issuer's internal control over financial reporting.

Date: March 31, 2006

/s/ PAUL M. FEINSTEIN
-------------------------------
Paul M.  Feinstein
Chief Financial Officer
(Principal financial officer)

EXHIBIT 32.1

## CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of DELCATH SYSTEMS, INC. (the "Company") on Form 10-KSB for the year ended December 31, 2005 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, M. S. Koly, the Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. ss. 1350, as adopted pursuant to ss. 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ M. S. KOLY
--------------------------------
M. S. Koly Chief
Executive Officer

March 31, 2006

EXHIBIT 32.2

## CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of DELCATH SYSTEMS, INC. (the "Company") on Form 10-KSB for the year ended December 31, 2005 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Paul M. Feinstein, the Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. ss. 1350, as adopted pursuant to ss. 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ PAUL M. FEINSTEIN
---------------------------------
Paul M. Feinstein
Chief Financial Officer

March 31, 2006