# Exhibit 6

# LADDCAP VALUE PARTNERS LP

APRIL 2006 UPDATE

### PARTNERSHIP PERFORMANCE (NET OF ALL FEES AND EXPENSES)



|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 5.0% | 1.2% | -0.1% | -1.0% |  |  |  |  |  |  |  | 5.1% |
|  | -1.6% | -1.6% | 1.4% | -3.2% | 0.9% | -3.7 | 4.9% | -0.7% | 0.6% | -0.3 | 1.8% | 0.2% | -1.7% |
|  | 7.6% | 1.5% | 0.9% | -4.4% | -0.3% | 2.1% | -6.0% | -2.6% | -2.3% | 2.1% | 2.1% | 0.8% | 0.7% |
|  |  |  |  | 0.7% | 5.2% | 1.4% | 3.8% | 0.2% | 6.1% | 0.5% | 3.1% | 4.3% | 28.0% |

### NET GROWTH SINCE INCEPTION (NET OF ALL FEES AND EXPENSES)



## FUND OVERVIEW

The primary mission of Laddcap Value Partners is to generate above average, consistent positive returns for the Partnership. Since inception in April of 2003, Laddcap Value Partners has gained 33% (net of all fees and expenses) and grown assets under management to $27 million from $14 million.

The Partnership capitalizes on the Managing Partner's experience in applying institutional quality analysis to public equities in the small and micro-cap sectors of the U.S. stock market. In so doing, the Partnership takes advantage of an asset class that is largely ignored by the professional investment community and which is also the subject of frequent mispricings. Laddcap Value's portfolio consists of relatively large "high conviction" positions, including active and passive holdings, culled from a select group of companies which meet the Partnership's value characteristics. In addition, the partnership pursues incremental alpha through the opportunistic trading of large-cap equities where the manager has identified significant catalysts for change.

## MANAGING PARTNER: ROBERT LADD, CFA

Mr. Ladd has over twenty years experience in the equities market. Before forming Laddcap Value Partners LP, Mr. Ladd was a Managing Director at Neuberger Berman where he was a portfolio manager for high net worth clients for over ten years. Prior to this, Mr. Ladd was a securities analyst at Neuberger for four years. Before joining Neuberger Berman, Mr. Ladd was a securities analyst with E.F. Hutton ('85-'87) and Duff & Phelps ('83-'85).

Mr. Ladd graduated with honors from The University of Pennsylvania's Wharton School with a B.S. in Economics in 1980. He received his MBA from Northwestern University's Kellogg School of Management in 1983. Mr. Ladd earned his designation as a Chartered Financial Analyst in 1986. *The Managing Partner's significant personal investment in the partnership aligns his interest with the Limited Partners.*

## DIRECTOR CLIENT SERVICE & MARKETING: KRISTIN MOTT

Ms. Mott has over 14 years experience in marketing, strategic communications, client service and technology. Since 1998, She has managed the development and maturation of nearly a dozen successful start-up hedge funds. Ms. Mott is a graduate of the School of Journalism at the University of Minnesota and is a member of numerous industry groups including the Managed Funds Association (MFA), 100 Women in Hedge Funds and the Professional Association for Investment Communications.

## SUMMARY & TERMS

## CONTACT DETAILS

Footnote: It should be noted that the past performance of this account should not be viewed as an indication of how the fund is expected to perform in the future since, among other things, there may be differences in economic conditions, regulatory climate, investment style, expenses, use of options and leverage, portfolio size, turnover and makeup. Performance numbers above are net of all fees and expenses. 2006 performance numbers will be audited at year-end. 2003, 2004 and 2005 performance numbers are based on audits by Rothstein, Kass & Co., independent auditors for Laddcap Value Partners.