# Exhibit 7

**Results for: S&P SmallCap 600**

| Index | Index Changes | Index Methodology | News & Analysis |

Choose Data: Index Data

> FAQ
> Constituent Messages
> Constituent List
> Graphs

**File Downloads**
S&P SmallCap 600- Factsheet PDF
U.S. Holiday Trading Schedule 2006 PPT

**Index Table (31-DEC-2004)**   Enter Date: 31-DEC-2004
(DD-MMM-YYYY)

| Desc | GICS®[1] | NC[2] | Adj MktCap[3,4] | Level[5] | Daily | MTD | QTD | YTD |
|---|---|---|---|---|---|---|---|---|
| S&P 600 | | 600 | 527,788 | 328.79 | (0.07%) | 2.12% | 12.76% | 21.59% |
| Energy | 10 | 27 | 29,843 | 426.91 | 0.48% | (3.45%) | 5.88% | 52.70% |
| Materials | 15 | 40 | 31,986 | 211.73 | 0.29% | 0.14% | 11.72% | 37.20% |
| Industrials | 20 | 114 | 102,724 | 310.12 | (0.08%) | 2.84% | 14.67% | 26.77% |
| Consumer Discretionary | 25 | 109 | 91,524 | 271.27 | (0.17%) | 3.96% | 14.25% | 19.29% |
| Consumer Staples | 30 | 20 | 17,698 | 377.23 | 0.58% | 2.92% | 14.48% | 11.58% |
| Health Care | 35 | 74 | 65,171 | 422.35 | (0.48%) | 3.75% | 12.27% | 22.41% |
| Financials | 40 | 71 | 82,190 | 772.32 | (0.04%) | 0.90% | 10.51% | 21.05% |
| Information Technology | 45 | 122 | 83,760 | 194.44 | (0.08%) | 2.43% | 15.27% | 6.49% |
| Telecommunications Services | 50 | 3 | 1,845 | 13.76 | 0.23% | 4.13% | 15.79% | 26.47% |
| Utilities | 55 | 20 | 21,048 | 310.71 | (0.19%) | 0.29% | 8.83% | 16.10% |