# Exhibit 8

**Results for: S&P SmallCap 600**

| Index | Index Changes | Index Methodology | News & Analysis |

Choose Data: Index Data

> FAQ
> Constituent Messages
> Constituent List
> Graphs

**File Downloads**

S&P SmallCap 600- Factsheet  PDF
U.S. Holiday Trading Schedule 2006  PPT

Index Table (30-DEC-2005)    Enter Date: 30-DEC-2005
(DD-MMM-YYYY)

| Desc | GICS®[1] | NC[2] | Adj MktCap[3,4] | Level[5] | Daily | MTD | QTD | YTD |
|---|---|---|---|---|---|---|---|---|
| S&P 600 | | 600 | 529,994 | 350.67 | (0.73%) | (1.02%) | 0.13% | 6.65% |
| TR | | | | 389.87 | | | | |
| Energy | 10 | 29 | 42,949 | 649.65 | (0.02%) | 2.06% | (4.91%) | 52.18% |
| Materials | 15 | 40 | 30,320 | 227.54 | (0.93%) | 0.70% | 1.85% | 7.47% |
| Industrials | 20 | 106 | 99,626 | 346.93 | (1.02%) | (1.45%) | 3.22% | 11.87% |
| Consumer Discretionary | 25 | 107 | 83,120 | 271.17 | (0.62%) | (0.84%) | 2.49% | (0.04%) |
| Consumer Staples | 30 | 25 | 18,716 | 359.31 | (0.93%) | (1.43%) | (6.71%) | (4.75%) |
| Health Care | 35 | 71 | 66,146 | 468.64 | (0.82%) | (1.59%) | (3.70%) | 10.96% |
| Financials | 40 | 74 | 78,074 | 757.44 | (0.83%) | (2.27%) | 2.12% | (1.93%) |
| Information Technology | 45 | 125 | 86,497 | 193.63 | (0.72%) | (1.22%) | 2.63% | (0.42%) |
| Telecommunications Services | 50 | 2 | 1,223 | 11.74 | (0.17%) | (0.89%) | (5.10%) | (14.73%) |
| Utilities | 55 | 21 | 23,324 | 325.64 | (0.24%) | (1.98%) | (10.22%) | 4.80% |