# Exhibit 12

04/24/2006  11:28    00000000020000000002    DELCATH SYSTEMS INC                          PAGE  03

**Jonathan A. Foltz**

From: bubba flavol [yerbematedrink@hotmail.com]
Sent: Tuesday, December 13, 2005 8:08 PM
To: llj1948@yahoo.com; jared@hyperactivefilms.com; JDParks1@aol.com; jamstylecouncil@yahoo.com; jmauk@mydoghouse.com; dmjones@phelpsdodge.com; Jwsmith35@aol.com; wkeller@hvcarchitects.com; drlwlee@gmail.com; markdcard@yahoo.com; scottmartin99@yahoo.com; mccrary@asapchoice.com; cujomike@yahoo.com; biotechfan37@yahoo.com; hmiller@mhpcpa.com; luckyshell@sbcglobal.net; b777saleh@hotmail.com; Nd1980grace@aol.com; tdp_1@hotmail.com; inillusa@yahoo.com; mperry_2000@yahoo.com; ianxrt@comcast.net; bobphillabaum@comcast.net; McKeonE@pfinsy.navy.mil; pip@vanguardrecords.com; boardman990@yahoo.com; tprind91166@earthlink.net; bill.m.pruitt@imco.com; r.brugman@hetnet.nl; JRankie@msn.com; john.rhodes1@navy.mil; Richard.Meyer@trucon.com; rudehost@hotmail.com; Jason.Rosenthal@americanhm.com; eschooley@wildmanschooley.com; glamschrbr@comcast.net; bill021@yahoo.com; joker928@yahoo.com; nsemertzides@gmail.com; tomas1@comcast.net; steve.joy@juno.com; pthleleke@yahoo.com; Tmanntravel@aol.com; uchilli@yahoo.com; tvanice@yahoo.com; ruger1241@yahoo.com; WGreg82077@aol.com; wjw2@juno.com; worthington338@comcast.net; zeuskatmom@aol.com
Subject: Delcath Shareholder Info

Please forgive me if you already got a response from me. After talking to Rob today I decided to reword this to include updated information.

Also if you did already receive this and responded please respond again (regardless of Yes or No). I am trying to get this organized as possible and the intial response has been overwhelming... way more than I expected. So I am trying to get this right from the get go.

In a nutshell, this is what I am trying to get out to as many shareholders as possible.

"This is not an official announcement of a meeting, and no such meeting as of yet has been scheduled.

I do not represent Robert Ladd as a legal entity, and have only been given permission to solicit as an unofficial representitive of a potential meeting of common shareholders of DCTH.
(this seems enough to CYA)

I am sort of acting as proxy for Rob (Ladd) the 13d filer. I have regular contact with him. He has expressed interest in calling a special shareholders meeting in the past. And given a recent SEC rule, the potential of this makes it more feasible. He was wondering what sort of interest he would get from other shareholders in the matter. He is aware of my presence on the board and we wanted to use my leverage.

He is willing to host the event. Originally it was going to be in NY at his office but now the plans are to have a conference call, that one can call in on from anywhere. I am trying to get a list of interest so he can gauge the feasibility. That includes:

1. Your contact info
2. Total shares (no amount too small)
3. Willing or not to collectively proxy your shares

Rob wants me to get a list ASAP, please forward me this info at yerbematedrink@hotmail.com There may be an official release concerning this matter or Rob may solicit on a individual basis via email.

I assure your info will be only used in gathering a list for this potential event. Please forward to any DCTH holders you know.

The goal of a meeting is not a group bashing of mgmt, and trying to tarnish Koly's credibility. Rob and I had more constructive goals in mind, ones that would increase

1