# Exhibit 13

Jonathan A. Foltz

**From:** Jonathan A. Foltz [jafoltz@delcath.com]
**Sent:** Monday, November 28, 2005 3:18 PM
**To:** 'ashapiro@westrockadvisors.com'
**Subject:** Delcath Conversation

November 28, 2005
Andrew Shapiro
Compliance Director
Westrock Advisors, Inc.

Via E-Mail ashapiro@westrockadvisors.com

Mr. Shapiro,

Thank you for taking our call this afternoon. As Mr. Koly told you, we felt the tone of Mr. Codling's call was totally inappropriate. He is welcome to his opinions on the competence of management and on whether the stock is a good investment for his clients, but we will no longer tolerate his calling to vent with or at members of the company's staff.

This is not the first time Mr. Codling has called to berate a member of our staff and demand to speak with our CEO, declaring that he, John Codling, is more important than whoever Mr. Koly is meeting with. We are seeking an explanation and apology or we will report Mr. Codling to Nasdaq and the New York Department of State.

The conversation with Mr. Codling is memorialized below.

We appreciate your taking care of this matter.

Sincerely yours,

Jonathan A. Foltz, CFA
Director of Operations

John Codling called twice after the market opened on November 28, hanging up on the Director of Regulatory Affairs and the Receptionist, respectively, when they attempted to take a message. I returned his call at 9:54 (212-220-7495). He asked what we are doing. I responded that we raised a private placement. He said "Since these investors are such great supporters of the company, will these new investors bid for my 1.5 million shares of stock?" I asked him for his terms. He asked me what I meant, so I repeated that he asked me if the investors would bid for his 1.5 million shares so I wanted to know what terms he was seeking.

He said he had told me "at least 11 times" that I should come to him first if the company was doing a private placement and that I should have called him. I said we have no obligation to call him. He responded that "It is called courtesy." He went on to tell me we pissed off our largest investor.

He accused me of sarcasm and aloofness. I suggested that the conversation had become unproductive. He said I know nothing about Wall Street and am incompetent. I repeated that the conversation had become unproductive. He made a bunch of comments to which I did not bother to respond, generally relating to our lack of understanding of Wall Street and lack of courtesy and competence. He then demanded that I put M. S. Koly on the phone. I said M. S. is busy and Mr. Codling responded "He is not too busy for this call." I politely suggested that he is not in a position to direct my CEO's priorities. After he vented further, I said "I don't like to hang up on people, but the call is going nowhere." He threatened that I do not want to hang up on him or we would "regret it." I said goodbye.

Jonathan A. Foltz, CFA