# Exhibit 14

# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

aoffenhartz@gibsondunn.com

March 15, 2006

Direct Dial
(212) 351-3808

Fax No.
(212) 351-5272

Client No.
T 22872-00001

**BY OVERNIGHT DELIVERY**

Greg Martino
President and Chief Executive Officer
Westrock Advisors, Inc.
22 Elm Place, 4th Floor
Rye, New York 10580

Donald H. Hunter, Jr.
Chief Operating Officer and Secretary
Westrock Advisors, Inc.
230 Park Avenue, Suite 934
New York, New York 10169

Re:    Delcath Systems, Inc. and John Codling

Gentlemen:

    This firm represents Delcath Systems, Inc. We are writing regarding the continuing harassment of Delcath personnel by John Codling, a broker at Westrock Advisors, Inc.

    Delcath previously lodged a complaint regarding Mr. Codling with Westrock's compliance officer, Andrew Shapiro. For your reference, I am attaching a copy of Delcath's e-mail correspondence with Mr. Shapiro.

    Notwithstanding Mr. Shapiro's assurances that Mr. Codling's harassment of Delcath personnel would cease, Delcath has continued to receive, as recently as last week, inappropriate phone calls from Mr. Codling. Westrock is accountable for Mr. Codling's actions and Delcath hereby demands that Mr. Codling cease any further communications with Delcath or its investor relations firm, KSCA Worldwide. Delcath, however, remains open to legitimate communications from shareholders and the investment community. Should another broker from Westrock wish to communicate with Delcath, please have him or her contact Todd Fromer at KCSA Worldwide, Delcath's investor relations firm. Mr. Fromer's phone number is (212) 896-1215.

## GIBSON, DUNN & CRUTCHER LLP

Mr. Greg Martino
Mr. Donald H. Hunter, Jr.
March 15, 2006
Page 2

    We trust that you will take care of this matter immediately. As Delcath previously advised Mr. Shapiro, should Mr. Codling's (and, by extension, Westrock's) inappropriate behavior continue, Delcath will bring this matter to the attention of the NASD.

    Thank you for your attention to this serious matter.

                         Very truly yours,

                         Adam H. Offenhartz /AW

                         Adam H. Offenhartz

AHO/dad
Encls.