# Exhibit 21

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

ALAN J. STONE
302 351 9277
302 425 4684 FAX
astone@mnat.com

May 4, 2006

Mr. Robert Ladd
Laddcap Value Partners LP
650 Fifth Avenue, Suite 600
New York, NY 10019

**VIA FAX (212) 259-2052
AND FIRST-CLASS MAIL**

Re:  *Demand for Special Meeting of Stockholders*

Dear Mr. Ladd:

We are writing on behalf of Delcath Systems, Inc. ("Delcath") to respond to the April 27, 2006 demand of Laddcap Value Partners LP ("Laddcap") that M.S. Koly, Delcath's President and CEO, call a special meeting of Delcath stockholders.

Laddcap is not eligible to call a special meeting. Under Section 7 of Article Sixth of Delcath's Certificate of Incorporation and Article I, Section 2 of Delcath's By-Laws, a special meeting only shall be called upon a demand by holders of at least 10% of the outstanding shares entitled to vote at such meeting. Notwithstanding the Schedule 13D/A that you filed on April 28, 2006, the day after Laddcap made its demand, Delcath's records do not indicate that Laddcap was the record holder of at least 10% of Delcath's outstanding shares on April 27, 2006. If you have documentary evidence to support your assertion in Item 4 of the Schedule 13D/A that Laddcap was "the record holder of more than ten percent (10%) of the Company's issued and outstanding shares," please provide it to us promptly.

If and when Laddcap meets the eligibility requirements under Section 7 of Article Sixth of Delcath's Certificate of Incorporation and Article I, Section 2 of Delcath's By-Laws, Delcath will consider and respond to a request by Laddcap for a special meeting.

Very truly yours,

Alan J. Stone   by:

cc:  Mr. M.S. Koly
     Adam Offenhartz, Esq.
     Robert G. Minion, Esq.
     Lisa A. Schmidt, Esq.