# Exhibit 28

LADDCAPVALUE
PARTNERS LP

Via Facsimile 203-961-0120 And Federal Express

June 6, 2006

Mr. M.S. Koly, President and Director
Dr. Samuel Herschkowitz, Chairman of the Board
Mr. Mark A. Corigliano, Director
Mr. Daniel L. Isdaner, Director
Mr. Victor Nevins, Director
c/o Delcath Systems, Inc.
1100 Summer Street, Third Floor
Stamford, Connecticut 06905

Dear Messrs. Koly, Corigliano, Isdaner, Nevins, and Dr. Herschkowitz:

Laddcap Value Partners LP ("Laddcap") is Delcath Systems, Inc.'s ("Delcath") largest stockholder, owning more than ten percent (10%) of Delcath's outstanding common stock.

By virtue of Delcath's filing of a Current Report on Form 8-K yesterday with the Securities and Exchange Commission (the "Commission"), we became aware that Delcath has been filing, and consequently disclosing to its stockholders, an incorrect version of Delcath's Certificate of Incorporation (the "Certificate of Incorporation"). The correct version of Delcath's Certificate of Incorporation has many provisions, affecting stockholder's rights and the management of Delcath, that are materially different from the version of the Certificate of Incorporation that Delcath's management previously filed with the Commission, disclosed to its stockholders, and described in other public filings.

On May 11, 2006, Laddcap made a demand upon Mr. M.S. Koly, Delcath's President, and Chief Executive Officer, to immediately call a special meeting of the stockholders pursuant to Article I, Section 2 of Delcath's By-laws (the "Demand"). In response, Delcath has scheduled a special meeting of Delcath's stockholders for Friday, August 25, 2006 (the "August 25 Special Meeting"). Notice of the August 25 Special Meeting was disclosed by Delcath in a Current Report on Form 8-K filed with the Commission on May 19, 2006.

In light of the provisions of Delcath's correct Certificate of Incorporation as disclosed by Delcath yesterday, Laddcap hereby amends, and restates its Demand. Laddcap hereby demands that the matters to be considered by Delcath's stockholders at the August 25 Special Meeting be expanded to include all the proposals as set forth below. Alternatively, please consider this letter as a new demand by a more than ten percent (10%) stockholder, upon Mr. Koly, Delcath's President and Chief Executive Officer, to immediately call a special meeting of the stockholders pursuant to Article I, Section 2 of Delcath's By-laws to include the items set forth below:

650 Fifth Avenue, Suite 600  New York, NY 10019  P: 212-259-2070  F: 212-259-2052  E: rladd@laddcapvalue.info

June 6, 2006
Page 2

LADDCAPVALUE

1. The first purpose of this special meeting is to permit Delcath's stockholders to vote on a precatory stockholder proposal that Delcath's poison pill should be eliminated. Specifically, this proposal requests Delcath's Board to (i) rescind immediately Delcath's poison pill (i.e. the Rights Agreement dated October 30, 2001, implemented by the Board without stockholder approval), and (ii) take the immediate steps necessary so that no future poison pill can be adopted without stockholder approval.

2. The second purpose of this special meeting is (i) to adopt the By-laws for Delcath, which such By-laws shall be the By-laws as incorporated by reference to Exhibit 3.2 to Amendment No. 1 to Delcath's Registration Statement on Form SB-2 (Registration No. 333-39470) filed with the Commission on August 23, 2000, and (ii) to amend and restate Article IX so that it reads as follows:

> The by-laws may be adopted, amended, or repealed only upon the affirmative vote, at any meeting of stockholders of the corporation, of a majority of the outstanding stock of the corporation entitled to vote thereon.

3. The third purpose of this special meeting is to permit Delcath's stockholders to vote on a proposal to add Article X to Delcath's By-laws, which shall read as follows:

> The term of office of an officer of the corporation shall terminate immediately upon the affirmative vote, at any meeting of stockholders of the corporation, of a majority of the shares of stock of the corporation entitled to vote and represented at the meeting.

4. The fourth purpose of this special meeting is to permit Delcath's stockholders to vote on a proposal that the term of office of the current President and Chief Executive Officer, Mr. Koly, shall terminate immediately.

5. The fifth purpose of this special meeting is to permit Delcath's stockholders to vote to remove all of Delcath's directors holding office at the time of the special meeting pursuant to Article SIXTH, Section 4 of Delcath's Certificate of Incorporation.

6. The sixth purpose of this special meeting is to permit Delcath's stockholders to vote on the election of new directors to fill any vacancy that may result from Proposal 5. Any Delcath stockholder, as of the record date, may nominate any individual to fill any vacancy until the completion of voting for the election of new directors at the special meeting.

June 6, 2006
Page 3

# LADDCAP VALUE

As Delcath's largest stockholder, we care deeply about the performance and future prospects of Delcath. We look forward to management and the Board responding appropriately.

We will consider most seriously any effort by Delcath to amend its By-laws or otherwise change the mechanics of holding the August 25 Special Meeting and/or any other special meeting at which any of the proposals set forth in this letter are to be considered by Delcath's stockholders, and will consider all options available to us in such event.

We are aware that Delcath maintains a policy that correspondence sent to a Delcath director is first reviewed by Mr. Koly who then decides if the correspondence shall be forwarded to the Delcath director to whom the correspondence is addressed. We hereby demand that this letter be delivered directly to the directors to whom it is addressed.

We look forward to your prompt and stockholder friendly response.


LADDCAP VALUE PARTNERS LP

By: *(signature)*

Robert Ladd, in his capacity as the managing member of Laddcap Value Associates LLC, the general partner of Laddcap Value Partners LP

cc:   Robert G. Minion, Esq.
      Jeffrey M. Shapiro, Esq.
      Thomas S. Levato, Esq.
      Richard Bernstein, Esq.
      William J. Haubert, Esq.
      Lisa S. Schmidt, Esq.