# Exhibit 32

## Soleil Securities Group
## To Acquire Research Assets of Fulcrum Global Partners

*Will Create One of the Largest Single Sources
for Value-Added Independent Research*

**New York – December 14, 2005** – Soleil Securities Corporation, an institutional broker-dealer and global aggregator of independent research, announced today that it has hired 10 research analysts, 10 research associates, and seven sales and trading professionals from Fulcrum Global Partners LLC, and has entered into a letter of intent to acquire certain research assets of the firm. Fulcrum is an independent research-driven securities firm that has been providing unbiased fundamental research analysis and trade execution services for a wide range of institutional investors, mutual funds, pension funds, portfolio managers and hedge funds since 2001. This will immediately position Soleil as one of the largest value-added independent research firms in the industry. Fulcrum Global Partners will continue to operate the remaining non-research aspects of its business. The transaction is expected to close by the end of this year.

"This strategic acquisition provides us with a tremendous opportunity to expand and enhance the depth of our offering, and, as a result, become one of the largest independent research providers in today's market," said Paul Spillane, president and CEO of Soleil. "Fulcrum has built an attractive, established research platform, and the synergies resulting from adding these resources will have an immediate, meaningful impact on the breadth and depth of our research offering."

With the acquisition of Fulcrum's equities research, Soleil will significantly enhance its research coverage in key industries including chemicals, consumer, financial services, technology, and transportation. Prior to these hires, Soleil's roster consisted of 39 content providers and 45 sales and trading professionals. As part of the asset purchase, Soleil will obtain Fulcrum's proprietary intellectual property and research. Though the transaction has not yet closed, the research analysts coming to Soleil have already transitioned over and are now producing research under the Soleil umbrella.

Mr. Spillane continued, "As the financial services industry continues to evolve and adapt to meet Wall Street's needs, we remain committed to providing our institutional clients with actionable, unbiased research products as the necessary alternative to bulge-bracket investment banking firms."

Robert J. Hoehn Jr., Director of Research for Fulcrum Global Partners LLC, stated, "We are excited about joining the Soleil team and delivering a more robust product offering to our combined customer base." Mr. Hoehn will remain in the position of Director of Research in this new division of Soleil Securities.

The transaction is subject to further due diligence, execution of a purchase agreement, satisfaction of customary closing conditions and may also be subject to certain regulatory approvals.

**About Soleil Securities Group**
Soleil Securities Corporation, a member of NASD and SIPC, is a new model for delivering both traditional and alternative research from an extensive network of independent providers. By distilling and vetting data tailored in a way to meet specific client needs, high quality, actionable ideas are distributed through an experienced sales force of more than 40 professionals. Soleil customizes research solutions to fit the needs of performance driven money managers. Backed by Bain Capital Ventures and Bessemer Venture Partners, Soleil Securities Corporation is a wholly owned subsidiary of Soleil Securities Group, Inc.

**About Fulcrum Global Partners, LLC**
Fulcrum Global Partners LLC is an independent research-driven securities firm that has been providing unbiased research analysis and trade execution services for a wide range of institutional investors, mutual funds, pension funds, portfolio managers, and hedge funds since 2001. The firm does not engage in traditional investment banking activities such as managed underwriting, corporate finance, advisory opinions, merger and acquisition services and LBOs. Fulcrum is an SEC registered and NASD member broker/dealer headquartered at 535 Madison Avenue in New York City.

###

Contact:

Laurenn Vertal
Peppercom for Soleil
(212) 931-6141
lvertal@peppercom.com

Ken Dengler
Soleil Securities Group
(212) 380-4800
kdengler@soleilgroup.com