# Exhibit 33



# STOCK RESEARCH FIRM FULCRUM GLOBAL PARTNERS SHUTS DOWN

By RODDY BOYD

June 6, 2006 -- Founded with much fanfare in 2001, as the honest alternative to traditional Wall Street research, Fulcrum Global Partners has shut its books and resigned from the National Association of Securities Dealers.

Founded in the aftermath of New York Attorney General Eliot Spitzer's global settlement with the Street's largest investment banks, the firm's high cost structure made it difficult to turn a profit.

Despite reams of press coverage and an initially warm reaction from "buy"-siders, Fulcrum found that clients simply weren't willing to pay up for premium research.

And without the massive capital base and diversity of revenue streams of the investment banks that were still churning out free research for clients, Fulcrum could not compete.

One former partner told The Post that his clients "loved my work. They just didn't love my work enough to give us $50,000 a year in commissions for the privilege of reading it."

While Fulcrum competed with the big boys for client's trades, it also competed for talent.

That forced management to offer healthy contract guarantees, but costs ate up revenues and capital, and management sought to restore health by bring in more partners and their capital.

That led to a lawsuit by a former salesman who alleged Fulcrum not only misled him on the true health of the firm, but snookered him on the fair value of his stock.

Home

NEW YORK POST is a registered trademark of NYP Holdings, Inc. NYPOST.COM, NYPOSTONLINE.COM, and NEWYORKPOST.COM
are trademarks of NYP Holdings, Inc.
Copyright 2006 NYP Holdings, Inc. All rights reserved.