# Exhibit 34

**06004879**

AB 3/17/06

OMB APPROVAL

OMB Number:      3235-0123
Expires:  September 30, 1998
Estimated average burden
hours per response . . . 12.00

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# ANNUAL AUDITED REPORT
# FORM X-17A-5
# PART III

RECEIVED
FEB 2 8 2006

| SEC FILE NUMBER |
| --- |
| 8- 65491 |

## FACING PAGE

Information Required of Brokers and Dealers Pursuant to Section 17 of the
Securities Exchange Act of 1934 and Rule 17a-5 Thereunder

REPORT FOR THE PERIOD BEGINNING  January 1, 2005  AND ENDING  December 31, 2005
                                   MM/DD/YY                            MM/DD/YY

---

## A. REGISTRANT IDENTIFICATION

NAME OF BROKER-DEALER:

Glocap Funding, LLC

| OFFICIAL USE ONLY |
| --- |
| FIRM ID. NO. |

ADDRESS OF PRINCIPAL PLACE OF BUSINESS: (Do not use P.O. Box No.)

152 West 57th Street - 15th Floor

(No. and Street)

New York                    New York                    10019
(City)                       (State)                     (Zip Code)

NAME AND TELEPHONE NUMBER OF PERSON TO CONTACT IN REGARD TO THIS REPORT

Adam Zoia                                      212-333-6404
                                            (Area Code — Telephone No.)

---

## B. ACCOUNTANT IDENTIFICATION

INDEPENDENT PUBLIC ACCOUNTANT whose opinion is contained in this Report*

Halpern & Associates, LLC

(Name — if individual, state last, first, middle name)

143 Weston Road          Weston          CT          06883
(Address)                 (City)         (State)      (Zip Code)

CHECK ONE:

☒ Certified Public Accountant
☐ Public Accountant
☐ Accountant not resident in United States or any of its possessions.

PROCESSED
APR 1 4 2006
THOMSON
FINANCIAL

| FOR OFFICIAL USE ONLY |
| --- |
|  |

---

*Claims for exemption from the requirement that the annual report be covered by the opinion of an independent public accountant
must be supported by a statement of facts and circumstances relied on as the basis for the exemption. See section 240.17a-5(e)(2).

SEC 1410 (3-91)

Potential persons who are to respond to the collection of information
contained in this form are not required to respond unless the form displays
a currently valid OMB control number.

# OATH OR AFFIRMATION

I, _____Adam Zoia_____, swear (or affirm) that, to the best of my knowledge and belief the accompanying financial statement and supporting schedules pertaining to the firm of _____Glocap Funding, LLC_____, as of _____December 31,_____, 19 2005, are true and correct. I further swear (or affirm) that neither the company nor any partner, proprietor, principal officer or director has any proprietary interest in any account classified soley as that of a customer, except as follows:

_____

New York NY
12/27/05

_____
Notary Public

Signature

_____
Title

Carmen C. Moore
Notary Public-State Of New York
No. 01m06069913
My Commission Expires
February 19, 2006

This report** contains (check all applicable boxes):
- ☒ (a) Facing page.
- ☒ (b) Statement of Financial Condition.
- ☒ (c) Statement of Income (Loss).
- ☒ (d) Statement of Changes in Financial Condition.
- ☒ (e) Statement of Changes in Stockholders' Equity or Partners' or Sole Proprietor's Capital.
- ☐ (f) Statement of Changes in Liabilities Subordinated to Claims of Creditors.
- ☒ (g) Computation of Net Capital
- ☐ (h) Computation for Determination of Reserve Requirements Pursuant to Rule 15c3-3.
- ☐ (i) Information Relating to the Possession or control Requirements Under Rule 15c3-3.
- ☒ (j) A Reconciliation, including appropriate explanation, of the Computation of Net Capital Under Rule 15c3-1 and the Computation for Determination of the Reserve Requirements Under Exhibit A of Rule 15c3-3.
- ☐ (k) A Reconciliation between the audited and unaudited Statements of Financial Condition with respect to methods of consolidation.
- ☒ (l) An Oath or Affirmation.
- ☐ (m) A copy of the SIPC Supplemental Report.
- ☐ (n) A report describing any material inadequacies found to exist or found to have existed since the date of the previous audit.

**For conditions of confidential treatment of certain portions of this filing, see section 240.17a-5(e)(3).

GLOCAP FUNDING, LLC
(a.k.a. GLOCAP ADVISORS, LLC)


REPORT PURSUANT TO RULE 17a-5(d) OF
THE SECURITIES AND EXCHANGE COMMISSION


FOR THE YEAR ENDED DECEMBER 31, 2005

## GLOCAP FUNDING, LLC
### (a.k.a. GLOCAP ADVISORS, LLC)

## CONTENTS

|  | PAGE |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 |
| STATEMENT OF FINANCIAL CONDITION | 2 |
| STATEMENT OF OPERATIONS | 3 |
| STATEMENT OF CHANGES IN MEMBERS' CAPITAL | 4 |
| STATEMENT OF CASH FLOWS | 5 |
| NOTES TO FINANCIAL STATEMENTS | 6-7 |
| SUPPORTING SCHEDULES | |
| Computation of Net Capital Pursuant to Uniform Net Capital Rule 15c3-1 | 8 |
| Computation for Determination of the Reserve Requirements and Information Relating to Possession or Control Requirements for Brokers and Dealers Pursuant to Rule 15c3-3 | 9 |
| Report on Internal Accounting Control | 10-11 |



# *Halpern & Associates, LLC*

Certified Public Accountants and Consultants

143 Weston Road • Weston, CT 06883 • (203)227-0313 • FAX (203)226-6909 • Info@Halpernassoc.com

## INDEPENDENT AUDITOR'S REPORT

To the Members of
 Glocap Funding, LLC
 (a.k.a. Glocap Advisors, LLC)

We have audited the accompanying statement of financial condition of Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC) (the "Company") as of December 31, 2005 and the related statements of operations, changes in members' equity, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above, present fairly, in all material respects, the financial position of Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC) as of December 31, 2005, and the results of its operations and its cash flows for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

Our audit was made for the purpose of forming an opinion on the basic financial statements taken as a whole. The information contained on pages 10 to 11 is presented for purposes of additional analysis and is not a required part of the basic financial statements, but is supplementary information required by Rule 17a-5 of the Securities and Exchange Commission. Such information has been subjected to the auditing procedures applied in our audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole, and in conformity with the rules of the Securities and Exchange Commission.

*Halpern & Associates, LLC*

Weston, Connecticut
February 9, 2006

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

STATEMENT OF FINANCIAL CONDITION

DECEMBER 31, 2005

ASSETS

| | |
|---|---:|
| Cash and cash equivalents | $ 82,710 |
| Accounts receivable | 24,360 |
| Other assets | 350 |
| **TOTAL ASSETS** | **$107,420** |

LIABILITIES AND MEMBERS' CAPITAL

| | |
|---|---:|
| **LIABILITIES** | |
| Accrued expenses and other liabilities | $ 4,583 |
| **MEMBERS' CAPITAL** | 102,837 |
| **TOTAL LIABILITIES AND MEMBER'S CAPITAL** | **$107,420** |

The accompanying notes are an integral part of this statement.

2

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

STATEMENT OF OPERATIONS

FOR THE YEAR ENDED DECEMBER 31, 2005

| | | |
|---|---:|---:|
| **REVENUE** | | |
| Retainer Income | | $ 497,182 |
| Fee Income | | 47,250 |
| Interest Income | | 216 |
| **TOTAL REVENUE** | | 544,648 |
| | | |
| **EXPENSES** | | |
| Commission expense | $ 201,496 | |
| Office supplies and expenses | 179,780 | |
| Salaries | 149,761 | |
| Rent and occupancy | 58,285 | |
| Professional fees | 6,026 | |
| Regulatory fees | 4,165 | |
| **TOTAL EXPENSES** | | 599,513 |
| | | |
| **NET LOSS** | | $ (54,865) |

The accompanying notes are an integral part of this statement.

3

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

STATEMENT OF CHANGES IN MEMBERS' CAPITAL

FOR THE YEAR ENDED DECEMBER 31, 2005

| | | |
|---|---|---:|
| Members' Capital - January 1, 2005 | $ | 94,914 |
| Capital contributions | | 596,107 |
| Capital withdrawals | | (533,319) |
| Net Loss | | (54,865) |
| MEMBERS' CAPITAL - DECEMBER 31, 2005 | $ | 102,837 |

The accompanying notes are an integral part of this statement.

4

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

STATEMENT OF CASH FLOWS

FOR THE YEAR ENDED DECEMBER 31, 2005

**CASH FLOWS FROM OPERATING ACTIVITIES**

Net Loss                                                    $  (54,865)

by operating activities:
  Depreciation and amortization               $

  (Increase) decrease in operating assets:
    Accounts Receivable                      $ (16,360.00)

  Increase (decrease) in operating liabilities:
    Accrued expenses and other liabilities              300

    TOTAL ADJUSTMENTS                                    (16,060)

**CASH FLOWS FROM INVESTING ACTIVITIES**
  Acquisition of fixed assets                                     0

**CASH FLOWS FROM FINANCING ACTIVITIES**
  Capital contributed by members                    596,107
  Capital withdrawn by members                    (533,319)

    NET CASH PROVIDED BY FINANCING ACTIVITIES           62,788

    NET DECREASE IN CASH                                 (8,137)

CASH AT BEGINNING OF THE YEAR                                90,847

CASH AT END OF THE YEAR                                   $  82,710

SUPPLEMENTAL DISCLOSURE OF CASH FLOWS INFORMATION:
  Interest received                                           $216

The accompanying notes are an integral part of this statement.

5

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

NOTES TO FINANCIAL STATEMENTS

FOR THE YEAR ENDED DECEMBER 31, 2005

## 1. NOTES ON SIGNIFICANT BUSINESS ACTIVITIES

Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC), (the "Company") was organized in the State of New York in August 1999 and began doing business as a registered broker-dealer in securities with the Securities and Exchange Commission on September 9, 2002 (the effective date of registration). The Company was organized primarily to perform investment-banking services, specifically raising capital for middle market private and public companies, as well as private equity and hedge funds.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The Company maintains its books and records on an accrual basis, in accordance with accounting principles generally accepted in the United States of America, while using the cash basis for income tax purposes.

For purposes of the statement of cash flows, the Company considers money market funds to be cash equivalents.

## 3. RELATED PARTY TRANSACTION

The Company has an administrative services agreement with an entity controlled by one of the Company's members. Under this agreement, the affiliate provides office space, furniture, communication equipment, and other administrative services to the Company. The Company pays for these services on a monthly basis. Fees related to this agreement are reassessed by the affiliate on an annual basis. Included in the statement of operations, in the respective accounts, are $227,904 of expenses related to this agreement.

In addition to certain consulting fees, the affiliated company pays the Company's employees through its payroll service. The Company fully reimburses the affiliate for these expenses. Included in the statement of operations is $100,992 relating to this arrangement.

## 4. INCOME TAXES

The Company is recognized as a Limited Liability Company (an "LLC") by the Internal Revenue Service. As an LLC, the Company is not subject to income taxes. The Company's income or loss is reportable by its members on their individual tax returns.

6

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

NOTES TO FINANCIAL STATEMENTS (continued)

FOR THE YEAR ENDED DECEMBER 31, 2005

## 5. RULE 15C3-3

The Company is exempt from the provisions of Rule 15c3-3 under paragraph (k)(2)(i) in that the Company maintains a special account for the exclusive benefit of customers. The company does not execute security transactions, and does not otherwise hold funds or securities for or owe money or securities to customers.

## 6. NET CAPITAL REQUIREMENTS

The Company is subject to the Securities and Exchange Commission's Net Capital Rule 15c3-1, which requires the maintenance of minimum net capital and requires that the ratio of aggregate indebtedness to net capital, both as defined, shall not exceed 15 to 1. At December 31, 2005, the Company had net capital of $78,127, which exceeded the minimum requirement of $5,000 by $73,127. The Company's ratio of aggregate indebtedness to net capital ratio was .06 to 1.

7

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

**COMPUTATION OF NET CAPITAL**
**PURSUANT TO UNIFORM NET CAPITAL RULE 15C3-1**

**DECEMBER 31, 2005**

| | | |
|---|---:|---:|
| **CREDITS** | | |
| Members' capital | | $    102,837 |
| **DEBITS** | | |
| Accounts Receivable | $    24,360 | |
| Other Assets | 350 | |
| TOTAL DEBITS | | 24,710 |
| ·NET CAPITAL | | 78,127 |
| Minimum net capital requirement | | 5,000 |
| EXCESS NET CAPITAL· | | $73,127 |

AGGREGATE INDEBTEDNESS
Accrued expenses and other liabilities                                           $    4,583

Ratio of aggregate indebtedness to net capital .06 TO 1

STATEMENT PURSUANT TO PARAGRAPH (d)(4) of RULE 17a-5

   There are no material differences between the above computation and the computation included in the Company's corresponding unaudited amende Form X-17 A-5 Part IIA filing.

See the accompanying Independent Auditors' Report.

8

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

**COMPUTATION FOR DETERMINATION OF THE RESERVE REQUIREMENTS**
**AND INFORMATION RELATING TO POSSESSION OR CONTROL REQUIREMENTS**
**FOR BROKERS AND DEALERS PURSUANT TO RULE 15c3-3**

**FOR THE YEAR ENDED DECEMBER 31, 2005**

The Company does not effect transactions for anyone defined as a customer under Rule 15c3-3. Accordingly, there are no items to report under the requirements of this Rule.

See the accompanying Independent Auditors' Report

9



# *Halpern & Associates, LLC*

### Certified Public Accountants and Consultants

143 Weston Road • Weston, CT 06883 • (203)227-0313 • FAX (203)226-6909 • Info@Halpernassoc.com

## ACCOUNTANT'S SUPPLEMENTARY REPORT ON INTERNAL ACCOUNTING CONTROL

To the Members of
 Glocap Funding, LLC
 (a.k.a. Glocap Advisors, LLC)

In planning and performing our audit of the financial statements and supplemental schedules of Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC) (the "Company"), for the year ended December 31, 2005, we considered its internal control, including procedures for safeguarding securities, in order to determine our auditing control activities for the purpose of expressing our opinion on the financial statements and not to provide assurance on the internal control.

Also, as required by rule 17a-5 (g)(1) of the Securities and Exchange Commission (SEC), we have made a study of the practices and procedures followed by the Company including tests of such practices and procedures that we considered relevant to the objectives stated in rule 17a-5(g) in making the periodic computations of aggregate indebtedness (or aggregate debits) and net capital under rule 17a-3(a)(11) and for determining compliance with the exemptive provisions of rule 15c3-3. Because the Company does not carry securities accounts for customers or perform custodial functions relating to customer securities, we did not review the practices and procedures followed by the Company in any of the following:

1. Making quarterly securities examinations, counts, verifications, and comparisons and recordation of differences required by rule 17a-13

2. Complying with the requirements for prompt payment for securities under Section 8 of Federal Reserve Regulation T of the Board of Governors of the Federal Reserve System.

3. Obtaining and maintaining physical possession or control of all fully paid and excess margin securities of customer as required by Rule 15c3-3.

The management of the Company is responsible for establishing and maintaining an internal control and the practices and procedures referred to in the preceding paragraph. In fulfilling this responsibility, estimates and judgments by management are required to assess the expected benefits and related costs of controls and of the practices and procedures referred to in the preceding paragraph and to assess whether those practices and procedures can be expected to achieve the SEC's above-mentioned objectives. Two of the objectives of internal control and the practices and procedures are to provide management with reasonable but not absolute assurance

10

that assets for which the Company has responsibility are safeguarded against loss from unauthorized use or disposition and that transactions are executed in accordance with management's authorization and recorded properly to permit the preparation of financial statements in conformity with generally accepted accounting principles. Rule 17a-5(g) lists additional objectives of the practices and procedures listed in the preceding paragraph.

Because of inherent limitations in internal control or the practices and procedures referred to above, errors or fraud may occur and not be detected. Also, projection of any evaluation of them to future periods is subject to the risk that they may become inadequate because of changes in conditions or that the effectiveness of their design and operation may deteriorate.

Our consideration of internal control would not necessarily disclose all matters in internal control that might be material weaknesses under standards established by the American Institute of Certified Public Accountants. A material weakness is a condition in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements caused by error or fraud in amounts that would be material in relation to the financial statements being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions. However, we noted no matters involving internal control, including control activities for safeguarding securities, that we consider to be material weaknesses as defined above.

We understand that practices and procedures that accomplish the objectives referred to in the second paragraph of this report are considered by the SEC to be adequate for its purposes in accordance with the Securities Exchange Act of 1934 and related regulations, and that practices and procedures that do not accomplish such objectives in all material respects indicate a material inadequacy for such purposes. Based on this understanding and on our study, we believe that the Company's practices and procedures were adequate at December 31, 2005 to meet the SEC's objectives.

This report is intended solely for the information and use of Board of Directors, management, the SEC, the National Association of Securities Dealers, Inc., and other regulatory agencies that rely on Rule 17a-5(g) under the Securities Exchange Act of 1934 in their regulation of registered brokers and dealers, and is not intended to be and should not be used by anyone other than these specified parties.

*Halpern & Associates, LLC*

Weston, Connecticut
February 9, 2006

11

GLOCAP FUNDING, LLC
(a.k.a. GLOCAP ADVISORS, LLC)

STATEMENT OF FINANCIAL CONDITION

DECEMBER 31, 2005



## *Halpern & Associates, LLC*

Certified Public Accountants and Consultants

143 Weston Road • Weston, CT 06883 • (203)227-0313 • FAX (203)226-6909 • Info@Halpernassoc.com

### INDEPENDENT AUDITOR'S REPORT

To the Members of
  Glocap Funding, LLC
  (a.k.a. Glocap Advisors, LLC)

We have audited the accompanying statement of financial condition of Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC) (the "Company"), as of December 31, 2005. This financial statement is the responsibility of the Company's management. Our responsibility is to express an opinion on this financial statement based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether this financial statement is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statement referred to above presents fairly, in all material respects, the financial position of Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC) as of December 31, 2005, in conformity with accounting principles generally accepted in the United States of America.

*Halpern & Associates, LLC*

Weston, Connecticut
February 9, 2006

# GLOCAP FUNDING, LLC
## (a.k.a. GLOCAP ADVISORS, LLC)

### STATEMENT OF FINANCIAL CONDITION

### DECEMBER 31, 2005

## ASSETS

| | |
|---|---:|
| Cash and cash equivalents | $ 82,710 |
| Accounts receivable | 24,360 |
| Other assets | 350 |
| | |
| **TOTAL ASSETS** | **$107,420** |

## LIABILITIES AND MEMBERS' CAPITAL

| | |
|---|---:|
| **LIABILITIES** | |
| Accrued expenses and other liabilities | $   4,583 |
| | |
| **MEMBERS' CAPITAL** | 102,837 |
| | |
| **TOTAL LIABILITIES AND MEMBER'S CAPITAL** | **$107,420** |

The accompanying notes are an integral part of this statement.

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

NOTES TO STATEMENT OF FINANCIAL CONDITION

DECEMBER 31, 2005

## 1. NOTES ON SIGNIFICANT BUSINESS ACTIVITIES

Glocap Funding, LLC (a.k.a. Glocap Advisors, LLC), (the "Company") was organized in the State of New York in August 1999 and began doing business as a registered broker-dealer in securities with the Securities and Exchange Commission on September 9, 2002 (the effective date of registration). The Company was organized primarily to perform investment-banking services, specifically raising capital for middle market private and public companies, as well as private equity and hedge funds.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The Company maintains its books and records on an accrual basis, in accordance with accounting principles generally accepted in the United States of America, while using the cash basis for income tax purposes.

For purposes of the statement of cash flows, the Company considers money market funds to be cash equivalents.

## 3. RELATED PARTY TRANSACTION

The Company has an administrative services agreement with an entity controlled by one of the Company's members. Under this agreement, the affiliate provides office space, furniture, communication equipment, and other administrative services to the Company. The Company pays for these services on a monthly basis. Fees related to this agreement are reassessed by the affiliate on an annual basis. Included in the statement of operations, in the respective accounts, are $227,904 of expenses related to this agreement.

In addition to certain consulting fees, the affiliated company pays the Company's employees through its payroll service. The Company fully reimburses the affiliate for these expenses. Included in the statement of operations is $100,992 relating to this arrangement.

## 4. INCOME TAXES

The Company is recognized as a Limited Liability Company (an "LLC") by the Internal Revenue Service. As an LLC, the Company is not subject to income taxes. The Company's income or loss is reportable by its members on their individual tax returns.

**GLOCAP FUNDING, LLC**
**(a.k.a. GLOCAP ADVISORS, LLC)**

NOTES TO STATEMENT OF FINANCIAL CONDITION (continued)

DECEMBER 31, 2005

5.  RULE 15C3-3

   The Company is exempt from the provisions of Rule 15c3-3 under paragraph (k)(2)(i) in that the Company maintains a special account for the exclusive benefit of customers. The company does not execute security transactions, and does not otherwise hold funds or securities for or owe money or securities to customers.

6.  NET CAPITAL REQUIREMENTS

   The Company is subject to the Securities and Exchange Commission's Net Capital Rule 15c3-1, which requires the maintenance of minimum net capital and requires that the ratio of aggregate indebtedness to net capital, both as defined, shall not exceed 15 to 1. At December 31, 2005, the Company had net capital of $78,127, which exceeded the minimum requirement of $5,000 by $73,127. The Company's ratio of aggregate indebtedness to net capital ratio was .06 to 1.