# Exhibit 36

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 14-Jun-06 | 5.00 | 5.08 | 4.75 | 4.75 | 211,100 | 4.75 |
| 13-Jun-06 | 5.15 | 5.27 | 4.75 | 4.92 | 250,300 | 4.92 |
| 12-Jun-06 | 5.55 | 5.55 | 5.08 | 5.08 | 280,600 | 5.08 |
| 9-Jun-06 | 5.61 | 5.82 | 5.52 | 5.63 | 361,600 | 5.63 |

* Close price adjusted for dividends and splits.