# Exhibit 38

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| LADD ROBERT (Last) (First) (Middle) | DELCATH SYSTEMS INC [ DCTH ] | ___ Director  __X__ 10% Owner  ___ Officer (give title below)  ___ Other (specify below) |
| C/O LADDCAP VALUE ADVISORS LLC, 650 FIFTH AVENUE, SUITE 600 (Street) | 3. Date of Earliest Transaction (MM/DD/YYYY)  6/13/2006 | |
| NEW YORK, NY 10019 (City) (State) (Zip) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line)  _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 500 | A | $5.03 | 2075739 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 500 | A | $5.02 | 2076239 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 500 | A | $4.98 | 2076739 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 796 | A | $4.97 | 2077535 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 1600 | A | $4.95 | 2079135 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 700 | A | $4.94 | 2079835 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 500 | A | $4.93 | 2080335 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 19104 | A | $4.92 | 2099439 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 2100 | A | $4.91 | 2101539 | I (1) | By limited partnership (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 500 | A | $4.90 | 2102039 | I (1) | By limited partnership |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | (1) |
| Common stock, $0.01 par value per share | 6/13/2006 | | P | | 200 | A | $4.85 | 2102239 | I (1) | By limited partnership (1) |

### Table II - Derivative Securities Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1) Laddcap Value Partners LP, a Delaware limited partnership ("Laddcap"), is the record holder of 2,102,239 shares of the common stock $0.01 par value per share (the "Shares"), of Delcath Systems, Inc. (the "Company"). Robert Ladd possesses the sole power to vote and the sole power to direct the disposition of all the Company's Shares held by Laddcap. Thus, as of June 13, 2006 for the purposes of Reg. Section 240.13d-3, Mr. Ladd is deemed to beneficially own 2,102,239 Shares. Mr. Ladd's interest in the Shares reported herein is limited to the extent of his pecuniary interest, if any, in Laddcap.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| LADD ROBERT<br>C/O LADDCAP VALUE ADVISORS LLC<br>650 FIFTH AVENUE, SUITE 600<br>NEW YORK, NY 10019 | | X | | |

**Signatures**

/s/ Robert Ladd                                6/13/2006

\*\* Signature of Reporting Person         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
\*       If the form is filed by more than one reporting person, see Instruction 4(b)(v).
\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure. Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.