# Exhibit 39

Press Release

Source: Delcath Systems, Inc.

# Delcath Systems Announces Results of Annual Shareholder Meeting

Tuesday June 13, 4:30 pm ET

STAMFORD, Conn., June 13 /PRNewswire-FirstCall/ -- Delcath Systems, Inc. (Nasdaq: DCTH - News), today announced the results from the company's Annual Meeting of Stockholders held Tuesday, June 13, 2006.

Stockholders approved the election of two class III directors, Mark Corigliano and Victor Nevins to serve until 2009.

Stockholders also approved the proposal by Robert Ladd, a 10 percent holder of the company's outstanding common stock, to recommend that the Board of Directors retain a nationally recognized investment banking and/or merger advisory firm.

About Delcath Systems, Inc.

Delcath Systems is a developer of isolated perfusion technology for organ or region-specific delivery of therapeutic agents. The company's intellectual property portfolio currently consists of 12 patents on a worldwide basis, including the United States, Europe, Asia and Canada. For more information, please visit the company's website, http://www.delcath.com.

This release contains "forward-looking statements" based on current expectations but involving known and unknown risks and uncertainties. Actual results or achievements may be materially different from those expressed or implied. Delcath's plans and objectives are based on assumptions involving judgments with respect to future economic, competitive and market conditions, its ability to consummate, and the timing of, acquisitions and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond its control. Therefore, there can be no assurance than any forward-looking statement will prove to be accurate.

Company Contact:
Delcath Systems, Inc.
M. S. Koly, Chief Executive Officer
203-323-8668
http://www.delcath.com

Media Contacts:
Lewis Goldberg
KCSA Worldwide
(212) 896-1216
lgoldberg@kcsa.com

Investor Contacts:
Todd Fromer / Michael Cimini
KCSA Worldwide
(212) 896-1215 / (212) 896-1233
tfromer@kcsa.com / mcimini@kcsa.com

Source: Delcath Systems, Inc.