# Exhibit 42

Case 1:06-cv-01391-RBW    Document 10-11    Filed 08/09/2006    Page 1 of 2

Press Release

Source: Delcath Systems, Inc.

# Delcath Systems Announces Listing on Russell Microcap Index

Wednesday July 5, 8:00 am ET

STAMFORD, Conn., July 5 /PRNewswire-FirstCall/ -- Delcath Systems, Inc. (Nasdaq: DCTH - News), today announced it has joined the Russell Microcap(TM) Index after the Russell Investment Group reconstituted its family of U.S. indexes on June 30th, according to a membership list posted on www.russell.com.

Russell indexes are widely used by investment managers and institutional investors for index funds and as benchmarks for both passive and active investment strategies. An industry-leading $3.8 trillion in assets currently are benchmarked to them. Investment managers who oversee these funds purchase shares of member stocks according to that company's weighting in the particular index.

"We are pleased to be added to the Russell Microcap Index," said M.S. Koly, president and CEO of Delcath Systems. "We believe our inclusion in this index reflects the strong progress we have achieved in our Phase III clinical trial for the treatment of metastatic melanoma in the liver. The Delcath system is the only minimally invasive and repeatable form of high dose drug delivery that dramatically improves patient quality of life. As we continue with the successful execution of our growth strategy, we look forward to increasing our exposure within the investment community through participation in the Russell family of U.S. indexes."

About Russell

Russell, a global leader in multi-manager investment services, provides investment products and services in 44 countries. Russell manages more than $167 billion in assets and advises clients worldwide representing $2.4 trillion. Founded in 1936, Russell is a subsidiary of Northwestern Mutual and is headquartered in Tacoma, Wash., with additional offices in New York, Toronto, London, Paris, Singapore, Sydney, Auckland and Tokyo.

About Delcath Systems, Inc.

Delcath Systems is a developer of isolated perfusion technology for organ or region-specific delivery of therapeutic agents. The company's intellectual property portfolio currently consists of 12 patents on a worldwide basis, including the United States, Europe, Asia and Canada. For more information, please visit the company's website, www.delcath.com.

This release contains "forward-looking statements" based on current expectations but involving known and unknown risks and uncertainties. Actual results or achievements may be materially different from those expressed or implied. Delcath's plans and objectives are based on assumptions involving judgments with respect to future economic, competitive and market conditions, its ability to consummate, and the timing of, acquisitions and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond its control. Therefore, there can be no assurance than any forward-looking statement will prove to be accurate.

Company Contact:
Delcath Systems, Inc.
M. S. Koly, Chief Executive Officer
203-323-8668
www.delcath.com

Investor Contacts:
Todd Fromer / Michael Cimini
KCSA Worldwide
(212) 896-1215 / (212) 896-1233
tfromer@kcsa.com / mcimini@kcsa.com

Source: Delcath Systems, Inc.