# Exhibit 43

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, DC 20549

# FORM 8-K

**CURRENT REPORT**

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): July 11, 2006

# DELCATH SYSTEMS, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 001-16133 | 06-1245881 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

1100 Summer Street, Stamford, Connecticut 06905
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (203) 323-8668

N/A
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2 below):

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Section 8 - Other Events

**Item 8.01 Other Events.**

On July 11, 2006, Delcath Systems, Inc. (the "Company") issued a press release announcing that one of its stockholders agreed to withdraw its requests for a special meeting of the Company's stockolders and to dismiss without prejudice litigation against the Company commenced by such stockholder. The Company's press release dated July 11, 2006 is incorporated herein by reference and filed as an exhibit hereto.

Section 9 - Financial Statements and Exhibits

**Item 9.01. Financial Statements and Exhibits.**

(a) Not applicable

(b) Not applicable.

(c) Not applicable.

(d) Exhibits:

| Exhibit | Description |
|---------|-------------|
| 99 | Press Release dated July 11, 2006 of Delcath Systems, Inc. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

DELCATH SYSTEMS, INC.

By: /s/ M. S. KOLY
-----------------------------------
M. S. Koly
President and Chief Executive Officer

Date: July 11, 2006

**EXHIBIT INDEX**

**Exhibit Description**

99  Press Release dated July 11, 2006 of Delcath Systems, Inc.

[GRAPHIC OMITTED]

Company Contact: Investor Contacts:
Delcath Systems, Inc. Todd Fromer / Michael Cimini M. S. Koly, Chief Executive Officer KCSA Worldwide 203-323-8668 (212) 896-1215 /
(212) 896-1233 www.delcath.com tfromer@kcsa.com / mcimini@kcsa.com

Media Contacts:
Lewis Goldberg
KCSA Worldwide
(212) 896-1216
lgoldberg@kcsa.com FOR IMMEDIATE RELEASE

Delcath Systems Announces Laddcap's Withdrawal of Request for Special Meeting of Shareholders

STAMFORD, Conn., July 11, 2006 — Delcath Systems, Inc. (NASDAQ: DCTH) today announced that Laddcap Value Partners LP, a 10 percent holder of the Company's outstanding common stock, has agreed to withdraw its requests for a special meeting of Delcath's shareholders.

In addition, both Delcath and Laddcap have agreed to dismiss without prejudice the litigation against Delcath commenced on June 6, 2006 in the Chancery Court of the State of Delaware relating to Laddcap's demand to inspect certain books and records of the Company pursuant to Section 220 of the General Corporation Law of the State of Delaware.

Both Delcath Systems and Laddcap retain their rights to pursue any future action without restriction or prejudice.

M.S. Koly, Delcath President and Chief Executive Officer, said, "We are pleased to report this breakthrough event for our shareholders. We look forward to moving on and focusing on maximizing shareholder value over the long term."

About Delcath Systems, Inc.

Delcath Systems is a developer of isolated perfusion technology for organ or region-specific delivery of therapeutic agents. The company's intellectual property portfolio currently consists of 12 patents on a worldwide basis, including the United States, Europe, Asia and Canada. For more information, please visit the company's website, www.delcath.com.

This release contains "forward-looking statements" based on current expectations but involving known and unknown risks and uncertainties. Actual results or achievements may be materially different from those expressed or implied. Delcath's plans and objectives are based on assumptions involving judgments with respect to future economic, competitive and market conditions, its ability to consummate, and the timing of, acquisitions and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond its control. Therefore, there can be no assurance than any forward-looking statement will prove to be accurate.

# # #