# Exhibit 46

## CONSENT OF STOCKHOLDER OF DELCATH SYSTEMS, INC. TO ACTION WITHOUT A MEETING

Laddcap Value Partners LP ("Laddcap") is a record holder of Delcath Systems, Inc (the "Company") common stock, $0.01 par value per share (the "Stock"). On this date, July 27, 2006 (the "Record Date"), Laddcap hereby consents pursuant to Section 228(a) of the General Corporation Law of the State of Delaware with respect to all Stock held by Laddcap to the taking of the actions set forth below without a meeting of the stockholders of the Company. By executing this consent card, Laddcap hereby revokes any and all prior consents and hereby affirms that, as of the Record Date, Laddcap has the power to deliver a consent for Stock represented by this consent.

1. The removal without cause of M S Koly, Samuel Herschkowitz, M.D., Mark A. Corigliano, Daniel Isdaner and Victor Nevins as directors of the Company and any other person or persons (other than the persons elected pursuant to this proposed action by written consent) elected or appointed to the Board of Directors of the Company prior to the effectiveness of these Proposals.

[X] Consent    [ ] Withhold Consent    [ ] Abstain

INSTRUCTION: TO CONSENT, WITHHOLD CONSENT OR ABSTAIN FROM CONSENTING TO THE REMOVAL OF THE FIVE DIRECTORS, CHECK THE APPROPRIATE BOX ABOVE. IF YOU WISH TO CONSENT TO THE REMOVAL OF CERTAIN OF THE ABOVE-NAMED PERSONS, BUT NOT ALL OF THEM, CHECK THE "CONSENT" BOX ABOVE AND WRITE THE NAME OF EACH SUCH PERSON YOU DO NOT WISH REMOVED IN THE FOLLOWING SPACE:

_____

2. The election of the following five persons as directors of the Company to fill the vacancies resulting from Proposal 1: Jonathan A. Foltz, Michael Karpf, M.D., Robert B. Ladd, Paul William Frederick Nicholls and Fred S. Zeidman.

[X] Consent    [ ] Withhold Consent    [ ] Abstain

INSTRUCTION: TO CONSENT, WITHHOLD CONSENT OR ABSTAIN FROM CONSENTING TO THE ELECTION OF ALL THE ABOVE-NAMED PERSONS, CHECK THE APPROPRIATE BOX ABOVE. IF YOU WISH TO CONSENT TO THE ELECTION OF CERTAIN OF THE ABOVE-NAMED PERSONS, BUT NOT ALL OF THEM, CHECK THE "CONSENT" BOX ABOVE AND WRITE THE NAME OF EACH SUCH PERSON YOU DO NOT WISH ELECTED IN THE FOLLOWING SPACE:

_____

3. The repeal of each provision of the Company's Bylaws or amendments of the Bylaws that are adopted after December 31, 2005 and before the effectiveness of the foregoing two Proposals.

[X] Consent    [ ] Withhold Consent    [ ] Abstain

Dated: July 27, 2006

LADDCAP VALUE PARTNERS LP

By: /s/ Robert Ladd
Robert Ladd, in his capacity as the managing member of Laddcap Value Associates LLC, the general partner of Laddcap Value Partners LP

18104/2
07/27/2006 1991902.02