# Exhibit 51



# FINAL ASSESSMENT ROLL 2004-2005 | City of New York

**Taxable Status Date: January 5, 2004**

View 2003 FINAL ASSESSMENT ROLL
View 2005 FINAL ASSESSMENT ROLL
View 2006 TENTATIVE ASSESSMENT ROLL

**EXPLANATION OF ASSESSMENT ROLL**

View 2006 FINAL ASSESSMENT ROLL
View May 25, 2006 - Market Value History

---

**Parcel Information**     **◀◀ Previous BBL**     **Next BBL ▶▶**

**Owner Name:**
NOVELLI DIANA WALKER

**Property Address and Zip Code:**
460 WEST 49 STREET 10019

**Real Estate Billing Name and Address:**
DIANA L WALKER
460 W 49TH ST
NEW YORK NY 10019

**Borough:**    MANHATTAN
**Block:**      1058
**Lot:**        160

**Tax Class:**       2A
**Building Class:** C2 Codes

**Land Information**

| Lot Size | Irregular | Corner |
|---|---|---|
| 19.00FT X 100.42FT | IRREG | |

**Building Information**

| Number of Buildings | Building Size | Extension | Stories |
|---|---|---|---|
| 1 | 19.00FT X 76.00FT | | 5 |

**Assessment Information**

| Description | Land | Total |
|---|---|---|
| ESTIMATED MARKET VALUE | | 3,639,000 |
| 8-30% LIMITATION | 90,618 | 100,687 |
| ACTUAL EX AV | 0 | 0 |

**Taxable/Billable Assessed Value**

Assessed Value

Page 1 of 2

| | |
|---|---|
| SUBJECT TO ADJUSTMENTS, YOUR 2004/05 TAXES WILL BE BASED ON | 100,687 |

**Property is assessed at the following uniform percentages of full market value, unless limited to a lesser amount by law:**

**Class 1 - 8%**        **Class 2 - 45%**        **Class 3 - 45%**        **Class 4 - 45%**

Statements List | Select a BBL | Logon to NYCProperty

Go To: Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site MapGo To: Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map