# Exhibit 52

# SECURITIES AND EXCHANGE COMMISSION

## Washington, DC 20549

### FORM 10-K

**FOR ANNUAL AND TRANSITION REPORTS
PURSUANT TO SECTIONS 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

[X]  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2001

OR

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934



Commission File Number 0-14488

## SEITEL, INC.
(Exact name of registrant as specified in charter)

| Delaware | 76-0025431 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification Number) |
| 50 Briar Hollow Lane, 7th Floor West Houston, Texas | 77027 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:   (713) 881-8900

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.01 | New York Stock Exchange; Toronto Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:   None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes   [X]         No   [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. X

The aggregate market value of the voting stock held by non-affiliates of the registrant at March 28, 2002 was approximately $225,707,442. On such date, the closing price of the Common Stock on the New York Stock Exchange was $9.15 and there were a total of 25,075,350 shares of Common Stock outstanding.

Documents Incorporated by Reference:

| Document | Part |
|---|---|
| Definitive Proxy Statement for 2002 Annual Stockholders Meeting | III |

---

ITEM 1. BUSINESS

General

Seitel, Inc. (the "Company") is a leading provider of seismic data and related geophysical services and expertise to the petroleum industry. The Company owns and licenses what it believes to be the largest nonproprietary onshore seismic data library in North America as well as one of the largest offshore seismic data libraries and initiates new seismic data through multi-client shoots with oil and gas companies. Oil and gas companies consider seismic data an essential tool for finding hydrocarbons. By properly utilizing seismic data, oil and gas companies can significantly increase drilling success rates and reduce the occurrence of dry holes. By participating in multi-client surveys, oil and gas companies can obtain access to expensive surveys that they could not otherwise afford. Further, seismic data can increase recoveries of reserves from existing, mature oil fields by optimizing the drilling location of development wells and by revealing additional, or "step-out," locations that would not otherwise be apparent.

Since September 2000, the Company has been developing proprietary software, technology, and business methods (the "Solution") through its wholly owned subsidiary, Seitel Solutions, that will enable its clients to access and interact, via a standard web browser and the Internet, with the one petabyte of seismic data currently owned and marketed by Seitel. The Company opened a state-of-the-art data technology center in Houston, Texas on March 12, 2002, which will (i) run its Solutions offering; (ii) store its petabyte of seismic data; and (iii) provide a secure storage facility for its customers' seismic data and other intellectual property. The Company intends to open a second state-of-the-art data technology center in Calgary, Alberta, Canada in the second quarter of 2002.

The Company also explores for, finds, develops, produces and sells natural gas and oil through its Exploration and Production Group ("E&P Group").

Seitel is a Delaware corporation which was founded in 1982. Since that time, Seitel has engaged in the creation of 2D, 3D and 4C seismic databases and has acquired a large number of existing seismic data libraries. The company conducts its seismic activities principally through its wholly owned subsidiaries, Seitel Data, Ltd. and Olympic Seismic Ltd. (the "Seismic Data Group "), which have their principal offices in Houston, Texas and Calgary, Alberta Canada, respectively. The Company also has marketing offices in Denver, Colorado and New Orleans, Louisiana. Oil and gas exploration activities are conducted through the Company's E&P Group which has its principal office in Houston, Texas. See Note Q to the Company's Consolidated Financial Statements for financial information relating to industry segments.

Recent Developments

Restatement of Financial Statements

Under the direction of our new Chairman, and in accordance with the recent "cautionary advice" of the SEC to select accounting policies that are not only reasoned, but provide investors with "full transparency" as to their effects, we have revised our revenue recognition policies for certain data licensing contracts. Historically, Seitel recognized revenue from the licensing of seismic data when it had a contract with its customer for a fixed sales price, a licensing agreement was in place, the seismic data was available for use by the customer, and collectibility of the sales price was reasonably assured. Under certain contracts, although a licensing agreement was in place, collectibility was reasonably assured, and access to the seismic data available was delivered to the customer, the customer was given time to select specific data from the data available to it to be held long-term under its licensing agreement. Under those contracts, delivery of data to the customer was, therefore, not required until a specific

selection was made. In other cases, the customer was delivered seismic data to review and could select from among that data the specific data it wanted to hold long-term. With each of these types of contracts, specific data selections could be made over the term of the contract, which is typically two years. The accounting model described above has been consistently followed by the Company for these types of contracts and has also been followed by others in the seismic industry on similar types of data licensing contracts. This accounting model was not changed with the adoption of the Securities and Exchange Commission's Staff Accounting Bulletin No. 101 (SAB 101), *"Revenue Recognition in Financial Statements,"* in October 2000, because the Company and its auditors determined the SAB 101 guidance did not suggest a change in accounting policy.

---

However, in February 2002, one of our industry colleagues announced a restatement of its 2000 financial statements for a change in accounting policy based upon SAB 101 for some of its seismic data licensing arrangements to recognize revenue upon selection of specific seismic data. In consideration of this industry change and upon further evaluation of SAB 101, the Company has determined that it is appropriate to adopt a more conservative approach to revenue recognition for the Company's data licensing contracts and to recognize revenue at the time of data selection. As a result, we have revised our 2000 and first through third quarter 2001 financial statements to adopt the selection method.

The financial statements also reflect revisions for the amount and timing of revenue recognized under certain data acquisition contracts. In 2000 and 2001, the Company entered into certain acquisition contracts under which the Company and the customer participated in the acquisition services. Under these arrangements, the Company did not assume the sole risk of service throughout the acquisition process. The Company recognized revenue under these contracts consistent with its revenue recognition policies for acquisition contracts. Under these contracts, the Company has now determined that revenue previously recognized for amounts funded by customers should be used to reduce the Company's recorded cost of creating the seismic data. The Company continues to have sole ownership of the newly created data.

While the above revisions reduced reported revenue and net income for the nine months ended September 30, 2001, and the year ended December 31, 2000, they had no effect on the cash received by the Company during those periods.

As a result of the foregoing revisions to our financial statements, we will also be amending other Securities and Exchange Commission filings to reflect the revisions to our quarterly and annual results in 2000 and the first through third quarters of 2001. Our previously filed financial statements and announced earnings for those periods should not be relied on.

<u>Description of Operating Groups</u>

<u>Seismic Data Group</u>

The Company's Seismic Data Group markets licenses to seismic data from its library to the oil and gas industry. The Company's data library includes two-dimensional ("2D"), three-dimensional ("3D") and multi-component data, in both the onshore and offshore segments. The Company has a strong market position in the United States and Canadian markets because of its ownership in 1.1 million linear miles of two-dimensional and 26,000 square miles of three-dimensional seismic data. Revenue from the Seismic Data Group and their percentage of total revenue for the years ended December 31, 2001, 2000 and 1999 were $115,238,000 (85%), $113,887,000 (82%) and $109,671,000 (85%), respectively.

The Seismic Data Group actively markets data from its library for resale under non-exclusive, non-transferable license agreements using an aggressive marketing strategy combined with geophysical expertise. The Company's customers may not assign or transfer a seismic data license. In the event of a merger or acquisition of an existing customer, the surviving entity generally must pay a fee to relicense any data it wants to continue to use. The Company's marketing philosophy is that seismic data must be sold actively as opposed to waiting passively for customer purchases. The Seismic Data Group has a team of dedicated marketing specialists who maximize license sales opportunities by monitoring petroleum industry exploration and development activities through close interaction with oil and gas companies on a daily basis.

The Seismic Data Group initiates new data surveys utilizing the multi-client approach. Within the seismic industry, there are two types of data initiation: data acquired with underwriter commitments and data acquired in a speculative shoot. The Company does not perform high-risk speculative data initiation because it believes that would create unacceptable financial risk. The Company utilizes the multi-client underwriting approach in which generally at least 65 to 75 percent of the cost of the survey has been underwritten through license sales for the data to be created before the data initiation occurs. In addition, Seitel employs a

The following table sets forth certain information regarding the Company's developed and undeveloped lease acreage as of December 31, 2001. "Gross" acres refer to the number of acres in which the Company owns a working interest. "Net" acres refer to the sum of the fractional working interests owned by the Company in gross acres.

|  | Developed Acres | | Undeveloped Acres | |
| --- | --- | --- | --- | --- |
|  | Gross | Net | Gross | Net |
| California | 8,836 | 2,437 | 95,810 | 30,181 |
| Louisiana | 3,887 | 940 | 12,163 | 3,153 |
| Michigan | 320 | 90 | 0 | 0 |
| Offshore | 0 | 0 | 7,456 | 4,576 |
| Texas | 12,394 | 3,717 | 27,168 | 7,488 |
| Total | 25,437 | 7,184 | 142,597 | 45,398 |

The following table describes for each of the last three fiscal years, crude oil (including condensate and natural gas liquids) and natural gas production for the Company, average production costs and average sales prices. All such production primarily comes from the U.S. Gulf Coast region and California. The Company has not filed any different estimates of its December 31, 2001 reserves with any federal agencies.

| Year Ended December 31, | Net Production | | Average Production Cost per Mcfe | Average Sales Price | |
| --- | --- | --- | --- | --- | --- |
|  | Oil (Mbbls) | Gas (Mmcf) |  | Oil (Bbls) | Gas (Mcf) |
| 2001 | 278 | 3,157 | $.88 | $21.73 | $4.74 |
| 2000 | 303 | 4,390 | .78 | 27.09 | 3.65 |
| 1999 | 346 | 5,693 | .61 | 16.35 | 2.28 |

ITEM 3. LEGAL PROCEEDINGS

The Company is involved from time to time in ordinary, routine claims and lawsuits incidental to its business. In the opinion of management, uninsured losses, if any, resulting from the ultimate resolution of these matters should not be material to the Company's financial position or results of operations.

ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS

No matters were submitted to a vote of security holders during the fourth fiscal quarter of 2001.

PART II

ITEM 5.  MARKET FOR REGISTRANT'S COMMON STOCK AND RELATED
        STOCKHOLDER MATTERS

The Company's Common Stock is traded on the New York Stock Exchange which is the Company's principal exchange. The Company's Common Stock is also traded on the Toronto Stock Exchange. The following table sets forth the high and low sales prices for the Common Stock for 2001 and 2000 as reported by the New York Stock Exchange.

|  | 2001 | | 2000 | |
|---|---|---|---|---|
|  | High | Low | High | Low |
| First Quarter | $ 22.72 | $ 16.29 | $ 9.63 | $ 6.50 |
| Second Quarter | 20.16 | 13.03 | 9.50 | 5.88 |
| Third Quarter | 14.36 | 8.89 | 16.38 | 7.06 |
| Fourth Quarter | 14.20 | 9.55 | 19.75 | 13.25 |

On March 28, 2002, the closing price for the Common Stock was $9.15. To the best of the Company's knowledge, there are approximately 903 record holders of the Company's Common Stock as of March 28, 2002.

Dividend Policy

The Company did not pay cash dividends during 2001 or 2000, and it intends to retain future earnings in order to provide funds for use in the operation and expansion of its business. Because the payment of dividends is dependent upon earnings, capital requirements, financial conditions, any required consents of lenders and other factors, there is no assurance that dividends, whether in the form of stock or cash, will be paid in the future.

ITEM 6. SELECTED CONSOLIDATED FINANCIAL DATA (in thousands, except per share data)

The following table summarizes certain historical consolidated financial data of the Company and is qualified in its entirety by the more detailed consolidated financial statements and notes thereto included in Item 8 hereof.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| Statement of Operations Data: | 2001 | 2000 | 1999 | 1998 | 1997 |
| | | (Restated) | | | |
| Revenue [1] | $ 136,329 | $ 138,322 | $ 128,707 | $ 144,857 | $ 127,556 |
| Expenses and costs: | | | | | |
| Depreciation, depletion and amortization | 60,713 | 62,897 | 59,624 | 69,890 | 49,679 |
| Impairment of oil and gas properties | 40,433 | - | - | - | 9,560 |
| Cost of sales | 5,465 | 5,570 | 5,016 | 4,874 | 17,953 |
| Selling, general and administrative | 38,093 | 33,131 | 28,587 | 26,599 | 23,043 |
| Expenses related to delayed DDD Energy, Inc. offering | - | 958 | - | - | - |
| Restructuring charge | - | 4,394 | - | - | - |
| | 144,704 | 106,950 | 93,227 | 101,363 | 100,235 |
| (Loss) income from operations | (8,375) | 31,372 | 35,480 | 43,494 | 27,321 |

effect on our reported operating results and stock price as a result of the Company's restatement of financial statements. The forward-looking statements contained in this Report speak only as of the date hereof, and Seitel disclaims any duty to update these statements.

Restatement of Financial Statements

As discussed under Recent Developments, effective for the fiscal year ended December 31, 2001, the Company has determined that the timing and amount of reported revenue from certain data licensing contracts and certain data acquisition contracts warranted revision to the reported results for the nine months ended September 30, 2001 and the year ended December 31, 2000.

The revisions to revenue recognition under the seismic data licensing agreements resulted from a further evaluation of SAB 101 following the change in accounting policy by an industry colleague. The effect of these revisions is to defer revenue previously recognized under certain seismic data licensing agreements until selection of specific data is made by the customer. The deferral in revenue resulted in an increase in deferred revenue. Associated with the deferral of the revenue on these contracts, the Company also deferred the direct costs related to the revenue, which resulted in an increase in prepaid expenses. The Company also recognized a reduction in amortization expense, which is recorded as an adjustment to accumulated amortization, and in income tax expense, which is recorded as an adjustment to deferred taxes. The change in revenue recognition, effective January 1, 2000, was recorded as a cumulative effect adjustment in 2000, which means that the net effect of applying SAB 101 for periods prior to January 1, 2000 was recorded in the Statement of Operations as one amount, net of taxes. The total effects of all revisions to revenue recognition related to the seismic data licensing arrangements for the nine months ended September 30, 2001 and the year ended December 31, 2000 are summarized in the tables on the following pages.

The revisions also reflect adjustments for the amount and timing of revenue previously recognized under certain data acquisition contracts. In 2001 and 2000, the Company entered into certain acquisition contracts under which the Company and the customer participated in the acquisition services. Under these arrangements, the Company did not assume the sole risk of service throughout the acquisition process. The Company recognized revenue under these contracts consistent with its revenue recognition policy for acquisition contracts. The Company has determined that revenue previously recognized for amounts funded by customers under these contracts should be used to reduce the Company's recorded cost of creating the seismic data. The Company continues to have sole ownership of the newly created data. The reduction of revenue resulting from these revisions also reduced the Company's amortization expense, which is recorded as an adjustment to accumulated amortization, and income tax expense, which is recorded as an adjustment to deferred taxes. The total effects of all revisions to revenue recognition related to certain data acquisition contracts for the nine months ended September 30, 2001 and the year ended December 31, 2000 are summarized in the tables on the following pages.

Accordingly, such financial statements have been restated as follows:

|  | Nine Months Ended September 30, 2001 (Unaudited) | | | |
|---|---|---|---|---|
|  | (in '000's except per share amounts) | | | |
|  | As Reported | Adjustments for Data Licensing Agreements | Adjustments for Data Acquisition Contracts | As Restated |
| **Statements of Operations Data:** | | | | |
| Revenue | $ 140,775 | $ (31,203) | $ (11,491) | $ 98,081(1) |
| Depreciation, depletion & amortization | 61,872 | (13,433) | (5,528) | 42,911 |
| Impairment of oil and gas properties | 30,038 | - | - | 30,038 |
| Cost of sales | 4,182 | - | - | 4,182 |
| SG&A expense | 30,998 | (2,115) | (57) | 28,826 |

|  |  |  |  |  |
|---|---|---|---|---|
| Income (loss) from operations | 13,685 | (15,655) | (5,906) | (7,876) |
| Interest expense, net | (9,515) | - | 72 | (9,443) |
| (Provision) benefit for income taxes | (1,398) | 5,078 | 2,042 | 5,722 |
| Net income (loss). | $ 2,772 | $ (10,577) | $ (3,792) | $ (11,597) |
| Net income (loss) per share: |  |  |  |  |
| Basic | $ 0.11 | $ (.42) | $ (.15) | $ (0.46) |
| Diluted | $ 0.11 | $ (.42) | $ (.15) | $ (0.46) |
| **Balance Sheet Data:** |  |  |  |  |
| Cash and cash equivalents | $ 5,572 | $ - | $ - | $ 5,572 |
| Receivables | 58,162 | - | - | 58,162 |
| Seismic data library, net | 401,967 | 30,609(2) | (5,615) | 426,961 |
| Property and equipment, net | 123,660 | - | - | 123,660 |
| Prepaid expenses and deferred charges | 6,203 | 6,229 | 14 | 12,446 |
| Accounts payable and accrued liabilities | 43,182 | - | - | 43,182 |
| Deferred income taxes | 24,389 | (17,857) | (2,042) | 4,490 |
| Deferred revenue | 1,093 | 87,683(3) | 233 | 89,009 |
| Retained earnings | 132,315 | (33,503) | (3,792) | 95,020 |
| Accumulated other comprehensive loss | (2,822) | 515 | - | (2,307) |

(1) Non-cash revenue and the percentage of total revenue are $12,408,000 and 12.7%, respectively.

(2) Represents reduction in accumulated amortization due to deferral of revenue.

(3) The impact of the data licensing revisions on deferred revenue includes approximately $57 million related to the cumulative effect of periods prior to 2001.

|  | Year Ended December 31, 2000 | | | |
|---|---|---|---|---|
|  | (in '000's except per share amounts) | | | |
|  | As Reported | Adjustments for Data Licensing Agreements | Adjustments for Data Acquisition Contracts | As Restated |
| **Statements of Operations Data:** |  |  |  |  |
| Revenue | $ 163,811 | $ (19,599) | $ (5,890) | $ 138,322(1) |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Depreciation, depletion & amortization | 73,709 | (8,054) | (2,758) | 62,897 |
| Cost of sales | 5,570 | - | - | 5,570 |
| SG&A expense | 34,790 | (1,476) | (183) | 33,131 |
| Other | 5,352 | - | - | 5,352 |
| Income (loss) from operations | 44,390 | (10,069) | (2,949) | 31,372 |
| Interest expense and other, net | (12,184) | - | 100 | (12,084) |
| (Provision) benefit for income taxes | (11,789) | 3,215 | 996 | (7,578) |
| Cumulative effect of accounting change | - | (14,219) | - | (14,219) |
| Net income (loss) | $ 20,417 | $ (21,073) | $ (1,853) | $ (2,509) |
| Net income (loss) per share: |  |  |  |  |
| Basic | $ 0.85 | $ (.88) | $ (.07) | $ (0.10) |
| Diluted | $ 0.85 | $ (.88) | $ (.07) | $ (0.10) |
| **Balance Sheet Data:** |  |  |  |  |
| Cash and cash equivalents | $10,216 | $ - | $ - | $10,216 |
| Receivables | 69,740 | - | - | 69,740 |
| Seismic data library, net | 345,201 | 18,855(2) | (1,453) | 362,603 |
| Property and equipment, net | 145,655 | - | - | 145,655 |
| Prepaid expenses and deferred charges | 4,716 | 4,093 | 79 | 8,888 |
| Accounts payable and accrued liabilities | 49,736 | - | - | 49,736 |
| Deferred income taxes | 30,412 | (11,944) | (996) | 17,472 |
| Deferred revenue | 2,975 | 55,773(3) | 1,477 | 60,225 |
| Retained earnings | 129,543 | (21,073) | (1,853) | 106,617 |
| Accumulated other comprehensive income (loss) | (381) | 190 | - | (191) |

(1) Non-cash revenue and the percentage of total revenue are $7,330,000 and 5.3%, respectively.

(2) Represents reduction in accumulated amortization due to deferral of revenue.

(3) The impact of the data licensing revisions on deferred revenue includes approximately $36 million related to the cumulative effect of periods prior to 2000.

While the above revisions reduced reported revenues and net income for the nine months ended September 30, 2001 and the year ended December 31, 2000, they had no effect on the cash received by the Company during those periods.

At December 31, 2001, the Company had a deferred revenue balance of $97,330,000, of which $47,708,000 resulted from non-cash transactions through which the Company has received ownership of seismic data in lieu of cash. Of the remaining deferred revenue balance of $49,622,000 at December 31, 2001, approximately $27,593,000 or 56% has been collected. The total deferred revenue at December 31, 2001, consists of: $4.4 million deferred revenue existing at December 31, 1999; $36 million resulting from the cumulative effect for periods prior to January 1, 2000, of the adoption of the new accounting policies; $19.8 million resulting from the net effect in 2000 of the adoption of the new accounting policies; and $37.1 million resulting from the net effect in 2001 of the adoption of the new accounting policies. The 2000 and 2001 deferred revenue is net of revenue realized from the selection of data or expiration of contracts during those periods from previously deferred revenue. The deferred revenue will be recognized when selection of the data is made by the customer or upon expiration of the data licensing contracts, whichever occurs first. Deferred revenue will be recognized approximately as follows, although some revenue may be recognized earlier if selection occurs earlier (in thousands):

| | |
|---|---|
| 2002 | $ 25,000 |
| 2003 | 19,000 |
| 2004 | 17,000 |
| 2005 and thereafter | 21,330 |

The remaining approximately $15,000,000 will be spread throughout the above periods depending upon the customers' needs.

Significant Accounting Policies

### Revenue Recognition

Revenue from Data Acquisition

Revenue from the creation of new seismic data under the Company's acquisition contracts is recognized using the percentage-of-completion method of accounting based upon costs incurred to date as a percentage of total estimated costs. Under these contracts, the Company creates new seismic data designed in conjunction with its customers and specifically suited to the geology of the area using the most appropriate technology available. The contracts typically require one or more customers to pay between 65% and 75% of the creation costs in exchange for the right to use the resulting data. Customers make periodic payments throughout the creation period, which generally correspond to costs to be incurred. These payments are non-refundable once the costs of creation are incurred. The creation process generally occurs in the following stages: permitting, surveying, drilling, recording and processing. At each stage, the customers receive legally enforceable rights and access to, and the benefits of, the results of all work performed. The customers also receive access to and use of the newly acquired, processed data. The customers may have exclusive access to the work performed and exclusive use of the newly acquired, processed data for a limited term, which is generally less than nine months after final delivery of the processed data. The customers' access to and use of the results of the work performed and of the newly acquired, processed data is governed by a long-term (generally twenty years or more) license agreement, which is a separate agreement from the acquisition contract. The Company's acquisition contracts require the customer either to have a license agreement in place or to execute one at the time the acquisition contract is signed. The Company maintains sole ownership of the newly acquired data, which is added to its library, and is free to license the data to other customers when the original customers' exclusivity ends.

Revenue from Data Licenses

The Company licenses data from its seismic data library to customers under four basic forms of contracts.

Under the first, the customer licenses and selects data from the data library at the time of contracting.

Under the second, called review and possession contracts, the customer obtains the right to review a certain quantity of data for a limited period of time. During the review period, the customer may select specific data from that available for review to hold long-term under its license agreement. Any data not selected for long-term licensing must be returned to the Company at the end of the review period.