# Exhibit 54

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

**SCHEDULE 14A**
(RULE 14a-101)

**INFORMATION REQUIRED IN PROXY STATEMENT**

**SCHEDULE 14A INFORMATION**

**PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE SECURITIES EXCHANGE ACT OF 1934 (AMENDMENT NO. )**

Filed by the Registrant [X]
Filed by a Party other than the Registrant [ ]

Check the appropriate box:

```
[ ]  Preliminary Proxy Statement        [ ]  Confidential, for Use of the
                                             Commission Only (as permitted by
                                             Rule 14a-6(e)(2))
[X]  Definitive Proxy Statement
[ ]  Definitive Additional Materials
[ ]  Soliciting Material Pursuant to Rule 14a-12
```

# SEITEL, INC.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

**Payment of Filing Fee (Check the appropriate box):**

[X] No fee required.
[ ] Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1) Title of each class of securities to which transaction applies:

(2) Aggregate number of securities to which transaction applies:

(3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4) Proposed maximum aggregate value of transaction:

(5) Total fee paid:

[ ] Fee paid previously with preliminary materials.
[ ] Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1) Amount Previously Paid:

(2) Form, Schedule or Registration Statement No.:

(3) Filing Party:

(4) Date Filed:

**SEITEL, INC.**

---

NOTICE OF ANNUAL MEETING OF STOCKHOLDERS
TO BE HELD THURSDAY
OCTOBER 19, 2000

**To Our Stockholders:**

You are cordially invited to attend the Annual Meeting of Stockholders of Seitel, Inc. (the "Company") to be held on Thursday, October 19, 2000, at 9:00
a.m. at the Waldorf Astoria Hotel, 301 Park Avenue, Herbert Hoover Room, 4th Floor, New York, New York, 10022, for the following purposes:

1. To elect seven directors to serve until the 2001 Annual Meeting; and

2. To transact such other business as may properly come before the meeting or any adjournment of the meeting.

Only stockholders of record at the close of business on September 12, 2000, will be entitled to notice of and to vote at the meeting.

Please sign, date and mail the enclosed proxy in the enclosed envelope, which requires no postage if mailed in the United States, so that your shares will be represented at the meeting.

By Order of the Board of Directors,

Debra D. Valice Corporate Secretary

September 15, 2000
Houston, Texas

**ELECTION OF DIRECTORS**

At the meeting, seven directors are to be elected to serve until the next Annual Meeting of Stockholders or until their successors are elected and qualified. The persons named in the enclosed form of proxy have advised that, unless contrary instructions are received, they intend to vote for the seven nominees named by the Board of Directors of the Company and listed below. If, by reason of death or other unexpected occurrence, one or more of these nominees is not available for election, the persons named in the form of proxy have advised that they will vote for such substitute nominees as the Board of Directors of the Company may propose.

| NAME | AGE | POSITION(S) WITH THE COMPANY | DIRECTOR SINCE |
|---|---|---|---|
| Herbert M. Pearlman | 67 | Chairman of the Board of Directors | 1982 |
| Paul A. Frame | 53 | Chief Executive Officer, President and Director | 1986 |
| Debra D. Valice | 43 | Chief Financial Officer, Executive Vice President of Finance, Treasurer, Corporate Secretary and Director | 1995 |
| Walter M. Craig, Jr. | 46 | Director and Assistant Secretary | 1987 |
| William Lerner | 67 | Director | 1985 |
| John E. Stieglitz | 69 | Director | 1989 |
| Fred S. Zeidman | 54 | Director | 1997 |

Herbert M. Pearlman, a co-founder of Seitel, Inc., has been a director of the Company since 1982, and Chairman of the Company's Board of Directors since 1987. Since March 1984, Mr. Pearlman has been Chairman of InterSystems, Inc. ("InterSystems"), an American Stock Exchange listed company engaged in providing services to the thermoplastic resins industry. Since June 1990, Mr. Pearlman has served as Chairman of Unapix Entertainment, Inc. ("Unapix Entertainment"), an American Stock Exchange listed company engaged in multi-media entertainment. He has served as President, Chief Executive Officer and a Director of Helm Capital Group, Inc. ("Helm"), a publicly-traded company with equity interests in diverse businesses, since 1980, and in June 1984, he became Helm's Chairman of the Board.

Paul A. Frame has been Chief Executive Officer of the Company since July 1992 and President since January 1987. He was Executive Vice President of the Company from January 1985 until his appointment as President. He was hired by the Company in August 1984 as Vice President of Marketing. From December 1996 to March 1999, Mr. Frame was a Director of Eagle Geophysical, Inc. ("Eagle"), a former subsidiary of the Company engaged in providing seismic data acquisition services to the oil and gas industry, and from August 1997 to March 1999, he was Chairman of the Executive Committee of Eagle's board of directors. Eagle filed bankruptcy under Chapter 11 of the Federal Bankruptcy Code in September 1999.

Debra D. Valice, CPA, is the Company's Chief Financial Officer, Executive Vice President of Finance, Treasurer and Corporate Secretary. Ms. Valice has been the Company's Chief Financial Officer since February 1987, and was the Company's Chief Accounting Officer from March 1986 until February 1987. Ms. Valice was elected as a director of the Company in November 1995.

Walter M. Craig, Jr. has been President of Mezzanine Financial Fund, L.P., a company which is engaged in providing structured capital to small and mid-market companies based on the value of their assets, since 1993. He served as Executive Vice President and Chief Operating Officer of Helm from August 1992 through 1999. Since April 1993, Mr. Craig has been a Director of InterSystems and since August 2000, he has been President and Chief Executive Officer of InterSystems. Mr. Craig became Assistant Secretary of the Company in June 2000.

William Lerner is Chairman of the Company's Audit Committee and Co-Chairman of the Company's Compensation and Stock Option Committee. Since January 1990, Mr. Lerner has been engaged in the private practice of law. From May 1990 until December 1990, he was General Counsel to Hon Development Company, a California real estate development company. From June 1986 until December 1989, Mr. Lerner

2

was Vice President and General Counsel of The Geneva Companies, Inc., a financial services company engaged in counseling privately owned middle-market companies. Since 1985, he has been a Director of Helm. Mr. Lerner is also a Director of Rent-Way, Inc., a New York Stock Exchange listed company headquartered in Pennsylvania that operates the second-largest chain of rental-purchase stores in the United States, and Micros-to-Mainframes, Inc., a NASDAQ listed company headquartered in New York that provides advanced technology communications products and systems integration and internet services to Fortune 2000 companies.

John E. Stieglitz is Co-Chairman of the Company's Compensation and Stock Option Committee and a member of the Company's Audit Committee. He is Chairman Emeritus of Conspectus, Inc., a privately held company, formed in 1976, engaged in providing services in the area of executive recruitment. He served as President of Conspectus, Inc. from 1976 to 1996. Mr. Stieglitz is also a Director of Helm and InterSystems.

Fred S. Zeidman is a member of the Company's Audit Committee and Compensation and Stock Option Committee. Mr. Zeidman has been a Director of InterSystems since July 1993. He served as President and Chief Executive Officer of InterSystems from July 1993 until its sale in December 1999. He also served as President of Interpak Terminals, Inc., a wholly-owned subsidiary of Helm engaged in the packaging and distribution of thermoplastic resins, from July 1993 until its sale in July 1997. Mr. Zeidman served as Chairman of Unibar Energy Services Corporation, one of the largest independent drilling fluids companies in the United States, from 1985 to 1991. From April 1992 to July 1993, Mr. Zeidman served as President of Service Enterprises, Inc., which is primarily engaged in plumbing, heating, air conditioning and electrical installation and repair. From 1983 to 1993, Mr. Zeidman served as President of Enterprise Capital Corporation, a federally licensed small business investment company specializing in venture capital financing. Mr. Zeidman also serves as a Director of Heritage Bank.

## EXECUTIVE OFFICERS

All of the Company's executive officers are also directors. Officers serve at the discretion of the Board.

## BOARD OF DIRECTORS, COMMITTEES AND ATTENDANCE AT MEETINGS

During 1999, the Company's Board of Directors held five meetings. All of the directors of the Company attended at least 75% of the total number of meetings of the Board of Directors and of meetings held by all committees of the Board on which he served during 1999.

The Board of Directors has a standing Audit Committee, Compensation and Stock Option Committee, and Executive Committee. The Board of Directors does not have a Nominating Committee.

Until July 1999, the Audit Committee was comprised of Messrs. Lerner, Stieglitz and Zeidman and was comprised of Messrs. Craig, Lerner and Stieglitz for the remainder of 1999. The Audit Committee held three meetings during 1999. The functions of the Audit Committee are to select the independent public accountants of the Company, to review with them the Company's financial statements, to review the Company's financial systems and controls and to oversee other matters relating to the integrity of the Company's finances and financial statements as the Committee may consider appropriate.

During 1999, Messrs. Pearlman and Frame, along with Horace Calvert and David Lawi, both of whom resigned as directors in 2000, acted as the Executive Committee. The function of the Executive Committee is to act on an interim basis for the full Board. The Executive Committee did not meet officially separately from the entire Board of Directors during 1999.

During 1999, the Compensation and Stock Option Committee ("Compensation Committee") was comprised of Messrs. Lerner, Stieglitz and Zeidman. The Compensation Committee reviews and recommends to the Board of Directors the compensation, promotion and employment agreements of officers of the Company, the terms of any proposed employee benefit arrangements, and the granting of awards under such arrangements. The Compensation Committee held two meetings during 1999.