# Exhibit 58

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-QSB
(Mark One)

☒ QUARTERLY REPORT UNDER SECTION 13 OR 15(D) OF THE
SECURITIES EXCHANGE
ACT OF 1934

For the quarterly period ended June 30, 2006.
☐ TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE
EXCHANGE ACT

For the transition period from _____ to _____

Commission file number 0-28606

EMERGE CAPITAL CORP.
(Exact name of small business issuer as specified in its charter)

| DELAWARE | 22-3387630 |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (I.R.S. Employer Identification No.) |

109 North Post Oak Lane, Suite 422
Houston, TX 77024
(Address of principal executive offices, including area code)

713-621-2737
(Issuer's telephone number)

Check whether the issuer (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐ No ☒

The number of shares outstanding of our common stock at July 26, 2006 was 25,635,816.

Transitional Small Business Disclosure Format (check one):
☐ Yes ☒ No

EMERGE CAPITAL CORP.

FORM 10-QSB

INDEX

|  | Page Number |
|---|---|
| **PART I - FINANCIAL INFORMATION** | |
| Item 1. Financial Statements | |
| Condensed Consolidated Balance Sheet as of June 30, 2006 (Unaudited) | 3 |
| Condensed Consolidated Statements of Operations for the three months ended June 30, 2006 and 2005 (Unaudited) | 4 |
| Condensed Consolidated Statements of Operations for the six months ended June 30, 2006 and 2005 (Unaudited) | 5 |
| Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2006 and 2005 (Unaudited) | 6 |
| Notes to Condensed Consolidated Financial Statements (Unaudited) | 7 - 12 |
| Item 2. Management's Discussion and Analysis or Plan of Operation | 12 - 18 |
| Item 3. Controls and Procedures | 18 - 20 |
| | |
| **PART II - OTHER INFORMATION** | |
| Item 1. Legal Proceedings | 20 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 20 |
| Item 3. Defaults Upon Senior Securities | 20 |
| Item 4. Submission of Matters to a Vote of Security Holders | 20 |
| Item 5. Other Information | 20 |
| Item 6. Exhibits | 20 |
| SIGNATURES | 21 |

PART I -FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS

**EMERGE CAPITAL CORP. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEET**
**June 30, 2006**
**(Unaudited)**

## ASSETS

**CURRENT ASSETS**

| | |
|---|---:|
| Cash and cash equivalents | $ 217,100 |
| Restricted cash | 98,452 |
| Notes and accounts receivable | 430,275 |
| Investment in marketable securities | 1,158,298 |
| Prepaid expense and deferred financing costs | 279,500 |
| Total current assets | 2,183,625 |
| Fixed assets, net | 73,999 |
| **TOTAL ASSETS** | $ 2,257,624 |

## LIABILITIES AND SHAREHOLDERS' DEFICIT

**CURRENT LIABILITIES**

| | |
|---|---:|
| Accounts payable and accrued expenses | $ 365,525 |
| Convertible debentures—net of $348,495 discount | 1,092,243 |
| Notes payable | 148,495 |
| Unearned income | 185,500 |
| Derivative liability | 682,933 |
| Total current liabilities | 2,474,696 |

**NONCURRENT LIABILITIES**

| | |
|---|---:|
| Convertible debentures—net of $110,247 discount | 689,753 |
| Note payable | 180,208 |
| Accrued interest payable | 60,000 |
| Total liabilities | 3,404,657 |

**COMMITMENTS AND CONTINGENCIES** —

**SHAREHOLDERS' DEFICIT**
Preferred Stock, par value $.01, 2,000,000 shares authorized:

| | |
|---|---:|
| Series A Convertible Preferred Stock, noncumulative, $.01 par value, 400,000 shares authorized; none issued | |
| Series B Convertible Preferred Stock, 100,000 shares authorized; 100,000 shares issued and outstanding; no liquidation or redemption value | 1,000 |
| Series C Preferred stock, liquidation preference of $378,000 redeemable at $1,500 per share at Company option, cumulative dividends of $120 per share per year, non-voting, par value $.01, 1,000 shares authorized; 254 shares issued and outstanding | 3 |
| Common stock, $.001 par value; 900,000,000 shares authorized; 25,585,816 shares issued and outstanding | 25,586 |

| | |
|---|---:|
| Additional paid-in capital | 666,265 |
| Retained deficit | (1,839,887) |
| Total shareholders' deficit | (1,147,033) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT** | $ 2,257,624 |

See accompanying Notes to Condensed Consolidated Financial Statements

**EMERGE CAPITAL CORP. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(Unaudited)

|  | Three Months Ended June 30, | |
|---|---:|---:|
|  | 2006 | 2005 |
| **REVENUE** | | |
| Discount income | $ 757 | $ 34,309 |
| Consulting revenue | 271,750 | 42,000 |
| Marketable securities gain (loss) | (406,788) | 67,085 |
| Fee income | 83,300 | 5,802 |
| Total revenue (loss) | (50,981) | 149,196 |
| | | |
| General and administrative expenses (net of allocation to an affiliated entity–$69,811 for 2006 and $0 for 2005) | 600,194 | 322,775 |
| **OPERATING LOSS** | (651,175) | (173,579) |
| | | |
| Other income | 186,394 | 237,691 |
| | | |
| **OPERATING INCOME (LOSS)** | (464,781) | 64,112 |
| | | |
| **INCOME TAX PROVISION** | | |
| Deferred income tax expense | — | 3,702 |
| Total income tax expense | — | 3,702 |
| **INCOME (LOSS) FROM CONTINUING OPERATIONS** | (464,781) | 60,410 |
| | | |
| **INCOME FROM DISCONTINUED OPERATIONS** | — | 4,371 |
| | | |
| **NET INCOME (LOSS)** | (464,781) | 64,781 |
| | | |
| Preferred dividends paid | 6,024 | 14,904 |
| | | |
| **INCOME (LOSS) AVAILABLE TO COMMON SHARES** | $ (470,805) | $ 49,877 |
| | | |
| Basic and diluted income (loss) per share: | | |
| Income (loss) from continuing operations | $ (0.02) | $ — |
| Income (loss) from discontinued operations | | |
| | $ (0.02) | $ — |
| | | |
| Basic weighted average shares outstanding | 24,552,849 | 66,630,000 |
| | | |
| Diluted weighted average shares outstanding | 24,552,845 | 533,165,354 |

See accompanying Notes to Condensed Consolidated Financial Statements

-4-