**EMERGE CAPITAL CORP. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(Unaudited)

|  | Six Months Ended June 30, | |
|---|---:|---:|
|  | 2006 | 2005 |
| **REVENUE** | | |
| Discount income | $ 10,425 | $ 93,541 |
| Consulting revenue | 443,000 | 117,000 |
| Marketable securities gain | 257,827 | 194,102 |
| Fee income | 103,300 | 5,802 |
| Total revenue | 814,552 | 410,445 |
| General and administrative expenses (net of allocation to an affiliated entity=$136,404 for 2006 and $0 for 2005) | 1,092,562 | 630,191 |
| **OPERATING LOSS** | (278,010) | (219,746) |
| Other income: | | |
| Gain on sale of subsidiary--Note 6 | 3,042,406 | — |
| Other income | 120,381 | 129,095 |
| Total other income | 3,162,787 | 129,095 |
| Income before income tax | 2,884,777 | (90,651) |
| **INCOME TAX PROVISION** | | |
| Deferred income tax expense | — | 89,151 |
| Total income tax provision | — | 89,151 |
| **INCOME (LOSS) FROM CONTINUING OPERATIONS** | 2,884,777 | (179,802) |
| **LOSS FROM DISCONTINUED OPERATIONS** | 4,687 | 47,863 |
| **NET INCOME (LOSS)** | 2,880,090 | (227,665) |
| Preferred dividends paid | 18,372 | 30,060 |
| **INCOME (LOSS) APPLICABLE TO COMMON SHARES** | $ 2,861,718 | $ (257,725) |
| Basic income (loss) per share: | | |
| Income (loss) from continuing operations | $ 0.12 | $ — |
| Income (loss) from discontinued operations | — | — |
|  | $ 0.12 | $ — |
| Diluted income (loss) per share: | | |
| Income (loss) from continuing operations | $ 0.01 | $ — |
| Income (loss) from discontinued operations | — | — |
|  | $ 0.01 | $ — |
| Basic weighted average shares outstanding | 24,140,374 | 66,630,000 |

| Diluted weighted average shares outstanding | 490,675,728 | 66,630,000 |

See accompanying Notes to Condensed Consolidated Financial Statements

-5-

**EMERGE CAPITAL CORP. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)

|  | Six Months Ended June 30 | |
|---|---:|---:|
|  | 2006 | 2005 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income (loss) | $ 2,880,090 | $ (227,665) |
| Adjustment to reconcile net income (loss) to net cash provided by (used in) operating activities | (3,090,443) | 257,260 |
| Net cash provided by (used in) operating activities | (210,353) | 29,595 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Purchases of fixed assets | (14,018) | (91,283) |
| Cash received for sale of subsidiary | 93,396 | — |
| Proceeds from sale of investments | 14,819 | — |
| Net cash provided by (used) in investing activities | 94,197 | (91,283) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Principal payments on note payable | (26,769) | (73,809) |
| Net proceeds from sale of convertible debentures | — | 335,000 |
| Dividends paid on preferred stock | (18,374) | (30,060) |
| Net cash (used in) provided by financing activities | (45,143) | 231,131 |
| Net cash provided by operating activities of discontinued operations | — | 121,205 |
| Net cash used in investing activities of discontinued operations | — | (26,517) |
| Net cash provided by financing activities of discontinued operations | — | 750 |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | (161,299) | 264,881 |
| **CASH AND CASH EQUIVALENTS, BEGINNING OF PERIOD** | 378,399 | 391,143 |
| **CASH AND CASH EQUIVALENTS, END OF PERIOD** | $ 217,100 | $ 656,024 |
| **SUPPLEMENTAL INFORMATION** | | |
| Interest paid | $ 11,181 | $ 5,977 |
| Taxes paid | $ 9,882 | $ — |
| Redemption and purchase of preferred stock: | | |
| Decrease in accounts receivable | $ 15,000 | $ 43,500 |
| Increase in notes payable | $ 240,000 | $ — |
| Decrease in paid-in capital | $ 243,498 | $ 25,337 |
| Increase in deferred expenses | $ — | $ 65,000 |
| Sale of subsidiary: | | |
| Assets sold | $ 2,906,001 | $ — |
| Liabilities assumed by buyer | $ 5,855,011 | $ — |
| Conversion of convertible debentures and accrued interest: | | |
| Decrease in debentures and accrued interest | $ 54,000 | $ — |
| Increase in common stock | $ 1,125 | $ — |
| Increase in paid-in capital | $ 52,875 | $ — |

| Common stock issued for securities: | | | | |
|---|---|---:|---|---:|
| Increase in prepaids | $ | 80,423 | $ | — |
| Increase in common stock | $ | 1,750 | $ | — |
| Increase in paid-in capital | $ | 137,250 | $ | — |

See accompanying Notes to Condensed Consolidated Financial Statements

-6-

EMERGE CAPITAL CORP. AMD SUBSIDIARIES
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(UNAUDITED)

Note 1 - Basis of Presentation

NOTE 1 - BASIS OF PRESENTATION

Our Condensed Consolidated Balance Sheet as of June 30, 2006, the Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2006 and June 30, 2005, and the Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2006 and June 30, 2005 have not been audited. These statements have been prepared on a basis that is substantially consistent with the accounting principles applied in our Annual Report on Form 10-KSB for the fiscal year ended December 31, 2005. In our opinion, these financial statements include all normal and recurring adjustments necessary for a fair presentation of Emerge Capital Corp ("Emerge") and "Subsidiaries". The results for the three and six months are not necessarily indicative of the results expected for the year.

As used herein, the "Company", "management", "we", "our" refers to Emerge Capital Corp or Emerge Capital Corp together with its subsidiaries. The Company's fiscal year ends on December 31st.

Certain information and footnote disclosures normally included in financial statements prepared in accordance with accounting principles generally accepted in the United States of America have been omitted in accordance with the published rules and regulations of the U.S. Securities and Exchange Commission (the "SEC") for interim financial statements. The unaudited Condensed Consolidated Financial Statements and the notes thereto in this report should be read in conjunction with the audited Consolidated Financial Statements and notes thereto included in our Annual Report on Form 10-KSB for the fiscal year ended December 31, 2005 (the "10-KSB").

On August 31, 2005, NuWave Technologies, Inc. ("NuWave") entered into a merger agreement (the "Agreement") with Corporate Strategies, Inc. ("Corporate Strategies") and the shareholders of Corporate Strategies. The Company was subsequently renamed Emerge Capital Corp.

As a result of the merger, former shareholders of Corporate Strategies collectively own 100% of the Company's Series B Convertible Preferred Stock ("the Series B Preferred"). Upon conversion of the Series B Preferred into common shares, the common shares issued upon conversion shall be equal to ninety-five percent (95%) of the issued and outstanding stock of the Company (calculated on a fully diluted basis as of the date of the merger.)

The Series B Preferred shareholders and the holders of the common stock vote together and the Series B Preferred shall be counted on an "as converted" basis, thereby giving the Series B Preferred shareholders control of the Company. The transaction was accounted for as a reverse acquisition since control of the merged group passed to the shareholders of the acquired company (Corporate Strategies).

We primarily provide business restructuring, turnaround execution and business development advisory services for emerging and re-emerging public and private companies. The Company also actively trades securities and options with available cash. These transactions contain a considerable amount of risk.

Our company owned Aim American Mortgage, Inc. ("Aim") from February 18, 2003 through December 31, 2005. Aim is engaged in residential mortgage brokerage activities. Aim was sold on December 31, 2005 and has been reflected in discontinued operations in these financial statements.

On October 22, 2004, the Company formed CSI Business Finance, Inc. ("CSIBF"), a corporation organized under the laws of the state of Texas, for the purpose of engaging in equipment leasing and other business finance activities. On August 31, 2005, CSIBF was distributed to shareholders and has been reflected in discontinued operations in the financial statements for 2005. Because the business of CSIBF is synergistic with our operations, we are considering reacquiring CSIBF at the end of the third quarter 2006. Any acquisition of CSIBF would be subject to a fairness opinion, opinion of legal counsel, consent by debenture holders and an action by the Board of Directors of both Emerge and CSIBF. If any one of the aforementioned items cannot be obtained the transaction would not occur.

Lehigh Acquisition Corp. ("Lehigh") was a subsidiary of NuWave and is treated as if it was acquired August 31, 2005, the date of the merger. Lehigh was sold on February 3, 2006. The interim financial statements include the operations of Lehigh through February 3, 2006 as discontinued operations.

The accompanying Condensed Consolidated Financial Statements include the accounts of the Company and its subsidiaries. All significant inter-company balances and transactions have been eliminated.

Since Corporate Strategies is the surviving entity of the reverse merger, the financial statements include the results of operations since the merger (August 31, 2005) for NuWave and its consolidated subsidiaries, and the operations of Corporate Strategies since its inception.

On May 31, 2006, we filed an S-8 with the Securities and Exchange Commission. The document was submitted to register 10,000,000 shares of common stock. The purpose of the Plan is to promote the long-term growth and profitability of the Company by (a) providing key people with incentives to improve shareholder value and to contribute to the growth and financial success of the Company, and (b) enabling the Company to attract, retain and reward the best-available persons. This document is herein incorporated by reference.

On June 26, 2006, we filed an SB-2 with the Securities and Exchange Commission (the "SEC"). The prospectus relates to the registration of (a) 1,860,000 shares of common stock of Emerge Capital Corp. that may be offered for sale from time to time by Cornell Capital Partners, LP ("Cornell Capital"), (b) 937,500 shares of common stock of Emerge Capital that may be offered for sale from time to time by iVoice, Inc. and (c) 2,812,500 shares of common stock of Emerge Capital that will be distributed by dividend by iVoice to all of the Class A common stockholders of iVoice. Emerge Capital is not selling any shares of common stock in this offering and therefore will not receive any proceeds from this offering. This document is herein incorporated by reference. As of the date of this filing, we have received two comments from the SEC regarding the identification of our underwriters. We are in the process of formulating our response.

Note 2 - Income (Loss) Per Common Share

In accordance with SFAS No. 128, "Earnings per Share", basic earnings per share are computed based on the weighted average shares of common stock outstanding during the periods. Diluted earnings per share are computed based on the weighted average shares of common stock plus the assumed issuance of common stock for all potentially dilutive securities.

The computations for basic and diluted net income (loss) per share consist of the following:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2006 | 2005 | 2006 | 2005 |
| Income (loss) from continuing operations | $ (470,805) | $ 45,506 | $ 2,866,405 | $ (209,862) |
| Effect of derivatives and convertible debenture | — | — | 95,578 | — |
| Adjusted income (loss) from continuing operations | (470,805) | 45,506 | 2,961,983 | (209,862) |
| Income (loss) from discontinued operations | — | 4,371 | (4,687) | (47,863) |
| Diluted net income (loss) | $ (470,805) | $ 49,877 | $ 2,957,296 | $ (274,951) |
| Basic weighted average shares | 24,552,849 | 66,630,000 | 24,140,374 | 66,630,000 |
| Effect of dilutive securities: | | | | |
| Series B preferred stock | — | 454,216,320 | 454,216,320 | — |
| Convertible debentures | — | 12,319,034 | 12,319,034 | — |
| Diluted weighted average shares | 24,552,849 | 533,165,354 | 490,675,728 | 66,630,000 |
| Income (loss) per share: | | | | |
| Basic: | | | | |
| Income (loss) from continuing operations | $ (0.02) | $ — | $ 0.12 | $ — |
| Income (loss) from discontinued operations | — | — | — | — |
| Net income (loss) | $ (0.02) | $ — | $ 0.12 | $ — |
| Diluted: | | | | |
| Income (loss) from continuing operations | $ (0.02) | $ — | $ 0.01 | $ — |
| Income (loss) from discontinued operations | | | | |
| Net income (loss) | $ (0.02) | $ — | $ 0.01 | $ — |

-9-

(1) A weighted average year-to-date number of Convertible Debentures and Series B preferred stock to convert into 466,535,354 shares of common stock were outstanding during the three and six months ended June 30, 2006 and 2005, but were not included in the computation of diluted per share net income for the three months ended June 30, 2006 and six months ended June 30, 2005 because they were anti-dilutive.

Note 3 - Restatement of Previously Issued Consolidated Financial Statements

We have restated our Consolidated Balance Sheet, Consolidated Statements of Operations and Cash Flows for the year ended December 31, 2004 and interim periods during 2004 and 2005 from the amounts previously reported. The restatements include adjustments to (a) correct the accounting for convertible debentures to recognize the effects of derivatives, (b) remove the beneficial conversion feature previously recorded for the convertible debentures, and (c) recognize the effects those changes had on recording the merger at August 31, 2005. We are required to reissue and restate the Form10-QSB previously issued as of September 30, 2005 and for the three and nine months then ended, and the information included therein should not be relied on.

Note 4 - Convertible Debentures - Derivative Financial Instruments

The Convertible Debentures issued from 2003 through 2005 have been accounted for in accordance with SFAS 133 and EITF No. 00-19, "Accounting for Derivative Financial Instruments Indexed to, and Potentially Settled in, a Company's Own Stock".

The Company identified the following instruments with embedded derivatives requiring evaluation and accounting under the relevant guidance applicable to financial derivatives:

- Cornell Debenture issued 5/6/04 in the face amount of $400,000
- Cornell Debenture issued 6/24/04 in the face amount of $500,000
- Cornell Debenture issued 9/28/04 in the face amount of $400,000
- Cornell Debenture issued 4/6/05 in the face amount of $400,000
- Holland et. al. Debentures issued 12/8/03 in the face amount of $135,000
- Holland et. al. Debentures issued 12/22/03 in the face amount of $250,000
- Saporito Debenture issued 1/29/04 in the face amount of $100,000
- Viola Debenture issued 10/12/04 in the face amount of $100,000

These embedded derivatives have been bifurcated from their respective host debt contracts and accounted for as derivative liabilities in accordance with EITF 00-19 and SFAS No. 133.

The embedded derivatives are marked-to-market each reporting period with changes in fair value recorded to the Company's income statement as "other income". The Company has utilized a third party valuation firm to fair value the embedded derivatives using a layered discounted probability-weighted cash flow approach.

The fair value of the derivative liabilities are subject to the changes in the trading value of the Company's common stock, as well as other factors. As a result, our financial statements may fluctuate from quarter-to-quarter based on factors, such as the price of our stock at the balance sheet date and the amount of shares converted by debenture holders. Consequently, our financial position and results of operations may vary from quarter-to-quarter based on conditions other than our operating revenues and expenses.

On February 3, 2006, as part of the sale of Lehigh, the Cornell Debentures for $250,000 issued 5/5/05 and $150,000 issued 7/20/05 were cancelled. The resulting gain on extinguishment of $94,365 has been included in other income for the six months ended June 30, 2006.

Note 5 - Segment Reporting

Our company has four business segments: business services (which consists of turnaround execution services, management restructuring services, and business development services) which was continuing at December 31, 2005, and mortgage brokerage, previously through its 85% owned subsidiary, Aim American Mortgage, Inc. which was sold on December 31, 2005; equipment leasing and business finance, through its wholly owned subsidiary, CSI Business Finance, Inc. which was distributed to the shareholders of Corporate Strategies effective August 31, 2005; and real estate development through its wholly owned subsidiary, Lehigh which was sold in February 2006. The mortgage brokerage, equipment leasing and real estate development segments are treated as discontinued operations in the financial statements.

We primarily provide business restructuring, turnaround execution and business development advisory services for emerging and re-emerging public companies

The Company's operations are conducted in the United States.

|  | Business Services | Discontinued Operations | | |
|---|---|---|---|---|
|  |  | Real Estate | Mortgage Brokerage | Equipment Leasing |
| **Six months ended June 30, 2006** |  |  |  |  |
| Revenue | $ 814,552 | $ — | $ — | $ — |
| Income (loss) before income tax | 2,884,777 | (4,687) | — | — |
| Segment assets | 2,257,624 |  |  |  |
| **Six months ended June 30, 2005** |  |  |  |  |
| Revenue | $ 410,445 | $ — | $ 599,731 | $ 88,424 |
| Income (loss) before income tax | (90,651) |  | (97,714) | 21,907 |
| Segment assets | 2,165,891 | — | 206,862 | 215,494 |

Note 6 - Sale of Lehigh Acquisition Corp.

In February 2006, the Company sold its wholly-owned subsidiary, Lehigh, to Cornell Capital Partners, LP ("Cornell") for total proceeds of $5,948,407 including the assumption of $4,881,274 promissory notes, $400,000 of convertible debentures, $573,737 of accrued expense and interest and cash of $93,396. The transaction resulted in a gain of $3,042,406.

-11-

Note 7. - Income Taxes

The gain from sale of the subsidiary discussed in Note 6 is a non-taxable transaction under the Internal Revenue Code.

Note 8 - Repurchase of Preferred Stock

On February 21, 2006, the Company agreed to repurchase 272.278 shares of the Company's Series C preferred stock for a promissory note of $240,000. The note bears interest at 8% and is payable in monthly installments of approximately $4,800 until paid in full.

On March 31, 2006 the Company redeemed ten shares of Series C preferred stock for $15,000. There are 254 shares issued and outstanding as of June 30, 2006.

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OR PLAN OF OPERATION

### FORWARD-LOOKING STATEMENTS AND ASSOCIATED RISKS

This Quarterly Report on Form 10-QSB, and the accompanying M,D&A, contains forward-looking statements. Statements contained in this report about Emerge Capital Corp.'s future outlook, prospects, strategies and plans, and about industry conditions, demand for our financial services are forward-looking. All statements that express belief, expectation, estimates or intentions, as well as those that are not statements of historical fact, are forward looking. The words "proposed," "anticipates," "anticipated," "will," "would," "should," "estimates" and similar expressions are intended to identify forward-looking statements. Forward-looking statements represent our reasonable belief and are based on our current expectations and assumptions with respect to future events. While we believe our expectations and assumptions are reasonable, they involve risks and uncertainties beyond our control that could cause the actual results or outcome to differ materially from the expected results or outcome reflected in our forward-looking statements. In light of these risks, uncertainties and assumptions, the forward-looking events discussed in this quarterly report may not occur. Such risks and uncertainties include, without limitation, our continuing success in securing consulting agreements, conditions in the capital and equity markets that provide opportunities for our restructuring and turnaround services, our success in trading marketable securities, our ability to maintain contracts that are critical to our operations, actual customer demand for our financing and related services, collection of accounts and notes receivable and our ability to obtain and maintain normal terms with our vendors and service providers during the periods covered by the forward-looking statements.

The forward-looking statements contained in this report speak only as of the date hereof. We undertake no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or any other reason. All forward-looking statements attributable to Emerge Capital Corp. or any person acting on its behalf are expressly qualified in their entirety by the cautionary statements contained or referred to in our annual report filed on Form 10-KSB and in our future periodic reports filed with the SEC. The following M,D&A should be read in conjunction with the unaudited Condensed Consolidated Financial Statements of the Company, and the related notes thereto included elsewhere herein, and in conjunction with our audited financial statements, together with footnotes and the M,D&A, in our 2005 annual report filed on Form 10-KSB with the SEC.

### OVERVIEW

On August 31, 2005, NuWave Technologies, Inc. ("NuWave") entered into a merger agreement (the "Agreement") with Corporate Strategies, Inc. The Company was subsequently renamed Emerge Capital Corp. The transaction was accounted for as a reverse acquisition since control of the merged group passed to the shareholders of the acquired company (Corporate Strategies).

As a result of the merger, former shareholders of Corporate Strategies collectively own 100% of the Company's Series B Convertible Preferred Stock("the Series B Preferred"). Upon conversion of the Series B Preferred into common shares, the common shares issued upon conversion shall be equal to ninety-five percent (95%) of the issued and outstanding stock of the Company (calculated on a fully diluted basis as of the date of the merger.)

The Series B Preferred shareholders and the holders of the common stock vote together and the Series B Preferred shall be counted on an "as converted" basis, thereby giving the Series B Preferred shareholders control of the Company. The transaction is being accounted for as a reverse acquisition since control of the merged group has passed to the shareholders of the acquired company (Corporate Strategies).

Our company owned Aim American Mortgage, Inc. ("Aim") from February 18, 2003 through December 31, 2005. Aim is engaged in residential mortgage brokerage activities. Aim was sold on December 31, 2005 and has been reflected in discontinued operations in these financial statements.

On October 22, 2004, the Company formed CSI Business Finance, Inc. ("CSIBF"), a corporation organized under the laws of the state of Texas, for the purpose of engaging in equipment leasing and other business finance activities. On August 31, 2005, CSIBF was distributed to shareholders and has been reflected in discontinued operations in these financial statements for 2005. Because the business of CSIBF is synergistic with our operations, we are considering reacquiring CSIBF at the end of the third quarter 2006. Any acquisition of CSIBF would be subject to a fairness opinion, opinion of legal counsel, consent by debenture holders and an action by the Board of Directors of both Emerge and CSIBF. If any one of the aforementioned items cannot be obtained the transaction would not occur.

Lehigh Acquisition Corp. ("Lehigh") was a subsidiary of NuWave and is treated as if it was acquired August 31, 2005, the date of the merger. Lehigh was sold on February 3, 2006. The interim financial statements include the operations of Lehigh from January 1, 2006 through February 3, 2006 as discontinued operations.

The accompanying Condensed Consolidated Financial Statements include the accounts of the Company and its subsidiaries. All significant inter-company balances and transactions have been eliminated.

Since Corporate Strategies is the surviving entity of the reverse merger, the financial statements include the results of operations since the merger (August 31, 2005) for NuWave and its consolidated subsidiaries, and the operations of Corporate Strategies since its inception.

The Company primarily provides business restructuring, turnaround execution and business development advisory services for emerging and re-emerging public and private companies. We also actively trade marketable securities and options with available cash.

On May 31, 2006, we filed an S-8 with the Securities and Exchange Commission. The document was submitted to register 10,000,000 shares of common stock. The purpose of the Plan is to promote the long-term growth and profitability of the Company by (a) providing key people with incentives to improve shareholder value and to contribute to the growth and financial success of the Company, and (b) enabling the Company to attract, retain and reward the best-available persons. This document is herein incorporated by reference.

On June 26, 2006, we filed an SB-2 with the Securities Exchange Commission. The prospectus relates to the registration of (a) 1,860,000 shares of common stock of Emerge Capital Corp. that may be offered for sale from time to time by Cornell Capital Partners, LP ("Cornell Capital"), (b) 937,500 shares of common stock of Emerge Capital that may be offered for sale from time to time by iVoice, Inc. and (c) 2,812,500 shares of common stock of Emerge Capital that will be distributed by dividend by iVoice to all of the Class A common stockholders of iVoice. Emerge Capital is not selling any shares of common stock in this offering and therefore will not receive any proceeds from this offering. As of the date of this filing, we have received two comments from the SEC regarding the identification of our underwriters. We are in the process of formulating our response.

Recent Accounting Pronouncements

In July 2006, the FASB issued FIN 48, which clarifies the accounting for uncertainty in tax positions. This Interpretation requires that we recognize in our financial statements, the impact of a tax position, if that position is more likely than not of being sustained on audit, based on the technical merits of the position. The provisions of FIN 48 are effective as of the beginning of our 2007 fiscal year, with the cumulative effect of the change in accounting principle recorded as an adjustment to opening retained earnings. We are currently evaluating the impact, if any, of adopting FIN 48 on our financial statements.

**RESULTS OF OPERATIONS**

**Three Months Ended June 30, 2006 and June 30, 2005**

Revenue

Our total revenue for the three months ended June 30, 2006 was a negative $50,981 primarily as a result of substantial trading losses in marketable securities.

Our discount income decreased to $757 for the three months ended June 30, 2006 as compared to $34,309 for the same period in ended June 30, 2005. The decrease is the result of the bankruptcy of a former customer. We do not anticipate generating any significant new business in this area.

We earned $271,750 in consulting revenue for the three months ended June 30, 2006 versus $42,000 for the three months ended June 30, 2005. Consulting revenues are generally one-time fees related to specific events, or contracts for services rendered over a period of time. During the quarter ended June 30, 2006 we had ongoing consulting agreements with five customers compared to one during the same period 2005.

Trading in marketable securities generated a loss of $406,788 for the quarter ended June 30, 2006 compared to a gain of $67,085 for the same period in 2005. Marketable securities losses included realized gains (losses) of $181,718 and $(11,196), respectively for the quarters ended June 30, 2006 and 2005 and unrealized gains (losses) of $(588,506) and $78,281, respectively for the quarters ended June 30, 2006 and 2005.

Fee income increased $77,498 to $83,300 during the quarter ended June 30, 2006 from $5,802 for the same quarter in 2005. This increase was the result of placements fees from clients for five large financing transactions compared to two smaller ones during the quarter ended June 30, 2005.

Selling, General and Administrative Expenses

Selling, general and administrative expenses increased by approximately $277,000 to $600,194 for the three months ended June 30, 2006 as compared to the same period in 2005. For the three months ended June 30, 2006, general and administrative expenses were primarily comprised of salaries and benefits ($181,842), professional fees ($165,234) and interest expense ($132,647). The remaining general and administrative expenses were comprised of business development, advertising and other ordinary expenses necessary for our operations. For the three months ended June 30, 2005, general and administrative expenses were primarily comprised of salaries and benefits ($110,512), professional fees ($66,821), interest expense ($49,620), travel, entertainment and business development ($44,866) and other ordinary expenses necessary for our operations. Our company shares office space and certain administrative functions and staff with an affiliated company. Since CSI Business Finance was a consolidated entity for the period ending June 30, 2005, costs are allocated for these shared functions based on an estimate of time usage, only for the period ending June 30, 2006.

Salaries and benefits increased by approximately $71,000 to $181,842 in 2006 as compared to the same period in 2005, primarily representing two new employees added in the third and fourth quarters of 2005.

Professional fees were $165,234 for the three months ended June 30, 2006, an increase of approximately $98,000 as compared to the same period in 2005. The increase represented additional accounting, legal and consulting fees relating to additional requirements for public companies, additional entities and restatements related to derivative accounting.

Interest expense increased by approximately $83,000 for the three months ended June 30, 2006 as compared to the same period ended June 30, 2005. The increase is primarily a result of the amortization of the discount related to the embedded derivatives which is recorded as interest expense.

Other income and expense

We recorded derivative income of $167,785 for the three months ended June 30, 2006 versus $252,608 for the same period ended June 30, 2005. These amounts represent the change in the fair value of the net derivative liability for the quarter.

Discontinued Operations

During February 2006, the Company sold the shares of its wholly-owned subsidiary Lehigh. During 2005, the Company either sold or distributed the shares of its mortgage brokerage subsidiary and its business finance subsidiary. The loss from discontinued operations was $4,371, including income tax effect, for the three months ended June 30, 2005 and none for the three month period ended June 30, 2006.

**Six Months Ended June 30, 2006 and June 30, 2005**

Revenue

Our total revenue for the six months ended June 30, 2006 was $814,552—an increase of $404,107 over the same period for 2005.

Our discount income decreased to $10,425 for the six months ended June 30, 2006 as compared to $93,541 for the same period in ended June 30, 2005. The decrease is the result of the bankruptcy of a former customer. We do not anticipate generating any significant new business in this area.

We earned $443,000 in consulting revenue for the six months ended June 30, 2006 versus $117,000 for the six months ended June 30, 2005. Consulting revenues are generally one-time fees related to specific events, or contracts for services rendered over a period of time. For the six months ended June 30, 2006 we had ongoing consulting agreements with five customers compared to one during the same period 2005.

Trading in marketable securities generated a gain of $257,827 for the six months ended June 30, 2006 compared to a gain of $194,102 for the same period in 2005. Marketable securities losses included realized gains (losses) of $ 275,235 and $(44,068), respectively for the six months ended June 30, 2006 and 2005 and unrealized gains (losses) of $(17,408) and $238,170, respectively for the quarters ended June 30, 2006 and 2005.

Fee income increased $97,498 to $103,300 during the six months ended June 30, 2006 from $5,802 for the same period in 2005. This increase was the result of placements fees from clients for five large financing transactions compared to two smaller ones during the quarter ended June 30, 2005.