# Exhibit 59

**Controversial Cure: Doctors Feel the Pain As UCLA Hospital Treats Bottom Line --- With Insurance Payouts Cut, Research Institutions Vie For the Average Patient --- Earthquake Yields Bonanza**
By Rhonda L. Rundle
Staff Reporter of The Wall Street Journal
1988 words
15 August 2000
The Wall Street Journal
A1
English
(Copyright (c) 2000, Dow Jones & Company, Inc.)

SANTA MONICA, Calif. -- Rick Welcome, a radiologist in this wealthy oceanside community, says the University of California at Los Angeles offered him an ultimatum three years ago: Go to work for the university, or lose most of your patients.

UCLA, once content to run one of the nation's most prestigious teaching hospitals and research centers, had begun building a network of neighborhood clinics to compete with traditional family practices. Dr. Welcome reluctantly agreed to join the network, fearful that his independent practice couldn't compete with UCLA.

But after three years and a lot of lost income, he is quitting his university job and moving his family to Reno, Nev. He and many other disgruntled area doctors say the university is putting money before medicine, driving physicians out of business, and taking unfair advantage of its status as a publicly funded institution. "What UCLA is doing is no different from a corporation that takes over a supermarket," says Dr. Welcome.

In less than 10 years, UCLA has expanded beyond its campus hospital, using its size and reputation to win a 20% share of the medical market in west Los Angeles. University officials say they've not only saved their hospital from extinction, but also improved medical care and kept down costs.

But angry doctors say UCLA is only making the practice of medicine less personal -- and using taxpayer money to do so. Doctors are so upset that a group of anesthesiologists, backed by the California Medical Association, sued UCLA for violating a state law banning the corporate practice of medicine.

Cuts by government and private insurers have created a crisis for many of the nation's 300 major academic medical centers, traditionally home to the best medical researchers and specialists in the U.S. Forty percent of teaching hospitals will be losing money on patient-care activities by 2005, estimates the Association of American Medical Colleges, based in Washington, D.C.

In response, some schools have sold their teaching hospitals to big chains, some have merged their hospitals with cross-town rivals, and others have cut or eliminated training programs. Mount Sinai Medical Center in Cleveland terminated all of its medical-education programs in March 1999 when its parent, Primary Health System Inc., filed for Chapter 11 bankruptcy-law protection. Duke University, the University of Michigan and many others have pursued commercial strategies. But few have responded as aggressively as UCLA.

"These are very difficult times in medicine," says Gerald S. Levey, dean of the UCLA School of Medicine. Dr. Levey denies that the university is running doctors out of town, or dictating referrals. And he defends UCLA's right to compete in the marketplace. "This hospital was in deep trouble in 1990 and 1991," he says. "If we sat here and did nothing, I can tell you we would be closed."

In the early 1990s, most doctors viewed UCLA as a benign presence. University physicians were more interested in liver transplants, brain surgeries and laboratory research than in examining sore throats and removing appendixes. But more people were joining HMOs, which sent them to lower-priced community hospitals. UCLA officials worried they were running out of patients with which to train their medical students and residents.

At the same time, policymakers were criticizing academic medical centers for turning out too many specialists. In affluent areas such as west Los Angeles, specialists often rack up incomes of $300,000 to $500,000 a year, more than double what a primary-care doctor might make. California's governor at the time, Pete Wilson, urged UCLA to find a way to train more family doctors and internists to treat routine medical problems at a modest cost. The hospital began developing a network of community-based primary-care clinics.

Then the Northridge earthquake hit in 1994, damaging and shutting down Santa Monica and nearby St. John's hospitals. Both hospitals handled a lot of the routine procedures UCLA traditionally shunned. It was an overnight bonanza for UCLA. But when the hospitals reopened, UCLA's occupancy plummeted. "There was a serious threat even of closure of the hospital," Dr. Levey says. "If the hospital were to survive, we realized we had to become a dominant force on the West Side."

The earthquake showed UCLA officials that there were patients to be seen and money to be made in west Los Angeles. They began accelerating their plans to take over primary-care practices in the area. Doctors who signed on were given sweet financial deals and impressive academic titles such as "Assistant Clinical Professor of Medicine." The primary-care doctors received guaranteed incomes for two or three years that were substantially above the typical $150,000 earned by a family-practice physician.

When Santa Monica Hospital was put up for sale, UCLA decided to buy it in order to expand its position in primary-care medicine. As the UCLA network grew, local doctors say they were promised their independence wouldn't be threatened. "There were assurances verbally that nothing would change in the relationship of hospital-based physicians when the merger went through," says Dr. Welcome, who worked at Santa Monica Hospital.

UCLA officials say the university never threatened doctors but explained to them that the medical economy was changing and that they would do well to join the university's growing team.

Still, the doctors quickly grew nervous. Surgeons, cardiologists and other specialists were seeing their referrals evaporate as UCLA began setting up a network of primary-care clinics that absorbed many longstanding family practices. Before long, those family practices were referring patients to UCLA's specialists. Doctors outside the network began to see their patient pipelines run dry.

Wild tales began flying through west L.A. doctors' lounges. One specialist says he was dining at the Bel Air Hotel one evening in March 1998 when he overheard the director of the UCLA Medical Center at an adjoining table boast that UCLA was going to "bury the sisters at St. John's," a competing hospital owned by the Sisters of Charity of Leavenworth, Kan. The man accused of uttering the statement, **Michael Karpf**, calls the account an "absolute lie" but says he's heard it before. "I am a change agent, and I don't expect to be loved," he says, "but I don't like being portrayed as Darth Vader."

Dr. Karpf, the most visible of UCLA's health-care executives, says he has had to make tough "fiduciary" decisions to protect the university. And the financial troubles aren't over. UCLA Healthcare, which includes its hospitals and its primary-care network, has seen its net income drop below $5 million in the fiscal year ended June 30, down from $51 million in 1998, mostly as

a result of cuts in government funding. By itself, the primary-care network posted a $15 million deficit for fiscal 2000.

University officials say they can live with the deficit so long as the network continues to boost hospital income by referring patients for a variety of tests and procedures. The referrals also assure that UCLA researchers and medical students will have enough patients.

The medical industry is reorganizing, just as the car industry did decades ago, Dr. Karpf says. West Los Angeles has too many doctors, and as the reorganization advances, many of those doctors will have to work harder to maintain their incomes. Medical services will be more tightly integrated, reducing inefficiencies and improving the quality of care.

UCLA has invested heavily in its bid for growth. It has spent about $100 million on its primary-care network, including the Santa Monica hospital, which will soon undergo a $220 million renovation. And it plans to raze the campus hospital -- damaged in the 1994 earthquake -- and replace it with a state-of-the-art $1.3 billion medical center. The federal government is contributing $430 million.

Dr. Levey is also seeking hundreds of millions of dollars from local luminaries. Among the donors so far are Hollywood talent manager Michael Ovitz, toy maker Mattel Inc., and wealthy friends of Ronald Reagan, who have pledged $150 million in exchange for naming the new hospital after the former president and California governor.

On top of all that, UCLA is supported by California taxpayers. Last year, less than 3% of the hospital's $750 million in revenue came from state taxes, with the rest from patient care, a spokesman says. But it is this funding that most aggravates local doctors outside the hospital's fold.

It's not surprising that when community physicians look at UCLA, they see a powerful institution with deep pockets -- not a fragile national treasure struggling to preserve its cherished teaching and research missions. The university has spent heavily to tout the "UCLA Healthcare" system with billboards, radio spots, and slick brochures mailed to residents' homes in selected zip codes. The system's 18 stand-alone clinics sport big UCLA signs in blue and gold.

Dr. Karpf says he hoped to work with local doctors after he joined UCLA, shortly after the hospital acquisition. But the independent doctors "fired the first shot," he says. Independent doctors practicing at Santa Monica-UCLA Medical Center attempted to undermine the university, he says, by referring patients with generous insurance benefits to St. John's, while keeping others at Santa Monica-UCLA.

Cardiologist Daniel Wohlgelernter says he and the cardiologists in his group never engaged in that kind of selection. In 1996, UCLA put Dr. Wohlgelernter in a wrenching position. They offered him a position at UCLA that would have forced his practice to split up. "I was also told if I did not accept the employee position that my practice would suffer dire consequences," he says.

Dr. Wohlgelernter refused the offer and says "many of UCLA's threats have come true." Many of his patients were diverted to UCLA doctors, and a doctor group that came under UCLA's control canceled a contract with his cardiology group that accounted for a third of its revenue. UCLA hired its own cardiologists and paid them "entry-level salaries," Dr. Wohlgelernter says. No one can point to evidence that the quality of care at UCLA has slipped, but Dr. Wohlgelernter says there is no substitute for experience: "I don't care how brilliant a young cardiologist is, they have no battlefield experience."

In December 1998, a group of 14 anesthesiologists sued UCLA in state court to block it from "illegally forcing" them to become employees. They felt they would no longer be allowed to practice at UCLA if they failed to join its staff. The suit charged the university with creating a system that "prohibits physicians from making independent medical decisions that are in the best interests of patients."

The California Medical Association joined the suit, claiming that UCLA was violating a state law against "the corporate practice of medicine." The law was written to ensure that doctors put their patients' interests before those of their employers. Doctors whose livelihoods depend on UCLA can't be effective advocates for their patients, the suit charged. UCLA officials countered that the medical enterprise is exempt from the law because of its core mission: teaching and research.

In March, a state appeals court overturned a favorable decision that the anesthesiologists won last year. The anesthesiologists' interests "must give way to the greater needs of the community at large," wrote Judge Miriam A. Vogel. "UCLA's ability to generate income to cover some of its expenses does no more than reduce the burden on the state's taxpayers," she wrote. The California Supreme Court recently declined to review the case.

(See related letters: "Letters to the Editor: Cost-Cutting Erodes Medical Schools" -- WSJ Sept. 7, 2000)