IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
:
DELCATH SYSTEMS, INC.                :
:
Plaintiff,           :
:    Civil Action No. 1:06CV01391 RBW
v.                   :
:    Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE           :
PARTNERS LP, LADDCAP VALUE           :
ADVISORS LLC and LADDCAP VALUE       :
ASSOCIATES LLC                       :
:
Defendants.          :
:
------------------------------------x

## ORDER

On review of the Motion for Admission Pro Hac Vice of Adam H. Offenhartz, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Adam H. Offenhartz is permitted to represent Plaintiff Delcath Systems, Inc. in the above-captioned matter; and it is further

ORDERED that Adam H. Offenhartz shall familiarize himself with the Local Rules in conjunction with his appearance in the above-captioned case.

SO ORDERED

_____                    _____
Dated                                          Judge, U.S. District Court