IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x

DELCATH SYSTEMS, INC.

                Plaintiff,

   v.

ROBERT LADD, LADDCAP VALUE
PARTNERS LP, LADDCAP VALUE
ADVISORS LLC and LADDCAP VALUE
ASSOCIATES LLC

                Defendants.

------------------------------------- x

Civil Action No. 1:06CV01391 RBW

Honorable Reggie B. Walton

## **ORDER**

On review of the Motion for Admission Pro Hac Vice of Aric H. Wu it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Aric H. Wu is permitted to represent Plaintiff Delcath Systems, Inc. in the above-captioned matter; and it is further

ORDERED that Aric H. Wu shall familiarize himself with the Local Rules in conjunction with his appearance in the above-captioned case.

SO ORDERED

_____  
Dated

_____  
Judge, U.S. District Court