IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
:
DELCATH SYSTEMS, INC.                :
:
Plaintiff,       :
:      Civil Action No. 1:06CV01391 RBW
v.                                   :
:      Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE           :
PARTNERS LP, LADDCAP VALUE           :
ADVISORS LLC and LADDCAP VALUE       :
ASSOCIATES LLC                       :
:
Defendants.      :
:
------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule LCvR 83.2 of this Court, Andrew Tulumello, Esquire, a member of the Bar of this Court, moves the admission of Oliver M. Olanoff to appear pro hac vice in the above-captioned proceeding as counsel for Plaintiff, Delcath Systems, Inc. Mr. Olanoff, is located at the offices of Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166-0193, (212) 351-4000.

(1)    Movant and the proposed admittee, Oliver Olanoff, respectfully certify that Mr. Olanoff is a member in good standing of the Bar of the State of New York and the following United States Courts: the United States District Court for the Southern District of New York.

(2)    With respect to the remaining paragraphs, movant and the proposed admittee, Mr. Olanoff respectfully certify as follows:

(3)    During the past two years immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this Court.

(4)     The proposed admittee has never been disbarred, suspended, or denied admission to practice.

(5)     The proposed admittee does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar and does not have an application for membership pending.

(6)     The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

(8)     Co-counsel for the proposed admittee in this proceeding will be the undersigned, who has been formally admitted to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ Andrew Tulumello | /s/ Oliver M. Olanoff |
| Andrew Tulumello | Oliver M. Olanoff |
| D.C. Bar No. 468351 | |
| | |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1050 Connecticut Avenue, NW | 200 Park Avenue |
| Washington, D.C. 20036 | New York, NY 10166 |
| Telephone: (202) 955-8500 | Telephone: (212) 351-40000 |
| Facsimile: (202) 467-0539 | Facsimile: (212) 351-4035 |