IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
:
DELCATH SYSTEMS, INC. :
:
                Plaintiff, :
: Civil Action No. 1:06CV01391 RBW
v. :
: Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE :
PARTNERS LP, LADDCAP VALUE :
ADVISORS LLC and LADDCAP VALUE :
ASSOCIATES LLC :
:
                Defendants. :
:
------------------------------------x

## **ORDER**

On review of the Motion for Admission Pro Hac Vice of Oliver M. Olanoff, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Oliver M. Olanoff is permitted to represent Plaintiff Delcath Systems, Inc. in the above-captioned matter; and it is further

ORDERED that Oliver M. Olanoff shall familiarize himself with the Local Rules in conjunction with his appearance in the above-captioned case.

SO ORDERED

_____                       _____
Dated                                                            Judge, U.S. District Court