IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
DELCATH SYSTEMS, INC.                                              :
                                                                   :
                       Plaintiff,                                  :
                                                                   :    Civil Action No. 1:06CV01391 RBW
       v.                                                          :
                                                                   :    Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                                         :
PARTNERS LP, LADDCAP VALUE                                         :
ADVISORS LLC and LADDCAP VALUE                                     :
ASSOCIATES LLC                                                     :
                                                                   :
                       Defendants.                                 :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2006, I caused true and correct copies of (1) Plaintiff's Motion and Order for Admission Pro Hac Vice of Adam H. Offenhartz; (2) Plaintiff's Motion and Order for Admission Pro Hac Vice of Aric H. Wu; and (3) Plaintiff's Motion and Order for Admission Pro Hac Vice of Oliver M. Olanoff, to be hand delivered to defendants Robert Ladd, Laddcap Value LP, Laddcap Value Advisors LLC and Laddcap Value Associates LLC at 650 Fifth Avenue, Suite 600, New York, New York 10019, and also to defendants' counsel, Richard Bernstein, at Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020 and 65 Livingston Avenue, Roseland, New Jersey 07068.

                                                      /s/ Oliver M. Olanoff
                                                      Oliver M. Olanoff

100055184_1.DOC