IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
DELCATH SYSTEMS, INC.                                                :
                                                                     :
                        Plaintiff,                                   :
                                                                     :   Civil Action No. 1:06CV01391 RBW
            v.                                                       :
                                                                     :   Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                                           :
PARTNERS LP, LADDCAP VALUE                                           :
ADVISORS LLC and LADDCAP VALUE                                       :
ASSOCIATES LLC                                                       :
                                                                     :
                        Defendants.                                  :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Pursuant to Rules 26(d), 30(a)(2)(c), 34(b) and 36(a) of the Federal Rules of Civil Procedure, plaintiff Delcath Systems, Inc. ("Delcath" or the "Company"), through its undersigned counsel, hereby moves the Court for an order allowing it to conduct expedited discovery in advance of the hearing on plaintiff's motion for a preliminary injunction. As set forth in plaintiff's accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Expedited Discovery, the expedited discovery is intended to allow Delcath to supplement the record with additional facts that would provide further support for a preliminary injunction against the defendants. Absent preliminary injunctive relief, Delcath and its shareholders will be irreparably harmed if the defendants are allowed to take control of the Company based on their materially false and misleading statements and omissions.

Plaintiff respectfully requests that defendants be directed to respond in full to plaintiff's First Combined Discovery Requests by 5:00 EDT on August 17, 2006, and to coordinate with plaintiff to schedule depositions of relevant witnesses so that they may be completed within seven (7) days following service of defendants' responses to plaintiff's First Combined Discovery Requests.

Attached hereto are copies of plaintiff's First Combined Discovery Requests and a Proposed Order for entry by the Court.

Dated:  Washington, D.C.
       August 9, 2006

                              GIBSON, DUNN & CRUTCHER LLP

                              By:  /s/ Andrew S. Tulumello
                                     Andrew S. Tulumello
                                     (D.C. Bar No. 468351)
                                     Matthew R. Estabtrook
                                     (D.C. Bar No. 477880)

                              1050 Connecticut Avenue, N.W.
                              Washington, D.C.  20036
                              Tel:  (202) 955-8500
                              Fax:  (202) 530-9559

                              Attorneys for Plaintiff
                              Delcath Systems, Inc.

GIBSON, DUNN & CRUTCHER LLP
(*Motions for pro hac vice pending*):
Adam H. Offenhartz
Aric H. Wu
Oliver M. Olanoff
200 Park Avenue
New York, NY  10166-0193
Tel:  (212) 351-4000
Fax:  (212) 351-4035