IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| DELCATH SYSTEMS, INC.<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LADD, LADDCAP VALUE PARTNERS LP, LADDCAP VALUE ADVISORS LLC and LADDCAP VALUE ASSOCIATES LLC<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:06CV01391 RBW<br><br>Honorable Reggie B. Walton |

---

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Upon consideration of the motion of plaintiff Delcath Systems, Inc. ("Delcath") for expedited discovery in support of its motion for a preliminary injunction, and all submissions relating to that motion, the Court hereby grants Delcath's motion for expedited discovery.

It is hereby ordered that defendants shall respond in full to plaintiff's First Combined Discovery Requests by 5:00 EDT on August 17, 2006.

It is further ordered that plaintiff may take depositions after defendants respond in full to plaintiff's First Combined Discovery Requests, and that defendants shall coordinate with plaintiff to schedule the depositions so that they may be completed within seven (7) days following service of defendants' responses to plaintiff's First Combined Discovery Requests.

SO ORDERED THIS ___ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge