IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
DELCATH SYSTEMS, INC.                                                :
                                                                     :
                           Plaintiff,                                :
                                                                     :   Civil Action No. 1:06CV01391 RBW
              v.                                                     :
                                                                     :   Honorable Reggie B. Walton
                                                                     :
ROBERT LADD, LADDCAP VALUE                                           :
PARTNERS LP, LADDCAP VALUE                                           :
ADVISORS LLC and LADDCAP VALUE                                       :
ASSOCIATES LLC                                                       :
                                                                     :
                           Defendants.                               :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2006, I caused true and correct copies of Plaintiff's Motion for Expedited Discovery with attached Proposed Order for Expedited Discovery and First Combined Document Requests, and Memorandum of Points and Authorities in Support of Motion for Expedited Discovery, dated August 9, 2006, to be sent via overnight courier to defendants' counsel Steven M. Hecht, Esq., at Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068.

                                                          /s/ Oliver M. Olanoff
                                                          Oliver M. Olanoff

100055184_1.DOC