UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------X
DELCATH SYSTEMS, INC.,

                Plaintiff(s)

   -against-

ROBERT LADD, **ET AL.**,

                Defendant(s).
-------------------------------------------------------X

CASE NO. 1:06 CV 01391

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            :
COUNTY OF NEW YORK  )

     BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 8th day of August, 2006, at approximately 11:18 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon ROBERT LADD c/o Laddcap Value Advisors LLC at 650 Fifth Avenue, 5th Floor, New York, New York by personally delivering and leaving the same with Robert Ladd, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
     Robert Ladd is a white male, approximately 46 years of age, is approximately 5 feet and 8 inches tall, but was seated at the time of service, weighs approximately 170 pounds, is balding with blue eyes.

Sworn to before me this
8th day of August, 2006

_____
BOBBY ALI #871612

_____
MICHAEL KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010