UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------X
DELCATH SYSTEMS, INC.,

                             Plaintiff(s)

       -against-

                                                    CASE NO. 1:06 CV 01391
ROBERT LADD, **ET AL.**,

                             Defendant(s).          **AFFIDAVIT OF SERVICE**
-----------------------------------------------------X
STATE OF NEW YORK      )
                                          :
COUNTY OF NEW YORK  )

       BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING
& WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party
to the action.
       That on the 8th day of August, 2006, at approximately 11:18 a.m., deponent served a
true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ECF FILING
INSTRUCTIONS and JUDGE'S RULES** upon Laddcap Value Associates LLC at 650 Fifth
Avenue, 5th Floor, New York, New York by personally delivering and leaving the same with
Robert Ladd, Principal, who is authorized by law to accept service.
       Robert Ladd is a white male, approximately 46 years of age, is approximately 5 feet
and 8 inches tall, but was seated at the time of service, weighs approximately 170 pounds, is
balding with blue eyes.


Sworn to before me this                           _____
8th day of August, 2006                           BOBBY ALI #871612


MICHAEL KEATING
NOTARY PUBLIC-STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010