UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------X
DELCATH SYSTEMS, INC.,

                    Plaintiff(s)

  -against-                              CASE NO. 1:06 CV 01391

ROBERT LADD, **ET AL.**,

                    Defendant(s).           **AFFIDAVIT OF SERVICE**
------------------------------------------------------X
STATE OF NEW YORK    )
                                :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 8th day of August, 2006, at approximately 11:18 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon Laddcap Value Partners LP at 650 Fifth Avenue, 5th Floor, New York, New York by personally delivering and leaving the same with Robert Ladd, Principal, who is authorized by law to accept service.
      Robert Ladd is a white male, approximately 46 years of age, is approximately 5 feet and 8 inches tall, but was seated at the time of service, weighs approximately 170 pounds, is balding with blue eyes.

Sworn to before me this                              _____
8th day of August, 2006                              BOBBY ALI #871612

_____
MICHAEL KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851550
Qualified in New York County
Commission expires February 3, 2010