IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
DELCATH SYSTEMS, INC.                                              :
                                                                   :
                        Plaintiff,                                 :     Civil Action No. 1:06CV01391 RBW
                                                                   :
        v.                                                         :
                                                                   :     Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                                         :
PARTNERS LP, LADDCAP VALUE                                         :
ADVISORS LLC and LADDCAP VALUE                                     :
ASSOCIATES LLC                                                     :
                                                                   :
                        Defendants.                                :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2006, I caused true and correct copies of plaintiff's Declaration of Adam H. Offenhartz in Support of *Pro Hac Vice* Motion, Declaration of Aric H. Wu in Support of *Pro Hac Vice* Motion and Declaration of Oliver M. Olanoff in Support of *Pro Hac Vice* Motion to be served by overnight courier on defendants' counsel, Steven M. Hecht, Esq., at Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068.

                                                                                                         /s/ Oliver M. Olanoff
                                                                                                            Oliver M. Olanoff