IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
DELCATH SYSTEMS, INC.                        :
                                             :
                    Plaintiff,               :
                                             :      Civil Action No. 1:06CV01391 RBW
          v.                                 :
                                             :      Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                   :
PARTNERS LP, LADDCAP VALUE                   :
ADVISORS LLC and LADDCAP VALUE               :
ASSOCIATES LLC                               :
                                             :
                    Defendants.              :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF OLIVER M. OLANOFF IN SUPPORT OF PRO HAC VICE MOTION

1. I, Oliver M. Olanoff, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the matter of *Delcath Systems, Inc. v. Robert Ladd, et al.*, Civil Action No. 1:06CV01391 RBW, pending in the United States District Court for the District of Columbia.

2. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, located at 200 Park Avenue, New York, New York 10166. My office telephone number is 212-351-3823.

3. I am admitted to practice and remain in good standing with the Bar of the State of New York and the following United States Courts: the United States District Court for the Southern District of New York.

4. I certify that I have not been disciplined by any bar.

5. During the past two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* in this Court.

6. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2006.

/s/ Oliver M. Olanoff
Oliver M. Olanoff