IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
DELCATH SYSTEMS, INC.                           :
                                                :
                   Plaintiff,                   :
                                                :    Civil Action No. 1:06CV01391 RBW
         v.                                     :
                                                :    Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                      :
PARTNERS LP, LADDCAP VALUE                      :
ADVISORS LLC and LADDCAP VALUE                  :
ASSOCIATES LLC                                  :
                                                :
                   Defendants.                  :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF ARIC H. WU IN SUPPORT OF
### PRO HAC VICE MOTION

1. I, Aric H. Wu, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the matter of *Delcath Systems, Inc. v. Robert Ladd, et al.*, Civil Action No. 1:06CV01391 RBW, pending in the United States District Court for the District of Columbia.

2. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, located at 200 Park Avenue, New York, New York 10166. My office telephone number is 212-351-3820.

3. I am admitted to practice and remain in good standing with the Bar of the State of New York and the following United States Courts: the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District

      of New York and the United States District Court for the Eastern District of New York.

4. I certify that I have not been disciplined by any bar.

5. During the past two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* in this Court.

6. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2006.

                                        /s/ Aric H. Wu  
                                        Aric H. Wu