IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DELCATH SYSTEMS, INC.                               :
:
Plaintiff,                 :
:          Civil Action No. 1:06CV01391 RBW
v.                        :
:          Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE          :
PARTNERS LP, LADDCAP VALUE            :
ADVISORS LLC and LADDCAP VALUE    :
ASSOCIATES LLC                                          :
:
Defendants.               :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and

Authorities in Support of Plaintiff's Motion for Temporary Restraining Order, dated August 14,

2006, Declaration of Oliver Olanoff in Support of Plaintiff's Motion for Temporary Restraining

Order, executed on August 14, 2006, with annexed exhibits, Declaration of Todd Fromer in

Support of Plaintiff's Motion for Temporary Restraining Order, executed on August 14, 2006,

Plaintiff's Rule 65.1(a) Statement, dated August 14, 2006, and all prior papers and proceedings

had herein, including Plaintiff's Memorandum of Points and Authorities in Support of its Motion

for Preliminary Injunction, dated August 9, 2006 (Docket No. 6), Declaration of Oliver Olanoff

in Support of Plaintiff's Motion for Preliminary Injunction, executed on August 9, 2006, with

annexed exhibits (Docket Nos. 7-12), Declaration of Todd Fromer in Support of Plaintiff's

Motion for Preliminary Injunction, executed on August 4, 2006 (Attachment to Docket No. 6),

and the Declaration of M.S. Koly in Support of Plaintiff's Motion for Preliminary Injunction,

executed on August 4, 2006 (Attachment to Docket No. 6), plaintiff Delcath Systems, Inc.

("Delcath") hereby moves this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure

and Rule 65.1 of the Local Civil Rules for the United States District Court for the District of

Columbia, for a temporary restraining order that will preserve the status quo pending a hearing

on Delcath's preliminary injunction motion by:

(1)     prohibiting defendants Robert Ladd, Laddcap Value Partners LP, Laddcap Value

Advisors LLC and Laddcap Value Associates LLC (collectively the "Ladd Defendants") from

conducting a consent solicitation with respect to the actions described in the Ladd Defendants'

Revised Schedule 14A Preliminary Proxy Statement ("Revised Preliminary Consent

Solicitation") filed on August 14, 2006, until the Court has had an opportunity to rule on

Delcath's motion for preliminary injunction; and

(2)     prohibiting the Ladd Defendants and any persons or entities acting in concert with

them from taking any action based on any consents that they might have obtained, or may obtain,

concerning the actions described in the Revised Preliminary Consent Solicitation, until the Court

has had an opportunity to rule on Delcath's motion for preliminary injunction.

As detailed in Delcath's submissions in support of its Motion for Temporary Restraining

Order, and in Delcath's prior submissions in support of its Motion for Preliminary Injunction, the

Ladd Defendants have made myriad materially false and misleading statements and omissions in

violation of the Securities and Exchange Act of 1934.  Absent a temporary restraining order,

Delcath and its shareholders will be irreparably harmed because the Ladd Defendants could

wrongfully take control of Delcath before the Court has even had an opportunity to consider

Delcath's preliminary injunction motion.

Attached hereto is a Proposed Order for entry by the Court.


Dated:   Washington, D.C.
          August 14, 2006

                                   GIBSON, DUNN & CRUTCHER LLP


                                   By:  /s/ Andrew S. Tulumello_
                                       Andrew S. Tulumello
                                       (D.C. Bar No. 468351)
                                       Matthew R. Estabtrook
                                       (D.C. Bar No. 477880)


                                   1050 Connecticut Avenue, N.W.
                                   Washington, D.C.  20036
                                   Tel:  (202) 955-8500
                                   Fax:  (202) 530-9559


                                   Attorneys for Plaintiff
                                   Delcath Systems, Inc.


GIBSON, DUNN & CRUTCHER LLP
(*Motions for pro hac vice pending*):
Adam H. Offenhartz
Aric H. Wu
Oliver M. Olanoff
200 Park Avenue
New York, NY  10166-0193
Tel:  (212) 351-4000
Fax:  (212) 351-4035