IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELCATH SYSTEMS, INC.<br><br>                   Plaintiff,<br><br>    v.<br><br>ROBERT LADD, LADDCAP VALUE PARTNERS LP, LADDCAP VALUE ADVISORS LLC and LADDCAP VALUE ASSOCIATES LLC<br><br>                   Defendants. | Civil Action No. 1:06CV01391 RBW<br><br>Honorable Reggie B. Walton |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of the motion of plaintiff Delcath Systems, Inc. ("Delcath") for temporary restraining order, and all submissions relating to that motion as well as Delcath's motion for preliminary injunction, the Court hereby grants Delcath's motion for temporary restraining order.

It is hereby ordered that, until this Court has had an opportunity to consider and rule on plaintiff's motion for preliminary injunction, defendants Robert Ladd, Laddcap Value Partners LP, Laddcap Value Advisors LLC and Laddcap Value Associates LLC (collectively the "Ladd Defendants") and any persons or entities acting in concert with them shall be enjoined from:

(1)    conducting a consent solicitation with respect to the actions described in the Ladd Defendants' Revised Schedule 14A Preliminary Proxy Statement ("Revised Preliminary Consent Solicitation") filed on August 14, 2006; and

(2)    taking any action based on any consents that they might have obtained, or may obtain, concerning the actions described in the Revised Preliminary Consent Solicitation.

No bond is required.

SO ORDERED THIS _____ day of _____, 2006.

_____
United States District Judge