IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELCATH SYSTEMS, INC.<br><br>       Plaintiff,<br><br>vs.<br><br>ROBERT LADD, LADDCAP VALUE PARTNERS LP, LADDCAP VALUE ADVISORS LLC, AND LADDCAP VALUE ASSOCIATES LLC,<br><br>       Defendants. | Civil Action No. 1:06CV01391 RBW<br><br>Honorable Reggie B. Walton |

## DECLARATION OF ROBERT B. LADD IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER

Robert B. Ladd, of full age, hereby declares:

1. I am a resident of New York and the managing member of Laddcap Value Associates LLC, a Delaware limited liability company, which is the general partner of Laddcap Value Partners LP, a Delaware limited partnership. I am also managing member of Laddcap Value Advisors LLC, which is the investment advisor to Laddcap Value Partners LP. Each of these business entities has been named as a defendant in this lawsuit.

2. The principal place of business of each of the business entities identified in the preceding paragraph is located at 650 Fifth Avenue, Suite 600, New York, New York, 10019.

3. I conduct the affairs of these business entities from New York. My dealings with the board of directors, management and shareholders of Delcath Systems, Inc. ("Delcath"), have taken place in New York, meaning that, among other things, I was in New York for all correspondence and telephone calls with Delcath. To the best of my knowledge and recollection, when I spoke with Delcath directors and management by phone, those individuals were located in Connecticut.

18104/4
08/14/2006 2000777.01

-2-

4. I have reviewed Delcath's First Combined Discovery Requests. Defendants' response to such requests will require collating and reviewing documents and information from files and witnesses located primarily, if not exclusively, in New York. Nothing I can think of will be derived from Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2006

_____
Robert B. Ladd