# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELCATH SYSTEMS, INC.,** | ) |
| | ) |
|        **Plaintiff,** | ) Civil No. 1:06CV01391 (RBW) |
| | ) |
| v. | ) |
| | ) |
| **ROBERT LADD,** *et al.*, | ) |
| | ) |
|        **Defendants.** | ) |

## ORDER TRANSFERRING ACTION

THIS MATTER came before the Court on the Motion of Defendants Robert Ladd, LADDCAP Value Partners LP, LADDCAP Value Advisors LLC and LADDCAP Value Associates LLC to transfer this action pursuant to 28 U.S.C. § 1404 (a). Upon consideration of the motion, the opposition of Plaintiff Delcath Systems, Inc., Defendant's reply and the arguments of counsel, it appearing to the Court that the requested transfer would serve the convenience of the parties and witnesses and is in the interest of justice, it is this _____ day of _____, 2006, hereby

ORDERED, that Defendants' Motion to Transfer be and it hereby is GRANTED; and it is further

ORDERED, that the Clerk of the Court transfer this case to the United States District Court for the [Southern District of New York] [District of Connecticut].

_____
Reggie B. Walton
United States District Court Judge

Copies to:

    Robert P. Trout
    Gloria B. Solomon
    TROUT CACHERIS, PLLC
    1350 Connecticut Avenue, N.W.
    Suite 300
    Washington, D.C. 20036

    Steven M. Hecht
    Sally J. Mulligan
    Paul W. Horan
    LOWENSTEIN SANDLER, PC
    1251 Avenue of the Americas
    18th Floor
    New York, New York 10020

    Paul Blankenstein
    GIBSON, DUNN & CRUTCHER, LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036

    Adam H. Offenhartz
    Aric H. Wu
    Oliver M. Olanoff
    GIBSON, DUNN & CRUTCHER, LLP
    200 Park Avenue
    47th Floor
    New York, New York 10166-0193