

# NYRR Race Results Archive
**Name Search**

**NYRR Race Results**

New York City Marathon Results Archive (1970-2005)

**28** matches found for **Paul Nicholls**

Please note that this list does not include ING New York City Marathon results.
Use the NYRR membership number search or go to our **ING New York City Marathon Results Ar**

NYRR Half-Marathon Grand Prix Standings (2006)

**New Search:**

Club Points Standings

| Paul | * | Nicholls | * | 1987 to present | FIND |
| First name | | Last name | | Year(s) | |

About NYRR Race Results

Questions

* If you wish to search for two names at the same time, enter both names on the same line separa word OR. For example, if you enter "Kelley OR Santos" in the Last name field, the search engine wi with either last name who meet the other criteria specified.

**NYRR Event Calendar**

| Race Name, Date | Finisher Name | Gender/ Age | City, State | Team | Distance (miles) | Official Time | Net Time | Pace/ Mile | Overall Place | Gender Place |
|---|---|---|---|---|---|---|---|---|---|---|
| Poland Spring Marathon Kickoff October 30, 2005 | Nicholls, Paul | M57 | New York, NY | CONT | 5.0 | 1:14:58 | 1:11:10 | 14:14 | 5533 | 2902 |
| NYC2012 Run for the Olympic Bid February 22, 2005 | Nicholls, Paul | M56 | New York, NY | | 3.1 | 35:23 | 33:29 | 10:48 | 1544 | 789 |
| Race to Deliver November 21, 2004 | Nicholls, Paul | M56 | New York, NY | | 4.0 | 37:18 | 35:07 | 8:46 | 1756 | 1205 |
| Poland Spring Marathon Kickoff October 31, 2004 | Nicholls, Paul | M56 | New York, NY | | 5.0 | 50:29 | 46:17 | 9:15 | 3285 | 2164 |
| NIKETOWN Run for the Parks April 18, 2004 | Nicholls, Paul | M56 | New York, NY | | 4.0 | 38:51 | 37:56 | 9:29 | 2723 | 1866 |
| Continental Airlines Summer Swi... July 12, 2003 | Nicholls, Paul | M55 | New York, NY | | 5.0 | 50:05 | 48:52 | 9:46 | 1764 | 1113 |
| NYRR Brooklyn Half-Marathon March 8, 2003 | Nicholls, Paul | M35 | New York, NY | | 13.1 | 2:19:41 | 2:18:50 | 10:35 | 2812 | 1822 |
| NYC Run To Liberty August 31, 2002 | Nicholls, Paul | M54 | New York, NY | | 6.2 | 47:17 | 47:14 | 7:37 | 414 | 369 |
| Nike Runnyc Fitness Challenge August 17, 2002 | Nicholls, Paul | M54 | New York, NY | | 5.0 | 40:23 | 40:19 | 8:03 | 440 | 378 |
| Nike RunNYC Fitness Dash/Splash July 28, 2002 | Nicholls, Paul | M54 | New York, NY | | 4.0 | 30:31 | 30:27 | 7:36 | 553 | 468 |
| Nike Runnyc Fitness 3.5m June 22, 2002 | Nicholls, Paul | M54 | New York, NY | | 3.5 | 26:05 | 25:58 | 7:25 | 329 | 287 |
| WABC Father's Day 5M June 16, 2002 | Nicholls, Paul | M54 | New York, NY | | 5.0 | 36:42 | 36:37 | 7:19 | 371 | 337 |
| Race Against Teen Smoking June 2, 2002 | Nicholls, Paul | M54 | New York, NY | | 4.0 | 30:30 | | 7:37 | 317 | 269 |
| Allure Mother's Day 5k May 12, 2002 | Nicholls, Paul | M54 | New York, NY | | 3.1 | 22:57 | 22:50 | 7:21 | 249 | 219 |
| NYRR Bring a Friend 5M April 28, 2002 | Nicholls, Paul | M54 | New York, NY | | 5.0 | 37:42 | 37:41 | 7:32 | 174 | 155 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Niketown Run For The Parks**<br>April 21, 2002 | Nicholls, Paul | M54 | New York, NY | | 4.0 | 30:10 | 30:09 | 7:32 | 619 | 530 |
| **NYRR 8000m Race**<br>April 6, 2002 | Nicholls, Paul | M54 | New York, NY | | 5.0 | 36:38 | 36:34 | 7:18 | 393 | 351 |
| **Rabbit Run 5k**<br>March 30, 2002 | Nicholls, Paul | M54 | New York, NY | | 3.1 | 22:24 | 22:21 | 7:12 | 370 | 324 |
| **St. Patricks Day Spring Fling**<br>March 17, 2002 | Nicholls, Paul | M54 | New York, NY | | 4.0 | 29:30 | 29:23 | 7:20 | 428 | 387 |
| **Brooklyn Half Marathon**<br>March 9, 2002 | Nicholls, Paul | M54 | New York, NY | | 13.1 | 1:46:12 | 1:45:44 | 8:04 | 1161 | 963 |
| **Snowflake 4M**<br>February 23, 2002 | Nicholls, Paul | M53 | New York, NY | | 4.0 | 29:11 | 29:10 | 7:17 | 491 | 373 |
| **Al Gordon 15k**<br>February 16, 2002 | Nicholls, Paul | M53 | New York, NY | | 9.3 | 1:14:43 | | 8:02 | 723 | 618 |
| **Valentine's Day Twosome 10k**<br>February 9, 2002 | Nicholls, Paul | M53 | New York, NY | | 6.2 | 46:46 | 46:43 | 7:32 | 285 | 222 |
| **Gridiron Classic**<br>February 3, 2002 | Nicholls, Paul | M53 | New York, NY | | 3.1 | 23:05 | 23:01 | 7:25 | 437 | 385 |
| **Lucky 7-mile Reversible**<br>January 26, 2002 | Nicholls, Paul | M53 | New York, NY | | 7.0 | 56:25 | 56:21 | 8:03 | 546 | 440 |
| **Fred Lebow Classic**<br>January 6, 2002 | Nicholls, Paul | M53 | New York, NY | | 5.0 | 38:01 | 37:53 | 7:34 | 447 | 386 |
| **Joe Kleinerman 10K**<br>December 9, 2001 | Nicholls, Paul | M53 | New York, NY | | 6.2 | 47:44 | 47:15 | 7:37 | 780 | 651 |
| **United We Run 4M**<br>December 2, 2001 | Nicholls, Paul | M53 | New York, NY | | 4.0 | 29:25 | 29:02 | 7:15 | 578 | 508 |

By using this Web site, the user agrees that nothing contained herein may be reproduced in any manner without the express written permission of N Runners.
ING New York City Marathon" , New York City Marathon" , and the apple/runner logo are the property of the New York Road Runners