RETURN DATE: August 29, 2006
DOCKET NO. _____

---------------------------------x
DELCATH SYSTEMS, INC.  : SUPERIOR COURT
        Plaintiff,  :
   v.  : JUDICIAL DISTRICT OF
       : STAMFORD/NORWALK
JONATHAN FOLTZ,  :
         : AT STAMFORD
        Defendant.  :
         : AUGUST 4, 2006
---------------------------------x

## AFFIDAVIT OF LARA S. CORRENTE

I, Lara S. Corrente, being duly sworn, hereby depose and say:

1. I am the Director of Regulatory Affairs of the plaintiff, Delcath Systems, Inc. ("Delcath"). I submit this Affidavit pursuant to Rule 4-5(a)(3) of the Connecticut Practice Book in support of Delcath's Application for Ex Parte Immediate Temporary Injunction dated August 4, 2006 (the "Application"). I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify thereto based on my knowledge.

2. I worked with Jonathan Foltz ("Foltz"), the former Director of Operations of Delcath, until the date of his resignation on July 27, 2006. I was generally familiar with the contents of the Delcath computer which Foltz used and worked on during the period of his employment with Delcath because on numerous occasions, Foltz contacted Delcath staff, including a subordinate I supervised, requesting that they access his computer in order to locate a file.

3.  On July 28, 2006, the day after Foltz's resignation, I looked at the contents of Foltz's Delcath computer. Other employees familiar with Mr. Foltz's computer did the same. Upon examination of the computer, it was clear to me, and each of the other employees, that Foltz recently deleted a significant amount of files from the computer. Specifically, my examination of the computer indicated that Foltz deleted all of the emails that had been stored on his computer, and numerous other documents and files contained therein.

_____
Lara S. Corrente

Sworn and subscribed to on this 3 day of August, 2006.

_____
Notary Public

Commissioner of the Superior Court

JESSICA L. WHITE
NOTARY PUBLIC
MY COMMISSION EXPIRES 10-31-2010
ACCOUNT NO. 143012

2