IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DELCATH SYSTEMS, INC. :
:
                      Plaintiff, :
: Civil Action No. 1:06CV01391 RBW
    v. :
: Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE :
PARTNERS LP, LADDCAP VALUE :
ADVISORS LLC and LADDCAP VALUE :
ASSOCIATES LLC :
:
                      Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### RULE 65.1(a) STATEMENT

      Pursuant to Rule 65.1(a) of the Local Civil Rules for the United States District Court for the District of Columbia, the undersigned counsel for plaintiff Delcath Systems, Inc. ("Delcath") hereby certifies that actual notice of Delcath's motion for temporary restraining order has been provided to defendants and that copies of all pleadings and papers in the action to date have been provided to defendants.  Today, pdf copies of Delcath's submissions in connection with its motion for temporary restraining order were sent via e-mail to defendants' counsel.  In addition, hard copies of the Delcath's submissions in connection with its motion for temporary restraining order are being hand delivered to the following counsel for defendants Robert Ladd, Laddcap Value Partners LP, Laddcap Value Advisors LLC and Laddcap Value Associates LLC (collectively, the "Ladd Defendants"):  Robert P. Trout, Esq., Trout Cacheris, PLLC, 1350 Connecticut Avenue, N.W., Suite 300, Washington, D.C. 20036.  Hard copies of Delcath's submissions in connection with its motion for temporary restraining order also are being sent via overnight courier to the following counsel for the Ladd Defendants:  Steven M. Hecht, Esq.,

2

Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068.  As set forth in

certificates of service previously filed with the Court, copies of all other pleadings and papers in

the action to date also have been provided to defendants and/or their counsel.

Dated:  Washington, D.C.
             August 14, 2006

           GIBSON, DUNN & CRUTCHER LLP


           By:  /s/ Andrew S. Tulumello
                Andrew S. Tulumello
                (D.C. Bar No. 468351)
                Matthew R. Estabtrook
                (D.C. Bar No. 477880)

           1050 Connecticut Avenue, N.W.
           Washington, D.C.  20036
           Tel:  (202) 955-8500
           Fax:  (202) 530-9559

           Attorneys for Plaintiff
           Delcath Systems, Inc.

GIBSON, DUNN & CRUTCHER LLP
(*Motions for pro hac vice pending*):
Adam H. Offenhartz
Aric H. Wu
Oliver M. Olanoff
200 Park Avenue
New York, NY  10166-0193
Tel:  (212) 351-4000
Fax:  (212) 351-4035

2