IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
DELCATH SYSTEMS, INC.                                             :
                                                                  :
                        Plaintiff,                                :
                                                                  :   Civil Action No. 1:06CV01391 RBW
             v.                                                   :
                                                                  :   Honorable Reggie B. Walton
ROBERT LADD, LADDCAP VALUE                                        :
PARTNERS LP, LADDCAP VALUE                                        :
ADVISORS LLC and LADDCAP VALUE                                    :
ASSOCIATES LLC                                                    :
                                                                  :
                        Defendants.                               :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2006, I caused true and correct copies of:

(i)   Plaintiff's Motion for Temporary Restraining Order, dated August 14, 2006, and attached Proposed Order Granting Plaintiff's Motion for Temporary Restraining Order;

(ii)  Plaintiff's Rule 65.1(a) Statement, dated August 14, 2006;

(iii) Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order, dated August 14, 2006;

(iv)  Declaration of Oliver Olanoff in Support of Plaintiff's Motion for Temporary Restraining Order, executed on August 14, 2006, and annexed exhibits; and

(v)   Declaration of Todd Fromer in Support of Plaintiff's Motion for Temporary Restraining Order, executed on August 14, 2006,

to be hand delivered to the following counsel for defendants Robert Ladd, Laddcap Value Partners LP, Laddcap Value Advisors LLC and Laddcap Value Associates LLC (collectively, the "Ladd Defendants"):  Robert P. Trout, Esq., Trout Cacheris, PLLC, 1350 Connecticut Avenue, N.W., Suite 300, Washington, D.C. 20036.  In addition, I here by certify that on this 14th day of August, 2006, I caused true and correct copies of the same filings to be sent by overnight courier

2

to the following counsel for the Ladd Defendants: Steven M. Hecht, Esq., Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068.  I also hereby certify that on this 14th day of August, 2006, I caused true and correct pdf copies of the same filings to be e-mailed to Messrs. Trout and Hecht.

   /s/ Oliver M. Olanoff
Oliver M. Olanoff