AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Delcath Systems, Inc.

        Plaintiff(s)  )  **APPEARANCE**

vs.  )  CASE NUMBER  1:06CV01391 RBW

Robert Ladd, Laddcap Value Partners LP, Laddcap Value Advisors LLC, and Laddcap Value Associates LLC

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Patricia E. Connelly__ as counsel in this
(Attorney's Name)

case for: __Robert Ladd, Laddcapp Value Partners LP, Laddcap Value Advisors LLC, and Laddcap Value Associates LLC__
(Name of party or parties)

August 14, 2006
Date

*[Signature]*
Signature

Patricia E. Connelly
Print Name

360594
BAR IDENTIFICATION

1350 Connecticut Avenue, N.W., Suite 300
Address

Washington, DC  20036
City            State            Zip Code

(202) 464-3300
Phone Number