UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DELCATH SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1391 (RBW) |
| ROBERT LADD, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Currently before the Court in this case are the Plaintiff's Motion for a Temporary Restraining Order ("Pl.'s Mot.") and the Defendants' Motion for Transfer of Action ("Defs.' Mot."), both filed on August 14, 2006. In its motion, the plaintiff seeks to enjoin the defendants from (1) "conducting a consent solicitation with respect to the actions described in the Ladd Defendants' Revised Schedule 14A Preliminary Proxy Statement ("Revised Preliminary Consent Solicitation") filed on August 14, 2006," and (2) "taking any action based on any consents they might have obtained, or may obtain, concerning the actions described in the Revised Preliminary Consent Solicitation," until the Court has had an opportunity to rule on the plaintiff's pending motion for a preliminary injunction, which was filed on August 9, 2006. Pl.'s Mot. at 2. The defendants, by contrast, argue that the District of Columbia is "a venue that has almost no connection to the parties or to the events that give rise to the lawsuit," Memorandum of Points and Authorities in Support of Motion to Transfer at 1, and thus move that this matter be transferred to the United States District Court for the Southern District of New York or the

District of Connecticut, Defs.' Mot. at 1.  To forestall needlessly costly and duplicative litigation, and to promote the interests of judicial economy and efficiency, the Court will grant the plaintiff's request for a temporary restraining order without prejudice until it has ruled on the defendants' motion to transfer venue.  Accordingly, it is hereby

**ORDERED** that the plaintiff's motion for a temporary restraining order is GRANTED without prejudice.  This restraining order shall be in effect until 11:59 p.m. on Thursday, August 17, 2006.  It is further

**ORDERED** that the plaintiff shall respond to the defendants' motion to transfer venue by 7:00 p.m. on Tuesday, August 15, 2006.  The defendants' reply, if any, shall be filed by 12:00 p.m. on Wednesday, August 16, 2006.  It is further

**ORDERED** that a hearing shall be held at 10:15 a.m. on Thursday, August 17, 2006, at which point the Court will rule on the defendants' motion to transfer venue.  Upon resolution of the defendants' motion, the Court will entertain a request for an extension of the temporary restraining order as necessary until the motion for a temporary restraining order can be decided on its merits, whether in this Court or elsewhere.

**SO ORDERED** this 14th day of August, 2006.

REGGIE B. WALTON  
United States District Judge