AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Delcath Systems, Inc.

        Plaintiff(s)    )  
                                  )    **APPEARANCE**  

             vs.        )    CASE NUMBER    1:06CV01391 RBW  
Robert Ladd, Laddcap Value Partners LP, Laddcapp  
Value Advisors LLC, and Laddcap Value Associates LLC  

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Gloria B. Solomon   as counsel in this  
                                     (Attorney's Name)

case for:  Robert Ladd, Laddcap Value Partners LP, Laddcapp Value Advisors LLC, and Laddcap Value Associates LLC  
                  (Name of party or parties)

August 14, 2006  
Date

/s/ Gloria B. Solomon  
Signature

Gloria B. Solomon  
Print Name

1350 Connecticut Avenue, N.W., Suite 300  
Address

Washington, DC 20036  
City        State        Zip Code

(202) 464-3300  
Phone Number

358880  
BAR IDENTIFICATION