IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DELCATH SYSTEMS, INC.                           :
:
            Plaintiff,          :
  v.                                                    :   Civil Action No.1:06CV01391 RBW
:
ROBERT LADD, LADDCAP VALUE              :   Honorable Reggie B. Walton
PARTNERS LP, LADDCAP VALUE             :
ADVISORS LLC and LADDCAP VALUE      :
ASSOCIATES LLC                                      :
            Defendants.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ALEXANDER FLESHER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**

    I, Alexander Flesher, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am a Senior Vice-President of Mackenzie Partners, Inc. ("Mackenzie"), a full-service proxy solicitation/financial relations consulting firm based in New York City. Mackenzie has been retained by Delcath Systems, Inc. ("Delcath") in order to act as their proxy solicitor and advisor.  I submit this declaration in support of plaintiff's opposition to defendants' motion to transfer and have personal knowledge of the facts set forth herein.

    2.    A search of Delcath's non-objecting beneficial owners ("NOBO") list obtained from Automatic Data Processing, Inc. ("ADP") reveals that at least six (6) individual shareholders and two (2) institutional shareholders reside in the District of Columbia.  A true and correct copy of a chart listing Delcath's District of Columbia NOBOs is attached hereto as Exhibit 1.

    3.    A search of Delcath's registered shareholder list obtained from American Stock Transfer & Trust Company ("AST") reveals that M. Jane Bilchick, of Washington D.C., is a

2

registered holder of 3,450 outstanding shares of Delcath Systems, Inc. A true and correct copy of excerpts from Delcath's registered shareholder list is attached hereto as Exhibit 2.

    4.    An analysis of Delcath's shareholders obtained from ADP reveals that Delcath has shareholders in all fifty states, as well as the in District of Columbia and Puerto Rico. Over 70% of Delcath's shares are held by shareholders residing outside of New York and Connecticut. A true and correct copy of a geographical analysis of Delcath's shareholders is attached hereto as Exhibit 3.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on August 15, 2006.

                                        /s/ Alexander Flesher
                                           Alexander Flesher