AST3-111A-B     COMPANY: 11359

**AMERICAN STOCK TRANSFER & TRUST COMPANY**

**\*\*\* LIST OF SHAREHOLDERS \*\*\***

**DELCATH SYSTEMS INC**

08/09/2006     PAGE     1

| Account | Name / Address | Shares | Account | Name / Address | Shares |
|---|---|---|---|---|---|
| 000010101 | PAULA ANDERSON<br>430 E 70TH ST APT 8E<br>NEW YORK, NY 10021-5340 | 100 | 000010002 | THE ASPEN CO<br>C/O MR HAL THAU<br>REDSTONE ACCOUNTING SERVICE<br>PO BOX 5106<br>WESTPORT, CT 06881-5106 | 34,647 |
| 000010003 | HILLEL J AUERBACH<br>555 LONG WHARF DRIVE 12TH FLOOR<br>NEW HAVEN, CT 06511-5901 | 690 | 000010006 | ESTATE OF DORIS BAKER<br>C/O EPSTEIN BECK & GREEN<br>250 PARK AVENUE<br>NEW YORK, NY 10177-0001 | 5,175 |
| 000010007 | ED BAKER<br>EPSTEIN BECKER & GREEN<br>250 PARK AVENUE<br>NEW YORK, NY 10177-0001 | 1,577 | 000010010 | JEFFREY BECKER<br>C/O EPSTEIN BECKER & GREEN<br>250 PARK AVENUE<br>NEW YORK, NY 10177-0001 | 1,971 |
| 000010011 | JACK F BENNETT<br>141 TACONIC ROAD<br>GREENWICH, CT 06831-3113 | 5,161 | 000010013 | M JANE BILCHICK<br>3425 ORDWAY SREET NW<br>WASHINGTON DC 20016 | 3,450 |
| 000010014 | H BODDEN<br>625 GULF STREET<br>MILFORD, CT 06460-7271 | 56,078 | 000010182 | A JOHN BORRESEN<br>1541 BRICKELL AVE 1505<br>MIAMI, FL 33129-1220 | 1,000 |
| 000010087 | CEDE & CO (FAST ACCOUNT)<br>P O BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY 10004-1408 | 15893,707 | 000010015 | KENNETH CHENAULT<br>C/O JOHN UTENDAHL<br>UTENDAHL CAPITAL PARTNERS<br>30 BROAD STREET 31ST FL<br>NEW YORK NY 10004 | 9,201 |
| 000010167 | JACK COHEN & MIRIAM COHEN<br>TRUSTORS AND OR TRUSTEES FOR<br>THE COHEN FAMILY TRUST<br>DATED JULY 29 2004<br>8 GILMROSE CT<br>NORWALK, CT 06854-2305 | 3,010 | 000010017 | MARTY COHEN<br>114 SOMERSTON ROAD<br>YORKTOWN HEIGHTS, NY 10598-2218 | 2,760 |
| 000010194 | MARK A CORIGLIANO<br>10 CEDAR STREET<br>BASKING RIDGE, NJ 07920-1426 | 30,000 | 000010111 | WILLIAM DALTON<br>32 BAYVIEW AVE<br>KEY LARGO FL 33037 | 487 |
| 000010119 | DELCATH SYSTEMS INC<br>1100 SUMMER ST<br>STAMFORD, CT 06905-5534 | 28,100 | 000010018 | DAVID DENOWITZ<br>C/O EPSTEIN BECKER & GREEN<br>250 PARK AVENUE<br>NEW YORK, NY 10177-0001 | 394 |
| 000010131 | SERGUEI DOROFEEV &<br>NADEJDA DOROFEEVA JT TEN<br>646 SANTA BARBARA TER<br>SUNNYVALE, CA 94085-3783 | 520 | 000010019 | H DURYAGE<br>C/O DELCATH SYSTEMS INC<br>1100 SUMMER STREET<br>STAMFORD, CT 06905-5534 | 2,509 |