**NOBO List Printout**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,850 | JOHN NELSON SCHEINMAN | 5415 CONNECTICUT AVE NW | WASHINGTON DC 20015-2765 | | | | 20015 24661P104 |
| 75 | GORDON T DAVISON | 213 15TH STREET SE | WASHINGTON DC 20003-2335 | | | | 20003 24661P104 |
| 5,000 | DAVID GATELY | 5467 NEVADA AVE. | WASHINGTON DC 20015-1762 | | | | 20015 24661P104 |
| 1,000 | SERGIO LOZOYA | 2032 O ST NW APT 4 | WASHINGTON DC 20036-5967 | | | | 20036 24661P104 |
| 500 | SEEMA DESAI ARVIND DESAI | 922 24TH ST NW #311 | WASHINGTON DC 20037-2226 | | | | 20037 24661P104 |
| 200 | CHARLES R SMITH | 115 W ST NW | WASHINGTON DC 20001-1618 | | | | 20001 24661P104 |
| 200 | FMT CO CUST IRA ROLLOVER | FBO JOHN NELSON SCHEINMAN | 5415 CONNECTICUT AVE NW | WASHINGTON DC 20015-2765 | | | 20015 24661P104 |
| 36,795 | COMPASS OFFSHORE | IRRC | AGENCY VOTING SERVICE-SJC | 1350 CONNECTICUTT AVE NW | SUITE 700 | WASHINGTON DC 20036 | 20036 24661P104 |