A D P   PROXY PLUS  -  GEO ANALYSIS - DELCATH SYSTEMS, INC.
CUSIP 24661P104

| STATE | SHARES | ITEMS |
|---|---|---|
| ** | 2,767,822 | 318 |
| AE | 9,860 | 2 |
| AK | 35,400 | 7 |
| AL | 108,320 | 23 |
| AP | 10 | 1 |
| AR | 8,525 | 9 |
| AZ | 498,069 | 112 |
| CA | 1,470,900 | 405 |
| CO | 444,584 | 38 |
| CT | 1,212,786 | 360 |
| DC | 69,724 | 10 |
| DE | 10,450 | 7 |
| FL | 811,483 | 250 |
| GA | 373,867 | 70 |
| HI | 108,928 | 26 |
| IA | 39,173 | 18 |
| ID | 2,354 | 6 |
| IL | 456,129 | 122 |
| IN | 41,498 | 32 |
| KS | 55,265 | 42 |
| KY | 3,795 | 6 |
| LA | 15,300 | 16 |
| MA | 293,334 | 119 |
| MD | 499,482 | 72 |
| ME | 38,218 | 11 |
| MI | 372,874 | 78 |
| MN | 118,205 | 30 |
| MO | 84,960 | 50 |
| MS | 2,156 | 6 |
| MT | 1,805 | 5 |
| NC | 86,255 | 51 |
| ND | 700 | 2 |
| NE | 53,483 | 7 |
| NH | 45,300 | 18 |
| NJ | 1,061,852 | 276 |
| NM | 62,280 | 12 |
| NV | 791,268 | 25 |
| NY | 3,428,038 | 653 |
| OH | 98,088 | 71 |
| OK | 40,256 | 15 |
| OR | 98,384 | 33 |
| PA | 554,144 | 123 |
| PR | 500 | 1 |
| RI | 29,650 | 13 |
| SC | 29,580 | 25 |
| SD | 2,089 | 5 |
| TN | 284,430 | 46 |
| TX | 348,584 | 167 |
| UT | 10,002 | 5 |

```
A D P   PROXY PLUS  -   GEO ANALYSIS - DELCATH SYSTEMS, INC.
                          CUSIP 24661P104
         STATE       .........SHARES        ....ITEMS
          VA              201,829              87
          VT                  700               2
          WA              185,574              73
          WI              162,722              73
          WV                  350               2
          WY                2,300               4
          ==           17,533,634           4,040
```

A D P   PROXY PLUS  -  GEO ANALYSIS - DELCATH SYSTEMS, INC.
CUSIP 24661P104

| STATE | ........SHARES | ....ITEMS |
|---|---|---|
| == | 17,533,634 | 4,040 |