IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DELCATH SYSTEMS, INC.

               Plaintiff,

v.                                      Civil Action No.1:06CV01391 RBW

ROBERT LADD, LADDCAP VALUE            Honorable Reggie B. Walton
PARTNERS LP, LADDCAP VALUE
ADVISORS LLC and LADDCAP VALUE
ASSOCIATES LLC

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF M.S. KOLY IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**

I, M.S. Koly, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the President and Chief Executive Officer of Delcath Systems, Inc. ("Delcath or the "Company"). I am also a member of Delcath's Board of Directors. I submit this declaration in support of plaintiff's opposition to defendants' motion to transfer and have personal knowledge of the facts set forth herein.

2. As a Securities and Exchange Commission ("SEC") registrant, Delcath files numerous public disclosures each year.

3. Delcath has employed the law firm of Covington & Burling LLP ("Covington"), as its FDA regulatory counsel since the late 1990s. In that time, I, along with Samuel Herschkowitz, M.D., would meet once a year with Covington at their District of Columbia office, in addition to meetings with Covington at Delcath's offices and telephonic meetings.

4. The most recent of those meetings took place in March, 2005, when Samuel Herschkowitz, M.D., Jonathan Foltz and I, along with other Delcath consultants, met at

2

Covington's District of Columbia office for two (2) days.  Representatives of the National Cancer Institute participated in part of these meetings.

5.    Delcath also hosts meetings with potential investors in the District of Columbia. In early 2001, I met with a potential investor named Steven Levy, of GMT Capital, in the District of Columbia to discuss the Company.

6.    In the first half of 2002, Delcath held a meeting, organized by Delcath's then consulting firm, Redington, Inc., for potential investors at the Mayflower Hotel in the District of Columbia attended by twenty or twenty-five potential investors.

7.    Two of Delcath's Directors live outside of Connecticut and New York:  Mark Corigliano resides in central New Jersey and Daniel Isdaner resides in Maine and Florida.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Executed on August 15, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ M.S. Koly
　　　　　　　　　　　　　　　　　　　　M.S. Koly