**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2005, true and correct copies of plaintiff's opposition to defendants' motion to transfer, dated August 15, 2006, declaration of M.S. Koly, executed August 15, 2006, and declaration of Alexander Flesher, executed August 15, 2006 were served by operation of the Court's electronic filing system upon the following parties:

>Robert P. Trout
>Gloria B. Solomon
>Trout Cacheris, PLLC
>Suite 300
>1350 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>*Counsel for Defendants*

The same have been served via overnight courier upon the following parties:

>Steven M. Hecht
>Sally J. Mulligan
>Paul W. Horan
>Lowenstein Sandler PC
>1251 Avenue of the Americas, 18th Floor
>New York, New York 10020
>*Counsel for Defendants*

>/s/ Oliver M. Olanoff
>Oliver M. Olanoff