IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DELCATH SYSTEMS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:06CV01391 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT LADD,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

The defendants, Robert Ladd, LADDCAP Value Partners LP, LADDCAP Value Advisors LLC and LADDCAP Value Associates LLC, by their undersigned local counsel, hereby move for the admission of Steven M. Hecht, Sally J. Mulligan and Paul W. Howard as co-counsel in this action *pro hac vice*, pursuant to LCvR. 83.2(c)-(d). Opposing counsel has consented to the relief requested by this motion. LCvR. 7(m).

As grounds for this motion, the defendants submit the attached declarations of counsel.

### MEMORANDUM OF POINTS AND AUTHORITIES

LCvR. 83.2(c)-(d).

Respectfully submitted,

Robert Ladd, LADDCAP Value Partners LP, LADDCAP Value Advisors LLC, and LADDCAP Value Associates LLC

By Counsel:

    /s/    Patricia E. Connelly
Robert P. Trout
(D.C. Bar No. 215400)
Patricia E. Connelly
(D.C. Bar No. 360594)
Gloria B. Solomon
(D.C. Bar No. 358880)
TROUT CACHERIS, PLLC
Suite 300
1350 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 464-3300
Fax:  (202) 464-3319

**Certificate of Service**

    I hereby certify that on this 16th day of August, 2006, I served a copy of the foregoing motion, declarations and memorandum of points and authorities together with a proposed order by ECF on the attorneys who have supplied their EMail address to the Court.

    /s/    Patricia E. Connelly
Patricia E. Connelly