IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELCATH SYSTEMS, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT LADD, LADDCAP VALUE PARTNERS LP, LADDCAP VALUE ADVISORS LLC, AND LADDCAP VALUE ASSOCIATES LLC,<br><br>    Defendants. | Civil Action No. 1:06CV01391 RBW<br><br>Honorable Reggie B. Walton |

### DECLARATION OF STEVEN M. HECHT IN SUPPORT OF
### PRO HAC VICE MOTION

1. I, Steven M. Hecht, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the matter of *Delcath Systems, Inc. v. Robert Ladd, et al.*, Civil Action No. 1:06-cv-01391 (RBW), pending in the United States District Court for the District of Columbia.

2. I am a member of the law firm of Lowenstein Sandler PC, with offices located at 1251 Avenue of the Americas, 18th Floor, New York, New York 10020, telephone number 212-262-6700, and 65 Livingston Avenue, Roseland, New Jersey 07068, telephone number 973-597-2500.

3. I am admitted to practice and remain in good standing with the Bars of the State of New York and New Jersey and the following United States Courts: United States District Court for the District of New Jersey, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States Court of Appeals for the Second Circuit and the United States Court of Appeals for the Third Circuit.

4.  I certify that I have not been disciplined by any bar.

5.  During the past two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* in this Court.

6.  I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2006

_____
STEVEN M. HECHT, ESQ.