IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELCATH SYSTEMS, INC.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT LADD, LADDCAP VALUE PARTNERS LP, LADDCAP VALUE ADVISORS LLC, AND LADDCAP VALUE ASSOCIATES LLC,<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01391 RBW<br><br>Honorable Reggie B. Walton |

**DECLARATION OF PAUL W. HORAN IN SUPPORT OF
PRO HAC VICE MOTION**

1.　　I, Paul W. Horan, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the matter of *Delcath Systems, Inc. v. Robert Ladd, et al.*, Civil Action No. 1:06-cv-01391 (RBW), pending in the United States District Court for the District of Columbia.

2.　　I am an associate of the law firm of Lowenstein Sandler PC, with offices located at 1251 Avenue of the Americas, 18th Floor, New York, New York 10020, telephone number 212-262-6700, and 65 Livingston Avenue, Roseland, New Jersey 07068, telephone number 973-597-2500.

3.　　I am admitted to practice and remain in good standing with the Bar of the State of New York.

4.　　I certify that I have not been disciplined by any bar.

5.　　During the past two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* in this Court.

6. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2006

_____
PAUL W. HORAN, ESQ.