**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DELCATH SYSTEMS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) **Civil No. 1:06CV01391 (RBW)** |
| | ) |
| **v.** | ) |
| | ) |
| **ROBERT LADD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration of the defendants' motion for the admission of Steven M. Hecht, Sally J. Mulligan and Paul W. Howard in this case *pro hac* vice, it appearing to the Court that counsel possess the qualifications required by LCvR. 83.2(c)-(d), and should therefore be allowed to participate in this case *pro hac vice*, it is hereby

ORDERED the defendants' motion for the admission of Steven M. Hecht, Sally J. Mulligan and Paul W. Howard *pro hac* vice is granted, and that they are allowed to participate and be heard in this matter in association with their local counsel, and it is further

ORDERED that the Clerk shall add Messrs. Hecht and Howard and Ms. Mulligan to the ECF notification system upon entry of this order. Notifications should be directed as follows:

| | |
|---|---|
| Steven M. Hecht | shecht@lowenstein.com |
| Sally J. Mulligan | smulligan@lowenstein.com |
| Paul W. Horan | phoran@lowenstein.com |

Dated: _____       _____
                                Reggie B. Walton
                                United States District Court Judge

cc:    Robert P. Trout
       Patricia E. Connelly
       Gloria B. Solomon
       TROUT CACHERIS, PLLC
       1350 Connecticut Avenue, N.W.
       Suite 300
       Washington, D.C. 20036

       Steven M. Hecht
       Sally J. Mulligan
       Paul W. Horan
       LOWENSTEIN SANDLER, PC
       1251 Avenue of the Americas
       18th Floor
       New York, New York 10020

       Paul Blankenstein
       GIBSON, DUNN & CRUTCHER, LLP
       1050 Connecticut Avenue, N.W.
       Washington, D.C. 20036

       Adam H. Offenhartz
       Aric H. Wu
       Oliver M. Olanoff
       GIBSON, DUNN & CRUTCHER, LLP
       200 Park Avenue
       47th Floor
       New York, New York 10166-0193