UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELCATH SYSTEMS, INC., | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-1391 (RBW) |
| ROBERT LADD, et al., | ) |
|       Defendants. | ) |

**ORDER**

On August 14, 2006, the Court granted without prejudice the plaintiff's motion for a temporary restraining order in this case, directing that such an order would remain in place until 11:59 p.m. on August 17, 2006. Following the hearing held on August 17, 2006, the parties submitted a joint proposed temporary restraining order to supersede the August 14, 2006 order. Accordingly, it is hereby

**ORDERED** that neither party shall take any action based on any consents or consent revocations, as applicable, that they might obtain concerning the actions described in their respective definitive Consent Solicitation Statement or definitive Consent Revocation Statement, as applicable, nor shall either party or their respective representatives make any public announcement of the outcome of the respective solicitations or the interim results or tallies of their respective solicitations. It is further

**ORDERED** that the restraints imposed by this Order shall dissolve of their own accord on the earlier of (1) five business days from the date on which the transferee Judge is assigned to the case, at 11:59 p.m.; or (2) Tuesday, August 29, 2006, at 11:59 p.m.  It is further

**ORDERED** that the temporary restraining order issued by the Court on August 14, 2006, is dissolved and vacated.

**SO ORDERED** this 17th day of August, 2006.

REGGIE B. WALTON
United States District Judge

Case 1:06-cv-01391-RBW    Document 34    Filed 08/17/2006    Page 2 of 2