UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELCATH SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1391 (RBW) |
| ROBERT LADD, et al., | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Court's oral orders issued at the hearing held on August 17, 2006, it is hereby

**ORDERED** that for the reasons stated in the August 17, 2006 hearing, the Defendants' Motion for Transfer of Action is GRANTED. This case shall therefore be transferred to the United States District Court for the Southern District of New York. Based on representations by the plaintiff's counsel, it is the Court's understanding that the plaintiff has waived its appeal rights to the Court's grant of the defendants' motion to transfer. Accordingly, such transfer shall be effected forthwith by the Clerk of the Court. It is further

**ORDERED** that the plaintiff's Motion for Preliminary Injunction and Motion for Expedited Discovery are denied without prejudice.

**SO ORDERED** this 18th day of August, 2006.

REGGIE B. WALTON
United States District Judge